IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRIAN TEED,

                                                   ORDER

             Plaintiff,

                                            08-cv-303-bbc

   v.

JT PACKARD & ASSOCIATES, INC.,
S.R. BRAY CORPORATION, d/b/a
POWER PLUS!,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A hearing on plaintiff's motion for a protective order was held by telephone in this case on October 2, 2008, before United States District Judge Barbara B. Crabb. Plaintiff was represented by Larry Johnson. Defendants were represented by Kendall Harrison and Bryan Cahill.

      After hearing argument from counsel about the email that defendant J.T. Packard sent to its employees, I ruled that it was not improper and that no corrective action was necessary.

      Counsel advised the court that they are prepared to send out the court-authorized notice promptly, once the court has approved it. The court will promptly approve and sign

1

the order for the conditional class certification.

    Entered this 2d day of October, 2008.

                                  BY THE COURT:
                                  /s/
                                  BARBARA B. CRABB
                                  District Judge