## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN TEED,
and all others similarly situated,

          Plaintiffs,

v.

JT PACKARD & ASSOCIATES, INC.,

and

S. R. BRAY CORP.,

          Defendants.

CIVIL ACTION No.  3:08-CV-303

Honorable Judge Barbara B. Crabb

### ORDER GRANTING CONDITIONAL CERTIFICATION OF PLAINTIFF'S FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND AUTHORIZING COURT APPROVED NOTICE

IT IS ORDERED that, effective October 2, 2008, Plaintiff's Fair Labor Standards Act action be conditionally certified as a collective action and the certified class of "field engineers" receive notice and the opportunity to opt-in to this collective action.

IT IS FURTHER ORDERED that the conditionally certified class of "field engineers" includes current and former "field engineers" of JT Packard & Associates, Inc. who worked more than forty (40) hours in one or more workweeks since May 28, 2005 and were not paid overtime wages. The earliest possible date that any class member may potentially obtain damages is two years prior to the date he or she files a notice of consent to join this lawsuit (or three years prior to that date if a willful violation is established).

IT IS FURTHER ORDERED that the agreed upon Notice Of Lawsuit and Consent To Become A Party Plaintiff will be sent to each potential class member on or about October 6, 2008 and the deadline for filing notices to become a party plaintiff with the Court will be sixty (60) days after mailing.

Entered this **2d** day of October, 2008.

BY THE COURT

Barbara B. Crabb

BARBARA B. CRABB
District Judge