IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRIAN TEED,

                                              ORDER

              Plaintiff,

                                  08-cv-303-bbc

       v.

J.T. PACKARD & ASSOCIATES, INC.,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARCUS CLAY,

                                              ORDER

              Plaintiff,

                                  08-cv-313-bbc

       v.

J.T. PACKARD & ASSOCIATES, INC.,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A telephone status conference was held in this case on August 6, 2010 before United States District Judge Barbara B. Crabb. Plaintiffs Brian Teed and Marcus Clay appeared by Larry Johnson. There were no appearances for defendant, which is no longer in business,

1

having sold its assets.

Before these cases can proceed, it will be necessary to determine whether the asset purchaser has any potential liability for wrongful acts committed by defendant.  Mr. Johnson believes that it does and intends to serve the new entity in this case under Fed. R. Civ. P. 25(c) (substitution of transferee party for original).  He may have until August 19, 2010, in which to accomplish service under that theory.

Entered this 9th day of August, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2