# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **BRIAN TEED,** *et al.*<br>       **Plaintiffs,**<br>v.<br>**JT PACKARD & ASSOCIATES, INC.,**<br>and<br>**S. R. BRAY CORP.,**<br>       **Defendants.** | **CIVIL ACTION No.  08-CV-303**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO JOIN THOMAS & BETTS POWER SOLUTIONS, LLC AS A DEFENDANT** |

   **NOW COMES** Plaintiff, by his attorneys, Cross Law Firm, S.C., by Larry A. Johnson, Noah Reinstein and Nola J. Hitchcock Cross, who move the Court for an order joining Thomas & Betts Power Solutions, LLC as a Defendant in this action pursuant to Fed. R. Civ. P. 25(c). As grounds for this motion, Plaintiff submits his Brief in Support; a Declaration of Larry A. Johnson and Exhibits; and the deposition transcript of Dan Sears and Exhibits.

   Based on this motion, Plaintiff's brief in support, the declaration, the deposition transcript and the exhibits, Plaintiff respectfully requests the Court enter an order granting Plaintiff's motion to join Thomas & Betts Power Solutions, LLC as a Defendant in this action.

   Respectfully submitted this 19th day of August, 2010.

                              **CROSS LAW FIRM, S.C.**
                              **Attorneys for Plaintiffs**

                          By: **s/LARRY JOHNSON**
                              Larry A. Johnson
                              Noah Reinstein
                              Nola J. Hitchcock Cross

                              Cross Law Firm, S.C.

The Lawyers Building
845 N. 11th Street
Milwaukee, WI 53233
(414) 224-0000
ljohnson@crosslawfirm.com