UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF WISCONSIN


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BRIAN TEED, et al.,

      Plaintiffs,


      vs.          Case No. 3:08-CV-303

JT PACKARD & ASSOCIATES, INC.,
and S.R. BRAY CORP.,

      Defendants.


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF DANIEL SEARS

TAKEN AT:  CROSS LAW FIRM, S.C.
LOCATED AT:  845 North 11th Street
Milwaukee, Wisconsin
July 29, 2010
9:00 a.m. to 4:57 p.m.

REPORTED BY BRENDA RAY
REGISTERED PROFESSIONAL REPORTER


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

VERITEXT RAY REPORTING
Voice (414) 347-5599
Fax (414) 347-1166
Toll Free (800) 472-0445

## Page 2

A P P E A R A N C E S

CROSS LAW FIRM, by
Mr. Larry A. Johnson
845 North 11th Street
Milwaukee, WI 53233
(414) 224-0000
ljohnson@crosslawfirm.com
Appearing on behalf of the Plaintiffs.

LITTLER MENDELSON, P.C., by
Mr. Andrew Voss
80 South 8th Street, Suite 1300
Minneapolis, MN 55110
(612) 313-7605
avoss@littler.com
Appearing on behalf of Thomas & Betts.

ALSO PRESENT: Noah Reinstein
            Kelly Lowery

I N D E X

EXAMINATION BY:                PAGE
Mr. Johnson                5

R E Q U E S T S

REQUEST BY:    DESCRIPTION      PAGE

        (NONE)

(The original transcript was delivered to
Attorney Johnson.)

## Page 3

E X H I B I T S

EXHIBIT NO.    DESCRIPTION    PAGE IDENTIFIED
1   TEED000309 Memo              21

2   TEED000283 July '09 Summary of    30
    Issues
3   TEED000308 1/20/10 press release   44
4   Third Amended Complaint for     56
    Injunctive Relief and Damages

5   2/22/10 letter to Gary Pair      59

6   TEED000275 www.jtpackard.com page  65

7   TEED000274 Business Journal article 69

8   JTP00000439-452 old management tree 76

9   JTP00001796 Field Service Engineer
    Policies, Procedures and Guidelines 99
10  JTP000014880 Employee Handbook    102
11  JTP 00001055 UPS Field Engineer
    job description            114

12  JTP00006781 field service report   125

13  TEED000316 sample form          172

14  TEED000311 acquisition announcement 181

(Exhibits continued on next page.)

## Page 4

E X H I B I T S

EXHIBIT NO.    DESCRIPTION   PAGE IDENTIFIED

15  TEED000276 Terms and Conditions    183

16  TEED000312 Terms and Conditions    186

17  TEED000310 on-line job application  187

18  TEED000273 on-line job application  188

19  TEED000336 JTP Liquidation, Inc.   189

20  TEED000338 Asset Purchase Agreement 189

(Exhibits retained by Attorney Johnson.)
(The original transcript was delivered to
Attorney Johnson.)

## Page 5

TRANSCRIPT OF PROCEEDINGS
        DANIEL SEARS, called as a witness
herein, having been first duly sworn on oath,
was examined and testified as follows:
        E X A M I N A T I O N
BY MR. JOHNSON:
Q   How are you doing, Dan.
A   Doing okay.
Q   All right.  Again, my name is Larry Johnson.
    I'm the attorney that represents Brian Teed,
    and actually Marcus Clay also in the lawsuits
    against JT Packard.
        With me today is Noah Reinstein, another
    attorney with our firm, and Kelly Lowery,
    another attorney with our firm.  Thanks for
    coming.  Hopefully, it's not too much of a
    hassle, but unfortunately we've got to do what
    we've got to do.
A   No problem.
Q   What I want to do is go over a couple of quick
    ground rules, and I'm sure Attorney Voss has
    talked to you about this, and after that we're
    going to go through some questions.  Okay?
A   Okay.
Q   Basically, if you don't understand what I say,

1    if I screw up words or if you -- if I say
2    something you just don't understand, let me
3    know.
4  A   Okay.
5  Q   I'll be perfectly happy to restate something
6    for you or say it differently.
7  A   Okay.
8  Q   I often make mistakes, so if I ask a question
9    that doesn't sound right to you, let me know.
10   Is that cool?
11 A   Uh-huh.
12 Q   All right?
13 A   Okay.
14 Q   Have you ever given a deposition before?
15 A   Yes.
16 Q   Okay.  When was that?
17 A   The last one, it would have been early last
18   year I think or maybe 2008.
19 Q   Regarding what?
20 A   A Single Edge customer in Salt Lake City had a
21   complaint against JT Packard.
22 Q   Okay.  How many depositions have you been
23   involved in?
24 A   This will be number four since I've come to JT
25   Packard.

                                             6

1  Q   Keeping you busy?
2  A   Yes.
3  Q   So you understand the general idea of a
4    deposition?
5  A   (Witness nods.)
6  Q   Yes?
7  A   Yes.
8  Q   All right.  Speak clearly, don't talk over me,
9    and I'll try not to talk over you.  Okay?
10 A   Okay.
11 Q   Basically, the court reporter is trying to get
12   everything down, so we've got to try to make
13   her job easy.  All right?
14 A   Yes.
15 Q   Any reason that you're not able to tell the
16   truth today?
17 A   No.
18 Q   Okay.  If you need a break, just let me know.
19   You know where the bathroom is?
20 A   Yes.
21 Q   You know, basically, if you ask for a break,
22   I'm going to ask you to answer the question
23   that's on the table, if there is one on the
24   table, otherwise that's fine.  All right?
25 A   Okay.

                                             7

1  Q   Can you state and spell your name for the
2    record?
3  A   Dan Sears, D-A-N, S-E-A-R-S.
4  Q   What's your address, Mr. Sears?
5  A   372 Medina Street, in Oregon, Wisconsin.
6  Q   When did you first start working with JT
7    Packard?
8        MR. VOSS:  Do you mean the current
9    company or the former company?
10       MR. JOHNSON:  Good point.  The former
11   company.
12       MR. VOSS:  Would it make sense to
13   call that Packard One, just to avoid confusion
14   on the record?
15       MR. JOHNSON:  How about new and old
16   Packard?
17       MR. VOSS:  Okay.  Fine.
18       MR. JOHNSON:  Does that make sense to
19   you, or is there something that you normally
20   call it?
21       THE WITNESS:  Well, there are, I
22   guess, three different owners of JT Packard,
23   but really two different entities, so if we
24   want to call them new and old, that's fine.
25       There is Jeff Cason JT Packard, the Power

                                             8

1    Plus JT Packard, and now there is the Thomas &
2    Betts JT Packard.
3        I originally started for JT Packard and
4    Associates, Inc., the old JT Packard, in
5    December of 2003.
6  BY MR. JOHNSON:
7  Q   So the Power Plus JT Packard, we'll generally
8    call old JT Packard, and that will include both
9    the Power Plus JT Packard and -- what was the
10   first one you mentioned?  Was it Cason?
11 A   Yes.
12 Q   Okay.  Cason was an owner of the original JT
13   Packard?
14 A   Correct.
15 Q   Okay.  What we'll do is we'll kind of combine
16   those and call that old JT Packard, and the
17   Thomas & Betts JT Packard we'll call the new JT
18   Packard.  Does that make sense?
19 A   Yes.
20 Q   If it's ever not clear throughout the
21   deposition which JT Packard I'm talking about,
22   let me know.  Okay?
23 A   Okay.
24 Q   We'll try to keep that clear.  You started with
25   old JT Packard in 2003?

                                             9

1  A  Yes.
2  Q  What was your position?
3  A  I came on board in Chicago, as a regional
4     manager.
5  Q  And what did you do as a regional manager?
6  A  As regional manager, I had an area consisting
7     of several states where I managed a team of
8     field engineers, somewhere between five and 15,
9     servicing that customer base in a several state
10    region.
11 Q  Okay.  And for how long were you the regional
12    manager?
13 A  For about a year.
14 Q  And what region was that?
15 A  I think we called it the midwest region.
16 Q  Did you get promoted?
17 A  I did.
18 Q  Good job.  What was the next position?
19 A  Director of field service.
20 Q  And that was sometime in 2004?
21 A  Yes.
22 Q  Do you remember about when?
23 A  I really don't.
24 Q  What were your duties as director of field
25    services?

10

1  A  As director of field service, I managed the
2     nationwide field service team.  I don't
3     remember exactly how many regions we had, but
4     each of those regions would have regional
5     managers, each regional manager would be
6     managing field managers for their customer base
7     in their given region.
8  Q  All right.  Cool.  Okay.  And how long were you
9     in that position?
10 A  Let's see.  I believe about two-and-a-half
11    years.
12 Q  Did that take you into 2006 or 2007?
13 A  Well, I'm a little foggy on that.  It's one of
14    the two.
15 Q  Okay.  Did the end of working as the director
16    of field service position have anything to do
17    with the sale to S.R. Bray?
18 A  No.
19 Q  So it wasn't around that date?
20 A  No.
21 Q  In the position of director of field services,
22    you were essentially managing all the field
23    engineers' work, right?
24 A  The regional managers.
25 Q  All right.  And they managed the field

11

1     engineers?
2  A  Yes.
3  Q  Okay.  What were your day-to-day duties in that
4     job?
5  A  To ensure that our customers expectations were
6     being met, so I would review open jobs reports,
7     take care of any parts orders, any customer
8     escalations, where customers felt their needs
9     weren't met, then I would get involved with
10    those situations.
11 Q  Okay.  Have you ever worked as a field
12    engineer?
13 A  Yes.
14 Q  For JT Packard?
15 A  No.
16 Q  For a different company?
17 A  Yes.
18 Q  Have you ever visited a customer with a JT
19    Packard field engineer?
20 A  Yes.
21 Q  So you have a general understanding of what
22    their day-to-day work is?
23 A  Yes.
24 Q  A good understanding?
25 A  Pardon?

12

1  Q  A good understanding?
2  A  I would say so.
3  Q  Sometime in or around 2006, you got another
4     promotion; is that right?
5  A  Yes.
6  Q  Okay.  Was it 2006?
7  A  The timeframe, I don't recall.
8  Q  You were in the director of field service
9     position for about two-and-a-half years?
10 A  I believe so.
11 Q  Okay.  What was the next position you held with
12    JT Packard?
13 A  I was made vice-president of engineering and
14    operations.
15 Q  All right.  As a VP of engineering and
16    operations, what did you do?
17 A  As the VP of engineering and operations, I
18    oversaw technical support, our parts
19    operations, training, logistics, warehouse
20    facilities, I decided what we would or wouldn't
21    take under contract as far as obsolete
22    equipment, reviewed contracts and all RRP's;
23    I did that is a director of service, too.
24 Q  Who did you report to when you were the
25    director of engineering operations?

13

1    A   Charlie Eaton.
2    Q   The entire time?
3    A   With the old JT Packard, no.
4    Q   Are you currently the VP of engineering and
5        operations?
6    A   No.
7    Q   When did your position change?
8    A   My position changed after Thomas & Betts bought
9        the company.
10   Q   Was that on or around January 26th of this
11       year?
12   A   Yes.
13   Q   Closing was January 26th, right?
14   A   I couldn't be sure of the date, but it was
15       around then.
16   Q   Sure.  Midweek, Tuesday?
17   A   I don't know.
18   Q   So while you were the VP of engineering and
19       operations, you reported to Mr. Eaton?
20   A   Yes.
21   Q   Anybody else?
22   A   There were a number of folks under the old JT
23       Packard.  The last person I reported to was
24       Keith Bjelejac.
25   Q   How do you pronounce his name?

14

1    A   Bjelejac.
2        THE REPORTER:  Do you know how to
3        spell that?
4        THE WITNESS:  B-E.
5        MR. VOSS:  I have it.
6        THE WITNESS:  B-J-E-L-E-J-A-C.
7    BY MR. JOHNSON:
8    Q   In that position, you said you managed the
9        training; is that right?
10   A   In what position?
11   Q   Yes, somebody in training reported to you?
12   A   In what position?
13   Q   In the VP of engineering and operations, you
14       mentioned that under you was training, or that
15       was one of your duties?
16   A   Correct.
17   Q   What exactly do you mean by training?
18   A   The training department really consisted of one
19       person, our training manager.
20   Q   Who was he?
21   A   Steve Cady was the training manager.
22   Q   Last name?
23   A   C-A-D-Y.
24   Q   C-A-D-Y?
25   A   Yes, he was my second training manager.  The

15

1        first training manager was Ty Robey, and I
2        don't remember when that change happened
3        exactly.
4        The training manager basically worked with
5        our subject matter experts to create the
6        classes, the plan of instruction for the class,
7        helped lay out the schedule for the year,
8        worked with the field management team to get
9        field engineers enrolled in the classes, and
10       made sure the equipment and manuals and
11       everything were ready for when they came in for
12       the instructor.
13   Q   And this was ongoing training for field
14       engineers?
15   A   Correct.
16   Q   Any other training of other employees?
17   A   Yes.
18   Q   What other groups of employees?
19   A   We did kind of a 101 training, what is a UPS
20       kind of thing for various departments, sales,
21       customer support, we also provided customer
22       training.
23   Q   Okay.  Did you handle training for the -- is it
24       CSAMs?
25   A   The CSAM, Customer Service Account Manager,

16

1        yes, we did some training for them.
2    Q   What is a CSAM?
3    A   A fancy name for scheduler.  Customer Support
4        Account Manager is what CSAM stands for, but
5        they'd schedule the work.
6    Q   And how about data services, did they report to
7        you in that VP of engineering operations
8        position?
9    A   Yes.
10   Q   What does data services do?
11   A   Data services receives the field service
12       reports from the field engineers, they will
13       change the status in our service software
14       package that has been received, clean it up,
15       route what needs to be reviewed to the tech
16       support team, and then ultimately send it out
17       to the customer.
18   Q   Okay.  Other than the field service reports, do
19       they handle any other groups of data or
20       documents?
21   A   No, I don't believe so.
22   Q   As a VP of engineering and operations, what was
23       your relationship with the director of field
24       services?
25   A   Oftentimes came to me for advice, direction,

17

1     worked to help support the field.
2  Q    Who was in that position during that time?
3  A    Patti Epstein.
4  Q    And during that time Patti oversaw the regional
5        managers who oversaw the field engineers,
6        right?
7  A    Well, there was another layer in there, but
8        yes.
9  Q    Was that layer in there while you were in that
10       position?
11 A    No.
12 Q    Okay.  So it was added when you left the
13       position?
14 A    Correct.
15 Q    Was there a restructuring that took place?
16 A    It actually had been a plan that I had been
17       working on, that was decided it would be put in
18       place for the new director.
19 Q    Okay.  And that added layer was area -- was it
20       director?
21 A    Area service director.
22 Q    Area service director.  So it went director of
23       field services, area service director, and a
24       step down from that was the regional managers,
25       and then from there down was the field

18

1        engineers, right?
2  A    Correct.
3  Q    Okay.  While you were the VP of engineering
4        operations, did you have any authority over the
5        field engineers?
6  A    No.
7  Q    You generally knew what they were doing though
8        on a day-to-day basis, right?
9  A    In general, yes.
10 Q    On like a high level?
11 A    Correct.
12 Q    I think we discussed earlier when the sale to
13       Thomas & Betts took place, on or around
14       January 26 or January 27, your position changed
15       again; is that right?
16 A    After the sale took place, yes.
17 Q    After the sale took place.  What is your new
18       title with new JT Packard?
19 A    Director of North American Service Operations.
20 Q    What does that mean?
21 A    I'm the director of service.
22 Q    Okay.  As the director of service, are you
23       doing the same job as you did for the former --
24       for old JT Packard, as the vice-president of
25       engineering and operations?

19

1  A    It's a little bit different.  I no longer have
2        some of the other departments, facilities,
3        logistics, data services.  I am in charge of
4        field service, technical support and training.
5  Q    Okay.  So you lost a couple of job duties, but
6        did you pick up the job duties that reported to
7        the former director of field services?
8  A    Yes.
9  Q    So a couple steps down, but the field engineers
10       now report to you?
11 A    Correct.
12 Q    Okay.  You said you currently do field
13       services, training, and what else reports to
14       you?
15 A    Technical support.
16 Q    And you lost facilities, what else?
17 A    Yes, operations, which includes facilities,
18       repair and refurbishment, data services.
19 Q    What happened with those portions of JT
20       Packard?
21 A    They actually still report through Peggy
22       Kalscheur, our director of operations, and so
23       she -- or now I think her title is warehouse
24       manager.
25 Q    Got it.  All right.  Is it accurate to say that

20

1        sometime in 2009 there were some financial
2        issues with JT Packard?
3        MR. VOSS:  Object to the form.
4        THE WITNESS:  I would say no.
5  BY MR. JOHNSON:
6  Q    Okay.  I'm going to mark my first document
7        here.
8  A    Okay.
9  Q    We are going to give you a number of documents
10       today and have you take a look at them.
11 A    Okay.
12       MR. JOHNSON:  Here you go.  If you
13       can mark this, please.
14       THE REPORTER:  Do you want me to mark
15       it as Exhibit 1?
16       MR. JOHNSON:  Yes, Exhibit 1 would be
17       fine.
18       (Exhibit No. 1 marked for identification.)
19 BY MR. JOHNSON:
20 Q    Hopefully, you've seen most of these.  I would
21       expect you have.  Can you take a look at what's
22       been marked as Exhibit No. 1?
23 A    (Witness complies.)
24 Q    It's Bates stamped TEED000309.
25 A    Okay.

21

1    Q   You've had the opportunity to read Exhibit
2        No. 1?
3    A   Yes.
4    Q   Have you seen this before?
5    A   Yes.
6    Q   Okay.  I believe this is an e-mail that went
7        out to the JT Packard employees; is that right?
8    A   I believe that's correct.
9    Q   What is it?
10   A   I believe this is an e-mail from Keith
11       Bjelejac.
12   Q   Why was this sent?
13   A   I could only guess what Keith's motivations are
14       on this.
15   Q   Okay.  Did you discuss the sending of this with
16       Keith, by any chance?
17   A   No, I did not.
18   Q   What was the -- In 2009, was S.R. Bray Corp
19       having some financial issues?
20   A   As I understand, yes.
21   Q   That brought some changes at JT Packard; is
22       that right?
23   A   I don't believe so.
24   Q   Okay.  There were some changes made to the
25       board of directors; is that right?

22

1        continued to grow, the business continued to
2        grow.  JT Packard had no financial
3        difficulties.
4    Q   I'm sorry.  S.R. Bray had the financial
5        difficulties?
6    A   That sounds more appropriate, yes.
7    Q   You reviewed the financials?
8    A   Yes.
9    Q   On a monthly basis?
10   A   Yes.
11   Q   Or weekly?
12   A   Yes.
13   Q   Or daily?
14   A   Yes.
15   Q   Okay.  JT Packard was profitable in 2009?
16   A   Yes.
17   Q   Do you know what that profit was?
18   A   Not off the top of my head, no.
19   Q   Okay.  Do you know what JT Packard's fiscal
20       year is?
21   A   I'm not sure what you're asking.
22   Q   When do the books close?
23   A   Annually.
24   Q   Year-end?
25   A   Yes.

24

1    A   That is correct.
2    Q   Okay.  What were those changes?
3    A   To the best of my knowledge, the board of
4        directors was actually formed.  I believe the
5        only member of the board of directors
6        originally was Steve Bray.
7    Q   Was S.R. Bray Corp split off from JT Packard?
8    A   I'm not entirely sure how you define split.
9        The bank group swept our cash and took control
10       of the company, so if that's how you define
11       split, then sure.
12   Q   So the bank group came in and took control of
13       the company?
14   A   Correct.
15   Q   All right.  Okay.  And that was through Greg
16       Charleston?
17   A   Greg Charleston was our chief restructuring
18       officer, or CRO.
19   Q   And that took place in 2009?
20   A   To the best of my recollection, yes.
21   Q   When I asked you if JT Packard was in a -- was
22       having financial issues in 2009, your answer
23       was no.  Can you explain that to me?
24   A   My review of our financials from
25       month-to-month, as I recall, in 2009, they

23

1    Q   JT Packard made a profit though in 2009?
2    A   Yes.
3    Q   When you say end of year, you're talking about
4        December 31st; is that right?
5    A   Correct.
6    Q   All right.  Exhibit No. 1 says, "JT Packard is
7        in sound financial condition and its employees'
8        jobs are secure."  Is that accurate, or was
9        that accurate in 2009?
10   A   As far as I knew, yes.
11   Q   And you have the financials, you knew what was
12       going on, right?
13   A   Well, I knew what was going on with JT Packard,
14       yes.
15   Q   You didn't really have any idea what was going
16       on over at S.R. Bray, right?
17   A   That would be a true statement.
18   Q   All right.  Do you have a ballpark idea of what
19       JT Packard's profit was in 2009?
20   A   I do not.  I can tell you the revenue number
21       was around $60 million.
22   Q   Okay.  Well, I mean, are we talking JT Packard
23       made a hundred thousand dollars, a million
24       dollars, $5 million, $10 million, do you have
25       any idea?

25

**Page 26**

1  A  If I had to guess, I would say it would be
2     closer to $5 million.
3  Q  So JT Packard was a growing business in 2009?
4  A  Yes.
5  Q  All right.  And was JT Packard profitable in
6     2008?
7  A  To the best of my recollection, yes.
8  Q  Okay.  In the last -- Since you became the VP
9     of engineering and operations, do you know of a
10    year that JT Packard was not profitable?
11        MR. VOSS:  Old JT Packard?
12        MR. JOHNSON:  Old JT Packard.
13        THE WITNESS:  No, I do not know.
14  BY MR. JOHNSON:
15  Q  Can we assume that JT Packard has been
16     profitable each year since 2006?
17        MR. VOSS:  Object to the form.  He
18    said he doesn't know.
19        THE WITNESS:  You can assume
20    anything, I guess.
21  BY MR. JOHNSON:
22  Q  That's a good answer.  That's fine.  Were you
23     involved at all in the attempts to sell JT
24     Packard in 2009?
25  A  Yes.

**Page 27**

1  Q  What was your involvement?
2  A  I participated in the sales presentation to
3     prospective buyers.
4  Q  Okay.  How many of those presentations were
5     there?
6  A  I'm not exactly sure, 15 or 20.
7  Q  And when you say you participated in them, what
8     exactly did you do?
9  A  I provided or presented the portion of the
10    organization that I was responsible for.  There
11    were a number of us in there, in the
12    presentations.  In the early presentations,
13    Keith Bjelejac kind of ran them.  As time went
14    on, he stopped coming out, participated by
15    phone at times.  The CRO also participated.
16  Q  And, generally, what were these presentations?
17     I mean, were they Power Point presentations,
18     were they just meetings, did you guys have big
19     handouts, or what exactly were the
20     presentations?
21  A  The presentation was a Power Point and a
22    handout.  The handout was the same as the Power
23    Point, primarily prepared by the -- I guess
24    Keith Bjelejac prepared the first cut of it,
25    and then between the bank group and CRO and

**Page 28**

1     Keith they polished it up.
2  Q  Okay.  Ultimately, in late 2009, I believe in
3     November, JT Packard -- old JT Packard was
4     placed into receivership; is that right?
5  A  I'm not sure of the dates, but that's my
6     understanding, yes.
7  Q  And ultimately or through the receivership
8     there was an auction; is that right?
9  A  That's correct.
10  Q  All right.  Were you at the auction?
11  A  I was.
12  Q  And at the auction there were a number of
13     companies bidding on it?
14  A  Correct.
15  Q  Was it four?
16  A  Three.
17  Q  Three.  And those companies were what?
18  A  Pfingston was the stocking horse bidder, Thomas
19    & Betts, and a third company, I don't recall
20    the name of it, but Charlie Eaton, our
21    ex-president was a part of that group.
22  Q  I'm trying to remember the name.  That's all
23     right.  Did you present to Thomas & Betts the
24     Power Point presentation when you were trying
25     to sell the corporation?

**Page 29**

1  A  Yes, I did.
2  Q  Okay.  Do you remember that presentation?
3  A  Vaguely.  They all run together.
4  Q  Were all the presentations pretty much the same
5     thing?
6  A  Yes.
7  Q  Okay.  So anything that -- Well, was there
8     anything specific about Thomas & Betts that you
9     remember?
10  A  They were one of probably a half a dozen groups
11    that sent many, many people.
12  Q  Okay.  Were the presentations in Madison or in
13     Verona?
14  A  Yes.
15  Q  Okay.  And that is JT Packard's headquarters,
16     right?
17  A  That's correct.
18  Q  Okay.  During that presentation, what was
19     presented?
20  A  An overview of the organization in regards to
21    sales, customers, staffing, financials,
22    strengths, weaknesses, strategies,
23    philosophies.
24  Q  Was there any discussion of the Brian Teed and
25     Marcus Clay lawsuits during those

**Page 30**

1     presentations?
2  A   There was a slide in the presentation regarding
3     litigation.
4  Q   What was on that slide?
5  A   I don't remember the exact words on the slide.
6     The thing that stuck out in my mind most about
7     it was Keith Bjelejac explaining to the
8     participants that the litigation would be
9     carved out and the buyers didn't have to worry
10    about it.
11  Q   Did Keith explain why the buyers didn't have to
12    worry about it?
13  A   Not that I recall.  I just assumed because that
14    was Keith and Steve Bray's problem.
15     (Exhibit No. 2 marked for identification.)
16    BY MR. JOHNSON:
17  Q   If you could take a look through Exhibit No. 2
18    for me, please.
19  A   (Witness complies.)
20  Q   All right.  Mr. Sears, have you had an
21    opportunity to take a look at Exhibit No. 2,
22    which is Bates stamped TEED000283 through 306?
23  A   Yes, I have.
24  Q   Okay.  Was this presented to the potential
25    buyers?

**Page 31**

1  A   Not that I'm aware of.
2  Q   Okay.  Then we'll get back to that.  Do you
3    know what -- Strike that.
4     Did the documents that were presented to
5    the potential buyers have a name, did you call
6    them anything?
7  A   The presentation.
8  Q   Okay.
9  A   There is a number on the cover page or some
10    writing on the cover page.  I don't recall what
11    it said.
12  Q   Okay.  Do you still have that document
13    somewhere?
14  A   Yes.
15  Q   Did you ever meet with the receiver, Michael
16    Polsky?
17  A   I think he was at our office at one time.  I
18    don't know that I actually sat down and met
19    with him.
20  Q   He was at the auction though, right?
21  A   Yes.
22  Q   During the presentation to Thomas & Betts, do
23    you recall anything being said about the
24    overtime litigation and the Teed and Clay
25    matters?

**Page 32**

1  A   I do not recall.
2  Q   Other than the one slide?
3  A   Correct.
4  Q   During the auction, was the -- either the Teed
5    or Clay lawsuits discussed?
6  A   There was some discussions surrounding language
7    in the sales agreement, but I don't recall
8    specifically what they were talking about.
9  Q   That auction went pretty much the entire day,
10    right?
11  A   Yes, it did.
12  Q   Late into the evening?
13  A   Not terribly late, but into the evening.
14  Q   That discussion on the language in the sales
15    agreement, do you remember what that discussion
16    was about?
17  A   The three different participants had varying
18    issues with the language, and it seemed like
19    there was negotiation of the language in the
20    sales agreement that was going along as the
21    auction was going along.
22  Q   And that language was directly related to the
23    Teed and Clay overtime suits; is that right?
24  A   I don't know that, to be sure.
25  Q   Did anybody from Thomas & Betts have anything

**Page 33**

1     to say about the Teed and Clay lawsuits during
2    the auction?
3  A   I had no discussions with any of the
4    participants during the auction.
5  Q   Were you in separate rooms?
6  A   In the beginning, yes.  JT Packard and our
7    representative was in the room with the
8    receiver, and they would go get each party,
9    bring them into the room, there would be a
10    whole lot of chatter, there may be a bid, they
11    may have been told what the last bid was, they
12    would leave, discuss it, come back, make
13    theirs, and that went on for the better part of
14    the day.
15     At the end of the day, we got kicked out
16    of the room that we were in, moved across the
17    hall, and at that point they were all in the
18    hallway, more or less, and took turns coming
19    and going.  So the T & B and Pfingston and the
20    third party were in separate rooms, except for
21    when they were hearing what the last bid was
22    and then providing theirs.
23  Q   Do you recall hearing any conversations about
24    the overtime lawsuits while Thomas & Betts was
25    in the room or the representative of Thomas &

1    Betts was in the room?
2  A  I couldn't be sure.  I don't recall exactly who
3     was in the room when those discussions were
4     going on.  It was in reference to language in
5     the sales agreement regarding the lawsuits, but
6     again I don't remember the particulars about
7     what they were saying.  I wasn't paying that
8     close attention.
9  Q  Were they discussing whether they may be liable
10    for the lawsuits?
11         MR. VOSS:  Object to the form.  Asked
12    and answered.
13         THE WITNESS:  Again, I don't recall
14    the details of their discussions.
15    BY MR. JOHNSON:
16 Q  Were there any other lawsuits pending against
17    the old JT Packard at the time of the sale?
18 A  I don't believe so.
19 Q  Was JT Packard involved in any lawsuits against
20    anybody else, the old JT Packard, at the time
21    of sale?
22 A  I don't believe so.
23 Q  The auction took place on January 19; is that
24    correct?
25 A  Sounds about right.

34

1  Q  And closing took place the next week, is that
2     about right?
3  A  Seems like it was around January 26.
4  Q  Okay.  Ultimately, Thomas & Betts won the
5     auction, is that right?
6  A  That's correct.
7  Q  Okay.  After the auction, what was your next
8     conversation with Thomas & Betts?
9  A  I believe that my now boss, Michael Lamothe,
10    and his boss, Viswas Purani, held a town hall
11    meeting kind of thing in the middle of our
12    office, just expressing how happy they were to
13    now own us.
14 Q  When was that?
15 A  I can't be sure.
16 Q  Was it the end of the auction?
17 A  I believe it was the end of the auction, at
18    closing.
19 Q  Was it business as usual for JT Packard that
20    week?
21         MR. VOSS:  Object to the form.
22         THE WITNESS:  I guess it was business
23    as usual as much as it could be now, knowing
24    that you have somebody else that owns you and
25    is the decision-making power in the

35

1     organization, yes.
2     BY MR. JOHNSON:
3  Q  There was some uncertainty?
4  A  I would say that's a good statement.
5  Q  Did you know that you would have a job after
6     closing?
7  A  I was very confident that I would continue to
8     be employed, yes.
9  Q  And why was that?
10 A  I kind of know where all the skeletons are
11    buried, know how everything works.  They need
12    me.
13 Q  That's what I hear.  That's what I hear.  I
14    hear good things about you.  When did you find
15    out for sure that you were going to have a job
16    after the closing?
17 A  I think -- I think it probably would have been
18    either the day of the closing or shortly
19    thereafter, or a day before.
20 Q  How did that work?
21 A  Thomas & Betts did not hire all of the
22    employees from old JT Packard, and they
23    requested my assistance in deciding who some of
24    the ones were going to be that they were not
25    going to hire.  My name wasn't on the list, so

36

1     that was a good sign.
2  Q  That's a good sign.  And did that take place
3     before or after the closing?
4  A  That took place before the closing.
5  Q  Okay.  And who was involved in that; was it a
6     meeting?
7  A  I'm sure it was.  I was in my office, and my
8     new boss was coming to me with lists, and he
9     came and went a few times.  He was the only
10    person I dealt with on it.
11 Q  How did you know or how were you informed that
12    you had a job?
13 A  I don't know that I was informed that I had a
14    job.  I just was never asked to leave.
15 Q  So you just showed up the next day after the
16    closing and kept on working?
17 A  Correct.
18 Q  When did they tell you that you had a new
19    title?
20 A  In the week or weeks that followed the closing,
21    my boss and our director of HR, Jolene, came to
22    me with an agreement basically that they wanted
23    me to sign, stating that I would continue to
24    perform the function that I do for the
25    remainder of the year.

37

1  Q   Was that January, February, March?
2  A   It was in the week following the closing, I
3      don't remember, it was in the first week or a
4      couple weeks later, fairly close after the
5      closing.
6  Q   Okay.  So on January 27th, it was business as
7      usual?
8          MR. VOSS:  Object to the form.
9          THE WITNESS:  As much as it could be,
10     yes.
11 BY MR. JOHNSON:
12 Q   And was that a goal, to keep on going as the
13     same -- as a company, for the company to
14     continue the same as it was before the sale
15     after the sale?
16         MR. VOSS:  Object to the form.
17         THE WITNESS:  I don't know that it
18     was a goal, and I don't know that things
19     continued on the same as they were before
20     either.
21 BY MR. JOHNSON:
22 Q   The people who were on the short list, the
23     people who lost their job after the sale, when
24     did they lose their job?
25 A   I don't recall exactly if it was before the

38

1  A   Scott Bowman.
2  Q   When did Scott Bowman lose his job?
3  A   I believe the same time as everyone else there,
4      but again, I think it was between the auction
5      and the closing date.
6  Q   Do you know how many regional managers lost
7      their job?
8  A   One, I believe.
9  Q   Okay.  Do you know who that was?
10 A   The name escapes me.  It will come to me.
11 Q   All right.  And the remainder were field
12     engineers?
13 A   I believe so, yes.
14 Q   So, ballpark, 19 field engineers?
15 A   Yes.
16 Q   All right.  As far as the --
17 A   Excuse me.  His name is Dennis Graves, the
18     northeast regional manager.
19 Q   Okay.  Scott Bowman, he was the area service
20     director for what area?
21 A   That would have been the central area.
22 Q   What's his -- Was his position filled by
23     anybody else?
24 A   His position was eliminated.
25 Q   What about Dennis Graves, the regional manager

40

1      closing, seems like it was, or if it was after.
2  Q   How were they notified?
3  A   I believe that our CRO and our director of HR
4      notified them.
5  Q   Do you remember how many employees lost their
6      position?
7  A   I believe it was 42.
8  Q   Of those 42, how many were local, worked in
9      Verona?
10 A   Maybe 21, maybe half.
11 Q   And the other approximately 21 worked out in
12     the field?
13 A   That would be correct.
14 Q   All right.  When I say "out in the field," I
15     know I said it, but what do you mean by that,
16     is that field engineers and supervisory staff
17     of the field engineers?
18 A   I would call them remote employees.
19 Q   Okay.
20 A   Field engineers, regional manager, an area
21     service director.
22 Q   Okay.  How many area service directors lost
23     their job?
24 A   One.
25 Q   Who was that?

39

1      position, was that eliminated?
2  A   His position was filled by somebody else.
3  Q   Okay.  Was there any particular reason you got
4      rid of Scott Bowman?
5  A   Out of the four area service directors, he was
6      the weakest link.
7  Q   Okay.  What about Dennis Graves?
8  A   Same kind of thing.  Out of all the regional
9      managers, he was the weakest link, and when we
10     overlaid the Thomas & Betts field service
11     organization, they had a stronger player in
12     that area.
13 Q   And that's who filled the position?
14 A   Correct.
15 Q   And with the 19 field engineers, why did they
16     lose their job?
17 A   They would have been the weakest links,
18     overstaffed areas, made the most business sense
19     that if we had to let somebody go, that it
20     would be those guys.
21 Q   Did Thomas & Betts have a similar ongoing
22     business as JT Packard, you know, providing the
23     service to uninterruptible power supplies?
24 A   Yes, they did.
25 Q   Much smaller?

41

1  A  Yes.
2  Q  And, essentially, that business was meshed
3     together with JT Packard, the new JT Packard
4     after the sale, is that right?
5  A  That's correct.
6  Q  So there was some overlap?
7  A  There was some overlap in the field, yes.
8  Q  Okay.  And were some of the field engineers,
9     the 19 positions, were those eliminated because
10    of that overlap?
11 A  That may very well have been some of the
12    reasoning, yes.
13 Q  Some were just not strong employees?
14 A  That as well,  yes.
15 Q  What about the group of folks that worked in
16    Verona, those 21 or so folks, were there
17    certain sections of JT Packard -- of the old JT
18    Packard that were removed, or why did those
19    positions go away?
20 A  None of those were actually in any of my
21    departments, so the reasoning for their
22    selection, I couldn't tell you.
23       I can tell you that some of the management
24    decisions I believe were based on Thomas &
25    Betts' evaluation and interview process, and

42

1     how they wanted the company restructured, but
2     that would be my opinion of why they did that.
3  Q  It's my understanding, and I can be wrong, I
4     hear all kinds of things, as I'm sure you can
5     imagine, that a percentage of the employees,
6     the local employees were sales staff, is that
7     right?
8  A  We have three sales departments within JT
9     Packard, yes.
10 Q  Okay.  Is that old JT Packard or new JT
11    Packard?
12 A  That is both.
13 Q  Okay.  What are those three sales staffs?
14 A  The service sales department, the time and
15    material and battery sales department, and the
16    equipment sales department.
17 Q  Were a chunk of the 21 positions in Verona that
18    were discarded in sales?
19 A  I believe there were some sales personnel that
20    were let go, yes.
21 Q  Were there any of those three parts of the
22    sales department eliminated, the entire part?
23 A  I wouldn't say the entire part of those
24    businesses were eliminated; however, Jim
25    Nolden, the VP of business development and more

43

1     or less business development department was
2     eliminated, yes.
3  Q  Okay.  And do you know when his job was
4     eliminated?
5  A  Well, I believe around the same time as the
6     others.
7  Q  He wasn't too happy, was he?
8  A  No, he was not.
9  Q  Okay.
10    (Exhibit No. 3 marked for identification.)
11 BY MR. JOHNSON:
12 Q  Have you had the opportunity to look at
13    TEED000308?
14 A  Yes, I have.
15 Q  Have you seen this before?
16 A  Yes, I do believe I've seen this before.
17 Q  And this is a press release from Thomas & Betts
18    on January 20, 2010 regarding the auction,
19    purchase and upcoming closing on the JT Packard
20    sale, is that right?
21 A  Well, I believe the document speaks for itself,
22    yes.
23 Q  Okay.  Your understanding of the purchase
24    price, the net purchase price was $22 million,
25    is that accurate?

44

1  A  That's what -- That is what it says in the
2     document, yes.
3  Q  Is that your recollection of what the price
4     was?
5  A  For some reason, I believe that the auction
6     ended at $28 million, but this does describe it
7     as a net purchase price, so it could be.
8  Q  Slippery numbers?
9  A  They are.
10 Q  And does this document refresh your
11    recollection that the closing was on January 26
12    of 2010?
13 A  Yes, it does.
14 Q  Okay.  And I think you already testified to it,
15    but the JT Packard sales in 2009 were $60
16    million?
17 A  That's what the document says, yes.
18 Q  And that's what your testimony earlier was, is
19    that right?
20 A  I believe so.
21 Q  Is the description of JT Packard's business in
22    the first paragraph of this document accurate,
23    old JT Packard?
24 A  I believe it to be, yes.
25 Q  Okay.  And is that an accurate depiction or

45

1   accurate description of new JT Packard's
2   business?
3   A  I think, as the disclaimer paragraph at the
4   bottom states, that it contains some
5   looking-forward type verbiage, but I think that
6   adequately describes the direction we are
7   headed, yes.
8   Q  All right.  Okay.  Did JT Packard's core
9   business change from old JT Packard to new JT
10  Packard?
11          MR. VOSS:  Object to the form.
12          MR. JOHNSON:  Do you understand the
13  question?
14          THE WITNESS:  I believe our core
15  business is servicing critical power equipment,
16  and, no, that has not changed.
17  BY MR. JOHNSON:
18  Q  What other business, other than servicing
19  critical power equipment, did old JT Packard
20  do?
21  A  I'm sorry.  Could you -- could you repeat the
22  question?
23  Q  Okay.  Well, you said JT Packard's core
24  business was servicing critical power, was that
25  right?

46

1   A  Critical power equipment.
2   Q  Critical power equipment?
3   A  Yes.
4   Q  Okay.  Thank you.  Other than servicing
5   critical power equipment, what was old JT
6   Packard's business?
7   A  The other lines of business that we are in
8   is servicing generators, HVAC, fire
9   suppression.
10  Q  And that's old JT Packard?
11  A  Yes.
12  Q  Okay.  Anything else?
13  A  I believe that's about it.
14  Q  Okay.  Did they sell any equipment, old JT
15  Packard?
16  A  Sure.  Equipment sales, battery sales, time and
17  material sales.
18  Q  New JT Packard continues to service critical
19  power equipment, is that right?
20  A  That's correct.
21  Q  And that continues to be new JT Packard's core
22  business, is that correct?
23  A  That's correct.
24  Q  Okay.  New JT Packard services HVAC?
25  A  Yes.

47

1   Q  And new JT Packard services fire suppression
2   units?
3   A  Yes.
4   Q  Okay.  And also services -- What was the third
5   thing you said?
6   A  Generators.
7   Q  Generators?
8   A  Yes.
9   Q  And the new JT Packard still services the
10  generators, is that right?
11  A  Yes.  We continue to service those products;
12  however, with a slightly different twist on
13  it.
14  Q  What is that twist?
15  A  We are selling it at a profit now.
16  Q  Selling the service?
17  A  Yes.
18  Q  Okay.  Does new JT Packard continue to sell
19  batteries?
20  A  Yes.
21  Q  And does new JT Packard continue to sell the
22  same other equipment?
23  A  The same other equipment, and some other
24  products, now that Thomas & Betts brings us to
25  the table.

48

1   Q  You're selling Thomas & Betts products now
2   also?
3   A  Yes.
4   Q  Is there anything else that new JT Packard does
5   that we haven't covered, currently?
6   A  New JT Packard also services the industrial
7   product base that Thomas & Betts brings to the
8   table.  New JT Packard, forward looking, may
9   very well soon be a self-performing HVAC
10  service.  There are other products, and
11  expansions, and strategies in the works,
12  yes.
13  Q  But at this time they are actually servicing
14  the industrial base?
15  A  Yes.
16  Q  What exactly is that?
17  A  Old JT Packard primarily operated in a data
18  center market.  Thomas & Betts' products are in
19  industrial retail spaces, petrol chemical
20  plants, Loewe's stores, and that's something
21  that old JT Packard did not do.
22  Q  Kind of expanded the customer base?
23  A  Correct, with a different set of products as
24  well.
25  Q  Okay.  Same services, but a different set of

49

**Page 50**

1     products?
2  A  And customer base, different market.
3  Q  **The industrial base, what percentage of new JT**
4     **Packard's work is that?**
5  A  I don't really have a good grasp on that yet,
6     as we are still working in two different
7     systems.  That's something we are trying to
8     resolve.  I would imagine that if Power
9     Solutions' service business is $10 million and
10    JT Packard is $60 million, that it's probably
11    about a sixth.
12  Q  **Okay.  Sounds like you got a headache on your**
13     **hands.**
14  A  Nothing but opportunities.
15  Q  **Glass half full?**
16  A  Speaking of glasses, could I have a glass of
17     water?
18  Q  **Of course.**
19  A  Thank you.
20  Q  **One quick question about Exhibit No. 3.  That's**
21     **in front of you there?**
22  A  Yes.
23  Q  **There is a picture in the bottom left corner.**
24     **Is that one of the field engineers?**
25  A  No, it is not.

**Page 51**

1  Q  **It's not?**
2  A  No.
3  Q  **Is that somebody that's supposed to look like a**
4     **field engineer?**
5  A  Sure.
6  Q  **He's wearing the red JT Packard polo shirt, is**
7     **that right?**
8  A  If you say so.  This is in black and white, so
9     I can't tell you.
10  Q  **Is the general field engineer uniform a red**
11     **polo shirt and jeans?**
12  A  It is, only not that polo shirt, because the
13     field requirement is a long-sleeve, all cotton
14     shirt.
15  Q  **Sure.  Can't start a fire, right?**
16  A  We don't want them to.
17  Q  **Try not to, right?**
18  A  Right.
19  Q  **The field engineers are wearing the same red**
20     **shirts as they wore before the sale, is that**
21     **right?**
22  A  No.
23  Q  **They got new shirts?**
24  A  Yes.
25  Q  **What do they say?**

**Page 52**

1  A  They no longer have the little Power Plus
2     piece of it underneath JT Packard here
3     (indicating).
4  Q  **Now it says just -- Now it just says JT**
5     **Packard?**
6  A  Correct.
7  Q  **Power Plus is the name that S.R. Bray Corp was**
8     **doing business as, right?**
9  A  I believe that is correct.
10  Q  **Okay.  The current name of JT Packard, the**
11     **official name is what?**
12  A  JT Packard.
13  Q  **Okay.  Is it Thomas & Betts Power Solutions**
14     **doing business as JT Packard?**
15  A  It may very well be.
16  Q  **You just know it as JT Packard?**
17  A  JT Packard, LLC, yes.
18  Q  **Okay.**
19  A  I just call it JT Packard.
20  Q  **Sure.  And I'm assuming everybody else does,**
21     **too?**
22  A  Yes.
23  Q  **Except for the lawyers?**
24  A  Everybody I talk to.
25  Q  **Except for the lawyers?**

**Page 53**

1  A  Except for the lawyers and the accountants and
2     the auditors.
3  Q  **So when you went to work on January 27, work**
4     **was a little bit different after the sale or**
5     **after the closing, in that a couple positions**
6     **were gotten rid of, but was your job**
7     **essentially the same?**
8       MR. VOSS:  Object to the form of the
9     question.
10       MR. JOHNSON:  Do you understand the
11     question?
12       THE WITNESS:  I can answer as far as
13     my job is concerned, and no, it wasn't the
14     same.
15     BY MR. JOHNSON:
16  Q  **Okay.  And did that change happen immediately**
17     **on the 27th?**
18  A  Pretty much.
19  Q  **And what was that change?**
20  A  I was made the director of field services.
21  Q  **Okay.**
22  A  From being the vice-president of engineering
23     and operations.
24  Q  **Okay.  So Patti lost her job in the sale,**
25     **right?**

1    A   Correct.
2    Q   And she was the former director of field
3        services?
4    A   Yes, she was the former director of field
5        services.
6    Q   Okay.  And so you basically assumed her job
7        duties also?
8    A   That would be correct.
9    Q   Okay.  At some point later you shed some of
10       your other duties?
11   A   Yes.  I don't remember exactly how it all
12       played out.
13   Q   Was that immediate or --
14   A   I don't recall.
15   Q   Okay.  The day after the sale closed, on the
16       27th, did your e-mail address change?
17   A   No.
18   Q   Your cell phone change?
19   A   No.
20   Q   Okay.  Your office?
21   A   No.
22   Q   Has your office changed?
23   A   No, my office has not changed.
24   Q   Same computer?
25   A   Yes.

54

1    Q   Okay.  When you took a look at a -- Strike
2        that.  When the sale occurred in the middle of
3        a -- Strike that.
4            The sale occurred in the middle of a pay
5        period, is that right?
6    A   Could be.  I don't know.
7    Q   Do you know what your pay periods are?
8    A   Frankly, no.
9    Q   You don't look at the paycheck very often, do
10       you?
11   A   My wife handles that.
12   Q   Do you know if you received two paychecks for
13       that pay period where the sale took place?
14   A   I don't recall.  Seems like I've heard that.
15       Something like that may have happened.
16   Q   But you don't know?
17   A   I couldn't tell you for sure.
18   Q   Do you have direct deposit?
19   A   Yes.
20   Q   All right.
21   A   Could I have some more water?
22   Q   Sure.
23   A   Thank you.
24       MR. VOSS:  Can we take a break,
25       please?

55

1        MR. JOHNSON:  Of course.
2        (Short break was taken.)
3        (Discussion was held off the record.)
4        MR. JOHNSON:  Are you ready?
5        MR. VOSS:  Yes.
6        THE WITNESS:  Yes.
7    BY MR. JOHNSON:
8    Q   All right.  After the sale, or after the
9        closing of the sale on January 27th, did your
10       compensation change?
11   A   I don't believe so.
12   Q   Benefits stayed the same?
13   A   I believe so.
14       MR. JOHNSON:  Let's mark this as --
15       What's the next exhibit?
16       THE REPORTER:  Exhibit No. 4.
17       MR. JOHNSON:  Okay.  Thanks.  Let's
18       mark this as Exhibit 4.
19       (Exhibit No. 4 marked for identification.)
20   BY MR. JOHNSON:
21   Q   This is, unfortunately, not Bates stamped, but
22       it is the Third Amended Complaint for
23       Injunctive Relief and Damages, in case number
24       3:10-CV-00213, in the Western District of
25       Wisconsin.  Do you see that?

56

1    A   Yes.
2    Q   Okay.  Mr. Sears, do you know what this
3        document is?
4    A   This looks like a court filing.
5    Q   It sure is.  Do you know anything about this
6        court filing or why this was filed?
7    A   The employees that are named in this left our
8        organization, and it's believed that they had
9        taken company proprietary information, trade
10       secrets, and they are using it to harm our
11       business.
12   Q   Okay.  And what do you mean by harm your
13       business?
14   A   Solicit our employees, our customer base,
15       compete with us in a manner that gives them an
16       unfair advantage.
17   Q   Does JT Packard have a -- are the customers one
18       time customers, or are they recurring
19       customers?
20   A   Both.
21   Q   Okay.  What percentage are one time and what
22       percentage are recurring?
23   A   I couldn't put a percentage on it.  A majority
24       of our customers are contracted customers, they
25       have annual or multi-year service agreements.

57

1   Q  And those -- if it's an annual agreement,
2   allegedly these former employees are going
3   after those customers when their contracts are
4   up, is that right?
5   A  The customer -- These folks are going after
6   them regardless of their contracts.  Most all
7   contracts are cancelable.
8   Q  Okay.  They are.  All right.  These customer
9   contracts, did they continue in force after the
10   sale or was there a new contract signed for
11   every customer on January 27th?
12   A  I believe there was effort to reassign all
13   contracts.
14   Q  Okay.  Has JT Packard, the new JT Packard lost
15   any customers because of these former
16   employees' actions?
17   A  JT Packard has lost customers.  I don't know if
18   it's a direct result of the two employees named
19   on this document or the other employees that
20   are currently employed by Power Plus, the other
21   former, ex-JT Packard employees.
22   Q  How many customers has new JT Packard lost that
23   were former customers of old JT Packard?
24   A  There is one customer that I know of for sure.
25   Their may be others.  There's also a few sales

58

1   that we had lost in the open market to them as
2   well.
3   Q  Has the new JT Packard retained most of its
4   customer base from the old JT Packard?
5   A  I would say that we have retained a majority of
6   our customers, yes, since the acquisition.
7   (Exhibit No. 5 marked for identification.)
8   BY MR. JOHNSON:
9   Q  Mr. Sears, have you had a chance to take a look
10   at Exhibit No. 5, Bates stamped TEED000307?
11   A  Yes.
12   Q  Is that your signature on the bottom of that
13   document?
14   A  Yes, it is.
15   Q  All right.  Have you seen this before?
16   A  Yes, I have.
17   Q  Okay.  Is this the effort that you were talking
18   about a few minutes ago, to try to sign a new
19   contract, or what is this?
20   A  No, this had nothing to do with the
21   reassignment of contracts.  This is an
22   announcement letter that was crafted, I
23   believe, by the Thomas & Betts marketing
24   department.
25   Q  Okay.  Kind of put on your desk, here, sign

59

1   this?
2   A  Yes.
3   Q  Okay.  Is everything in this letter accurate?
4   A  To the best of my knowledge, I do not believe
5   we actually have field engineers in all 50
6   states, but the way I believe that's worded,
7   it's close enough.
8   Q  Same familiar red shirts though, right?
9   A  Yes.
10   Q  Okay.  The red shirt that you're actually
11   wearing today, right?
12   A  This is one of them, yes.
13   Q  Okay.  Is this the first announcement that went
14   out to the customers about the sale?
15   A  I'm not sure about that.
16   Q  Did new JT Packard try to re-sign customers
17   before or after this letter?
18   A  From what I recall, that was something that
19   happened closer to closing, and the CRO was
20   engaged with helping with some of that as well.
21   I don't remember exactly when all that
22   happened.
23   Q  From the customer point of view though,
24   essentially there was no change other than a
25   different name, is that right?

60

1   A  I believe the customers would have received
2   assignment letters for contracts, reassigned
3   the contracts to the new business.
4   Q  As far as the services they were receiving,
5   there was essentially no change, is that right?
6   A  Sounds reasonable.
7   Q  JT Packard values their customer relationships,
8   is that right?
9   A  We sure do.
10   Q  That's why you have all your employees sign
11   non-compete agreements?
12   MR. VOSS:  Object to the form.
13   MR. JOHNSON:  Do all your employees
14   sign non-compete or confidentiality agreements?
15   THE WITNESS:  I believe that's
16   standard practice in our HR department, yes.
17   BY MR. JOHNSON:
18   Q  And part of the reason for that is because JT
19   Packard values its customer base, is that
20   right?
21   A  It's an HR policy.  I am not sure if they
22   decided on that because of that reason or not.
23   Q  The group of employees that have left JT
24   Packard and that new JT Packard is currently
25   engaged in litigation with, they are going

61

1    after the customer relationship that they have
2    built with JT Packard, is that right, with old
3    JT Packard?
4         MR. VOSS:  Object to the form.
5         THE WITNESS:  I don't understand who
6    "they" is.
7    BY MR. JOHNSON:
8    Q   "They" would be the -- -- Strike that.  The
9    former employees that left JT Packard, old JT
10   Packard are now competing with new JT Packard,
11   correct?
12   A   Some of them, yes.
13   Q   Okay.  And the "some" that JT Packard -- new JT
14   Packard is currently involved in litigation
15   with, they are going after JT Packard -- old JT
16   Packard's customers, correct?
17        MR. VOSS:  Object to the form.
18        THE WITNESS:  You confused me.
19        MR. JOHNSON:  Sure.  I confuse
20   myself.  The former JT Packard employees, which
21   new JT Packard is now suing, are being sued
22   because they are soliciting current and former
23   JT Packard customers?
24        MR. VOSS:  Is that a question?
25        MR. JOHNSON:  Correct.

62

1         MR. VOSS:  Object to the form.
2         THE WITNESS:  Thomas & Betts JT
3    Packard is taking action against former
4    employees who stole company data.  There are
5    employees who did not get rehired with the new
6    organization that work for Power Plus.  There
7    are also employees who left the organization of
8    their own accord, post acquisition, and now
9    work for Power Plus.  This group of employees
10   are actively soliciting JT Packard business,
11   yes.
12   BY MR. JOHNSON:
13   Q   And that business that they are soliciting is
14   business that old JT Packard did, is that
15   right?
16   A   They may very well have been customers of old
17   JT Packard, yes.
18   Q   And that is business that new JT Packard was
19   doing business with, is that right?
20   A   That may very well be correct, yes.
21   Q   You mentioned that there was one customer that
22   you were aware of?
23   A   Yes.
24   Q   Okay.  And did new JT Packard do any business
25   with that customer?

63

1    A   I can't be sure if it was a service contract
2    that was canceled prior to or post acquisition,
3    I couldn't tell you, if it had something to do
4    with the equipment sale that we lost with that
5    customer, if they didn't buy the equipment from
6    us post acquisition, and that part of the
7    business obviously didn't happen.
8    Q   Does new JT Packard's current customer list
9    look any different than old JT Packard?
10   A   I'm sure our customer list changes on almost a
11   daily basis.
12   Q   In between January 26 and January 27, was there
13   any major change?
14   A   Not that I recall.
15   Q   So the customer base is essentially the same?
16        MR. VOSS:  Object to the form.
17   Misstates the testimony.
18        MR. JOHNSON:  Is the customer list
19   essentially the same in between old JT Packard
20   and new JT Packard?
21        MR. VOSS:  Object to the question,
22   object to the form, misstates the testimony.
23        THE WITNESS:  I guess I don't know
24   that there is any significant change, or I
25   should say is or isn't any significant change.

64

1    BY MR. JOHNSON:
2    Q   JT Packard is currently doing business out of
3    275 Investment Court, Verona, Wisconsin, 53593;
4    is that right?
5    A   That's correct.
6    Q   And that's the same address that JT Packard did
7    business out of, that old JT Packard did
8    business out of?
9    A   That's correct.
10   Q   Okay.  JT Packard's website is still
11   www.jtpackard.com?
12   A   To the best of my knowledge.
13   Q   That hasn't changed?
14   A   I don't think so.
15   Q   Okay.  Let's see if we can clear that up for
16   you.
17        (Exhibit No. 6 marked for identification.)
18   BY MR. JOHNSON:
19   Q   Dan, you've been handed what's been marked as
20   Exhibit No. 6, Bates stamped TEED000275.  Does
21   it look familiar to you?
22   A   Yes.
23   Q   Do you know what this is?
24   A   It looks exactly like the JT Packard website.
25   It also looks real similar to the Power Plus

65

1    website.  Change the words, and it's the same
2    site.
3    Q   Okay.  There is a date on the bottom right
4        corner, April 19, 2010.  Do you know if this is
5        what JT Packard's website looked like on
6        April 19, 2010?
7    A   I do not.
8    Q   Do you have any reason to think it looked any
9        different?
10   A   No.
11   Q   And April 19th was after the sale to Thomas &
12       Betts?
13   A   2010, yes.
14   Q   If you look towards the bottom of this website,
15       it says, "Copyright Policy, Terms & Conditions,
16       Privacy Policy, Site Map, Thomas & Betts Power
17       Solutions is a wholly owned subsidiary of
18       Thomas & Betts Corporation," correct?
19   A   Yes.
20   Q   This is after the sale, is that right?
21   A   According to the date on the page, yes.
22   Q   Do you see where it says Thomas & Betts Power
23       Solutions?
24   A   Yes.
25   Q   Okay.  And Thomas & Betts basically took over

66

1    the website, is that right?
2    A   I don't know that they took it over, but if you
3        say so.
4    Q   Up on the top right-hand corner of this
5        document it says www.jtpackard.com; is that
6        right?
7    A   "/office_locations.html, yes.
8    Q   Thomas & Betts uses the same www.jtpackard.com
9        after the sale; is that right?
10   A   I guess I don't understand the question.
11   Q   Okay.  Did Thomas & Betts use the same JT
12       Packard website for new JT Packard after the
13       sale?
14           MR. VOSS:  Do you mean the web
15       address?
16           MR. JOHNSON:  Oh, the web address,
17       sure.
18           THE WITNESS:  The universal resource
19       locator, commonly known as a URL, is
20       www.jtpackard.com, yes.
21   BY MR. JOHNSON:
22   Q   Great.  That's the same URL before and after
23       the sale?
24   A   Yes.
25   Q   And the phone number, 1-800-972-9778, is the

67

1    same phone number?
2    A   Yes.
3    Q   Prior to the sale, did most field engineers
4        work out of their home office?
5    A   Yes.
6    Q   And the regional manager, do they also work out
7        of home offices?
8    A   Yes.
9    Q   And the area directors?
10   A   The area service directors also work out of
11       home offices.
12   Q   Okay.  And they all continued to work out of
13       their home offices after the sale; is that
14       right?
15   A   Yes, they do continue to work out of home
16       offices.
17   Q   All right.  Do you know how many field
18       engineers JT Packard had prior to the sale,
19       field engineers JT Packard employed?
20   A   Only approximately.  It changes on a daily
21       basis, it seems, weekly basis.
22   Q   Was is 250, 200?
23   A   It was approximately 140, 150.  I'm sorry, at
24       what timeframe did you ask?
25   Q   Just before the sale.

68

1    A   Oh, it would have been less, probably 120, 130,
2        somewhere around there.
3    Q   Okay.  New JT Packard has acquired more field
4        engineers?
5    A   Currently, as of yesterday, we were at 115.
6    Q   Okay.  So that number is about the same, plus
7        or minus five?
8    A   Well, again, it changes.  End of May we were
9        down to 103.
10   Q   How many employees -- Strike that.
11           MR. JOHNSON:  Let's mark this the
12       next exhibit.
13           (Exhibit No. 7 marked for identification.)
14       BY MR. JOHNSON:
15   Q   Dan, I've handed you what has been marked as
16       Exhibit No. 7, Bates stamped TEED000274.  Have
17       you seen this before?
18   A   I may have.  There were a lot of announcements
19       back then.
20   Q   This is a Business Journal article from the
21       Milwaukee Business Journal, dated February 9,
22       2010.  Is the information in this article
23       accurate, to your recollection?
24   A   Well, I didn't do the math on 15 percent of
25       about 300 employees, but other than that, the

69

1    numbers look pretty close.
2  Q   Prior to the sale, JT Packard had about 300
3      employees?
4  A   I think it was a little less than that, but
5      somewhere around there.
6  Q   And it was somewhere around 15 percent?
7  A   Well, if that's what the math works out to be,
8      sure.
9  Q   Let's see.  So it was about --
10 A   Well, 10 percent of 300 would be 30, so
11     5 percent of that would be another 15.
12 Q   You said earlier -- ballpark, you said 42?
13         MR. VOSS:  15 percent?  I'm sorry.
14     The question you had before was 15 percent of
15     what?
16         MR. JOHNSON:  Of the work force has
17     lost their job.
18         THE WITNESS:  Well, as it states
19     here, "weren't rehired."  Semantics.
20     BY MR. JOHNSON:
21 Q   The approximately 19 field engineers who lost
22     their job, did that happen immediately after
23     closing or was that, you know, at closing and
24     in the couple months after that?
25 A   I don't recall exactly when it was.  I think

70

1    this thing said -- I don't recall exactly when
2    it was that the folks weren't rehired.  I would
3    imagine that it would be at closing time, when
4    the company assumed or hired the employees.
5  Q   All right.  At closing or just after closing,
6      other than the one area service director, let
7      me get my -- Hold on.  Strike that question,
8      please.
9  A   Let me clarify for you, the CRO who's in charge
10     of old JT Packard notified the employees that
11     weren't rehired by Thomas & Betts, so that
12     would have happened pretty close.
13 Q   Did the chief restructuring officer, did he
14     continue to work after closing?
15 A   I don't know.
16 Q   Did you see him around ever after closing?
17 A   No, he took off pretty much after the business
18     closed.  I would assume that there was some
19     administrative duties he had to execute for the
20     old business.
21 Q   After the closing, JT Packard went from four
22     area service directors to three area service
23     directors, right?
24 A   That's correct.
25 Q   Okay.  And then one regional manager lost his

71

1    job.  How many regional managers were there?
2  A   Eleven.
3  Q   So there are 11, and it went down to 10?
4  A   There were 11, and with the merger of the two
5      businesses there are still 11.
6  Q   That's right.  His position was filled.  Okay.
7      And the area service directors, the three area
8      service directors, do they report to you
9      directly now?
10 A   Yes.
11 Q   Okay.  And they formerly reported to Patti
12     Epstein?
13 A   The area service directors under old JT Packard
14     reported to Patti, yes.
15 Q   And all the field engineers obviously still
16     report to the regional managers?
17 A   That's correct.
18 Q   Of the 11 regional managers, has there been any
19     change in who those regional managers are since
20     the closing of the sale?
21 A   Yes, there has.
22 Q   Okay.  What was that change?
23 A   Ben Wait (phonetic) quit and went to work for
24     Power Plus.  He was subsequently replaced with
25     a field engineer who was promoted.

72

1  Q   Okay.
2  A   And Ty Robey came to Verona, Wisconsin to take
3      over training and safety, and his position was
4      replaced by promoting to field engineer.
5  Q   Did Ty Robey's job change immediately?
6  A   No.
7  Q   Okay.  Any recollection when that was?
8  A   June.
9  Q   How about when did Mr. Wait leave?
10 A   I don't recall exactly.  It was March, April,
11     May timeframe.
12 Q   Is Glenn Paulson still employed by new JT
13     Packard?
14 A   Yes.
15 Q   Okay.  And who are the other area service
16     directors?
17 A   Glenn Paulson is not an area service director.
18 Q   Okay.
19 A   He is a strategic account manager.  Now the
20     three area service directors would be Lance
21     Sabo, Jessie Martinez and Jean-Michele
22     Christopher.
23 Q   And those three were area service directors for
24     old JT Packard?
25 A   No.

73

**Page 74**

1   Q   Okay.  So there was some change in who was
2       filling those positions in between the old and
3       new JT Packard?
4   A   Uh-huh.
5   Q   Is that right?
6   A   Yes.
7   Q   Okay.  What were those changes?
8   A   Lance Sabo was the national service operations
9       manager for Thomas & Betts Power Solutions, and
10      he was made the eastern area service director.
11  Q   Okay.  Who was the other area service director?
12  A   Glenn Paulson.
13  Q   Okay.  When did Glenn's position change?
14  A   Probably within a month of the closing of the
15      business, maybe two.
16  Q   So there was a month or two that Glenn was
17      still working as the area service director?
18  A   Yes.
19  Q   All right.  Were there any other major changes
20      to the supervisory structure at JT Packard
21      before and after the sale?
22          MR. VOSS:  Object to the form.
23          THE WITNESS:  In the field?  At
24      corporate?  I mean there were changes.
25

**Page 75**

1           BY MR. JOHNSON:
2   Q   We went over the field changes, is that right?
3   A   We discussed some of the field changes, yes.
4   Q   What other changes were there in the field?
5   A   From the supervisory standpoint, I don't
6       believe there were any.
7   Q   Okay.
8   A   We talked about regional managers and area
9       service directors, right?
10  Q   Right.  I'm talking about reporting structure.
11  A   Okay.
12  Q   At corporate there were some changes, is that
13      right?
14  A   Yes.
15  Q   Okay.  And what were those changes?
16  A   Since the purchase?
17  Q   Yes.
18  A   Since the purchase, really just who we reported
19      to.  So instead of reporting to Keith Bjelejac
20      or Steve Bray, we now report to Mike Lamothe.
21      Most of our organization reports to Mike.  The
22      contracts admin person now reports to Hal, and
23      HR reports to Jolene, director of operations
24      reports to Don Peterson, IT reports to James
25      Holcum.

**Page 76**

1           MR. JOHNSON:  This might be an easier
2       way of doing this.
3          (Exhibit No. 8 marked for identification.)
4   BY MR. JOHNSON:
5   Q   You've been handed a document that's been
6       marked as Exhibit No. 8.  It is Bates stamped
7       JTP00000439 through 452.
8           Mr. Sears, this is essentially the
9       reporting structure of old JTP at one point; is
10      that right?
11  A   That's correct.
12  Q   Do you have any idea when this was?
13  A   Couldn't tell you.  Obviously, we were under
14      S.R. Bray at that point in time.
15  Q   This is prior to when the bank came in and took
16      over, is that right?
17  A   Correct.
18  Q   So when the bank came in and took over,
19      essentially on this first page here of Exhibit
20      No. 8, Page 439, rather than CEO S.R. Bray, it
21      would be bank or Greg Charleston?
22  A   Correct.
23  Q   Is the remainder of this an accurate
24      description, the first page, Page 439, an
25      accurate picture of the reporting structure

**Page 77**

1       just before the sale?
2   A   No.
3   Q   What's different?
4   A   Obviously, the CFO is not there anymore; he's
5       on the board of directors.  The controller is
6       the Power Plus controller, not in our
7       organization.  Contract admin manager, Sam
8       Cemy, is a Power Plus employee, not in our
9       organization.  Director of HR, Carrie Penner,
10      is a Power Plus employee, not in our
11      organization.
12  Q   Tom Ward is a JT Packard employee, right?
13  A   Correct.
14  Q   Okay.
15  A   Essentially, if you take out the Power Plus
16      folks and move the folks underneath them up,
17      everyone would have rolled to the CRO at that
18      point, with the exception of the equipment
19      sales manager, Jay Roidt, and sales application
20      engineer, R. Walker.  They would continue to
21      roll up through Jim Nolden.
22          MR. VOSS:  Through?
23          THE WITNESS:  Jim Nolden.
24      BY MR. JOHNSON:
25  Q   And that's what it looked like just before the

1     sale, is that right?
2   A   That's what it would have looked like for most
3     of the duration of the CRO running the company.
4   Q   Were there other changes that happened while
5     the CRO ran the company?
6   A   You know, at the management level, I don't
7     believe so.  I'm not entirely sure about the
8     equipment sales and sales application
9     positions, but the rest of it would have been
10    that way.
11  Q   All right.  Currently, at new JT Packard, is
12    the structure similar to this, or is it
13    completely different?
14  A   It's similar, but different.
15  Q   Where are you?
16  A   Essentially, we all roll to Mike Lamothe, and
17    as I mentioned earlier, some of these folks
18    have a dotted line reporting relationship with
19    folks either at Power Solutions, in Richmond,
20    or at the T & B Memphis headquarters.
21        For example, the CIO, while he directly
22    reports to Mike Lamothe, he also has a dotted
23    line relationship with the director of IT, or I
24    don't know what James Holcum's title is, but to
25    other people.

                                              78

1   Q   So the CRO essentially handed off the reins to
2     Mike Lamothe?
3   A   Correct.
4   Q   And you report to Mike?
5   A   Correct.
6   Q   Are you essentially in Keith Bjelejac's
7     position?
8   A   No.
9         MR. VOSS:  CFO?
10  BY MR. JOHNSON:
11  Q   Is there a CFO currently?
12  A   No, not in JT Packard.
13  Q   I know you answered this earlier.  I want to
14    get a clear picture while looking at this
15    document.
16  A   Okay.
17  Q   In your current position, who on this list
18    reports to you?
19  A   Nobody.
20  Q   Nobody?
21  A   No.
22  Q   Is the director of customer care Paul Masnica,
23    M-A-S-N-I-C-A?
24  A   No.
25  Q   Is he still employed?

                                              79

1   A   No.
2   Q   Patti Epstein is no longer employed?
3   A   No.
4   Q   What about S. O'Connor?
5   A   Yes.
6   Q   Is he/she still employed?
7   A   She is still employed.
8   Q   What's "S"?
9   A   Sandy.
10  Q   Sandy?
11  A   Yes.
12  Q   All right.  Who does Sandy report to?
13  A   Mike, but she has a dotted line relationship
14    with -- I forget his name -- Jason Madison, in
15    Richmond.
16  Q   All right.  And who else is -- What about
17    D. Kreger?
18  A   Yes, Dave is still employed.
19  Q   Who does he report to?
20  A   Mike, and he has a dotted line relationship to
21    Hal.  Don't ask me what has last name is.
22  Q   Hal, he is in Richmond?
23  A   He's legal, and I think he's general counsel at
24    Thomas & Betts, Memphis.  Oh, Fontaine, that's
25    what it is.

                                              80

1   Q   Hal Fontaine?
2   A   Hal Fontaine.
3   Q   Okay.  Who does Tom Ward report to?
4   A   Jolene.
5   Q   Who is Jolene?
6   A   She is the Vice President of Human Resources
7     for Power Solutions, in Richmond, and let me
8     make sure I say that correctly.  He reports to
9     Mike Lamothe, but he has a dotted line
10    relationship to Jolene.
11  Q   Okay.  J-O-L-E-N-E?
12  A   Yes.
13  Q   Okay.  I think you said J. Roidt left; is that
14    right?
15  A   He is no longer employed.  I don't recall the
16    exact circumstances of his departure.
17  Q   Okay.  Was he employed immediately after the
18    sale?
19  A   I don't remember.
20  Q   Okay.  Somebody filled that position?
21  A   Not with a manager role.  In fact, I don't know
22    for a fact that he's ever had a manager title.
23    He was an equipment sales guy.
24  Q   How about R. Walker?
25  A   He's still employed.

                                              81

1  Q  Who does he report to?
2  A  He reports to -- That's a good question. I'm
3     guessing one of the sales leads that reports to
4     Chris Washburn, but I don't know.
5  Q  Chris Washburn, male or female?
6  A  Male.
7  Q  Chris was the director of sales?
8  A  Correct, and still is.
9  Q  Did Walker formerly report to Chris?
10  A  No, he rolled up to Jim Nolden.
11  Q  Nolden is no longer there?
12  A  Correct.
13  Q  Nolden, he left at the sale, is that right, or
14     did he leave after the sale?
15  A  The CRO asked him to leave prior to the
16     closing.
17  Q  Okay. So the salespeople now report to Chris
18     Washburn?
19  A  Correct.
20  Q  All right. How about J. Mobley?
21  A  John Mobley is still employed. He is our
22     customer care manager now.
23  Q  He reports to Mike?
24  A  Yes.
25  Q  And Chris Washburn reports to Mike?

82

1  A  Yes.
2  Q  Is there a CIO that reports to Mike?
3  A  I don't know what Kevin's title is anymore, but
4     yes, Kevin is still there.
5  Q  He reports to Mike now though?
6  A  He reports to Mike. He has a dotted line
7     relationship to James Holcum, in Memphis.
8  Q  All right. Do you guys have a new chart like
9     this?
10  A  Yes.
11  Q  Okay. Because I'm hoping it looks better than
12     what I have right here. So J. Mobley still
13     reports to -- works for JT Packard and reports
14     to Mike?
15  A  Correct.
16  Q  Chris Washburn still works for JT Packard and
17     reports to Mike?
18  A  Correct.
19  Q  Okay. You still work for JT Packard, and you
20     report to Mike?
21  A  Correct.
22  Q  And so does Kevin Mengelt, M-E-N-G-E-L-T?
23  A  Yes.
24  Q  Okay.
25  A  And he reports to Mike.

83

1  Q  And rounding up the people who report to Mike
2     are Sandy O'Connor?
3  A  Yes.
4  Q  Dave Kreger?
5  A  Yes.
6  Q  Tom Ward?
7  A  Yes.
8  Q  Anybody else?
9  A  I think you've covered them.
10  Q  Okay. Didn't you say that nobody reports to
11     you?
12  A  I said that on that first page that nobody
13     reports to me.
14  Q  So if you go to Page 441, just prior to the
15     sale, who was S. Latterell?
16  A  Stephanie Latterell.
17  Q  Was she the data service manager just before
18     the sale?
19  A  I believe so.
20  Q  Is she still?
21  A  No. She's no longer with the company, and I
22     don't remember exactly when she left. It was
23     post closing.
24  Q  A month or two after?
25  A  Yes, something like that.

84

1  Q  Okay. So for a while after the sale, data
2     services still reported to you?
3  A  For a short period.
4  Q  For a short period?
5  A  Yes.
6  Q  Was that until you got your contract?
7  A  I don't really remember when that changed. I
8     think Mike came to us with his idea of how
9     everything should be laid out, and then we
10     negotiated with him, so it was probably within
11     a few days, a few weeks. I don't remember at
12     what point in time that happened with
13     relationship to me signing my employment
14     agreement.
15  Q  The training manager, is that S. Candy (sic)?
16  A  It's Steve Cady, C-A-D-Y.
17  Q  He's still there?
18  A  He's now a field engineer in Salt Lake, Utah.
19  Q  When did that happen?
20  A  June.
21  Q  Who's doing training now?
22  A  Ty Robey.
23  Q  That's right. Training still reports to you?
24  A  Through Ty Robey, yes.
25  Q  Project manager, is that D. Maher?

85

1  A   Dannie Maher, she is now an equipment
2      salesperson. Tom Ross and Ruth Roper are no
3      longer with the company. That happened
4      sometime before the sale. Mike Rick is an
5      equipment salesperson as well.
6  Q   Is there any project manager?
7  A   Sam Shannon is his name, and is the only
8      project manager.
9  Q   Was Sam employed with old JT Packard?
10 A   No.
11 Q   He's from Thomas & Betts Power Solutions?
12 A   No.
13 Q   New hire?
14 A   Yes.
15 Q   All right. Does the project manager still
16     report to you?
17 A   No.
18 Q   Who does the project manager report to?
19 A   The director of operations, which is Peggy
20     Kalscheur.
21 Q   Who does Peggy report to?
22 A   Mike. She has a dotted line relationship to
23     Don Peterson, in Richmond, at Power Solutions.
24 Q   And reporting to Peggy is who else?
25 A   Service, parts, purchasing, warehouse,

86

1      logistics, they are on latter pages, if you've
2      got the whole tree.
3  Q   Let's see here.
4  A   Right here.
5          MR. VOSS: Was the question who
6      reports to Peggy now?
7          MR. JOHNSON: Yes. Is that current,
8      reporting to Peggy is service, purchasing,
9      warehouse and logistics?
10         THE WITNESS: On Page 447, Scott
11     Porterfield, Larry Hanson are no longer
12     employees. Benton Cook is no longer an
13     employee. She's got some new people back
14     there, I'm not sure of their names. Mike and
15     Doreen are still there, Sean. Jessie is no
16     longer an employee. John McNaughten is gone.
17     Scott Burnette is still here. Alicia is still
18     here. Kevin is still here. There is one or
19     two other folks here now that I don't see their
20     names, Charlie, and I think there is somebody
21     else back there.
22 Q   Did the supervisory reporting structure on Page
23     447 remain the same?
24 A   John McNaughten is gone, that position was
25     eliminated, but other than that, I believe it's

87

1      correct.
2  Q   And that position was eliminated at the sale?
3  A   Yes.
4  Q   So at the former -- at old JT Packard, Peggy,
5      the director of operations reported to you, and
6      now she reports directly to Mike?
7  A   Correct.
8  Q   And technical support still reports to you, is
9      that right?
10 A   Through Ty Robey, yes.
11 Q   Through Ty Robey. Okay. And the technical
12     support people now report to Ty Robey?
13 A   Correct.
14 Q   Did the technical support people report to
15     Steve Cady before?
16 A   No.
17 Q   They reported to you directly?
18 A   Yes.
19 Q   Take a look at 444 for me.
20 A   (Witness complies.)
21 Q   Is that Chris Washburn?
22 A   Yes.
23 Q   He is the former director of sales. Is he
24     still in that position?
25 A   Yes.

88

1  Q   Is the reporting structure that we see here the
2      same as it was previously, or is that
3      different?
4  A   It's actually grown. His three sales leads
5      there, Andrew Borchart, Scott Heinz and Kurt
6      Christianson have the service sales folks, some
7      of those players have changed as well as the
8      T and M sales folks roll up through them as
9      well as the equipment sales folks roll up
10     through them. Chris also has subcontract
11     management under him now as well.
12 Q   How about strategic accounts?
13 A   Yes.
14 Q   Still reports to Chris?
15 A   Yes.
16 Q   B. Harper?
17 A   Yes.
18 Q   Still reports to Chris?
19 A   Yes.
20 Q   Who's B?
21 A   Brenda.
22 Q   Brenda. Still reports to Chris?
23 A   Yes, she does.
24 Q   How about Crystal?
25 A   Crystal is no longer with the company, neither

89

1    is Chris Borth. Tanya is still there. I'm not
2    sure about the last person. There is some
3    other players in there now.
4  Q   But the sale support position still reports to
5    Chris?
6  A   Yes.
7  Q   All right. Paul Masnica, director of customer
8    care?
9  A   No longer with the company.
10 Q   Is there somebody filling that position?
11 A   John Mobley.
12 Q   So that position still exists?
13 A   Yes.
14 Q   All right. How about the supervisor of the
15    CSAMs?
16 A   He's now in service sales. I believe John has
17    two or three leads over there now. I don't
18    know exactly who they are.
19 Q   So basically, instead of having one supervisor,
20    there is two or three leads that report to him?
21 A   Correct.
22 Q   What is SAR?
23 A   Strategic Account Representative. Michelle
24    reports to Chris.
25 Q   Chris?

90

1  A   Washburn.
2  Q   So that's no longer under the director of
3    customer care?
4  A   That's correct.
5  Q   Okay. What about the CSA team lead?
6  A   Michelle Martin is no longer here. I'm not
7    sure if he has a lead there. I would assume he
8    does. I don't know who it is.
9  Q   Okay. And subcontractors don't report to John
10    because they report to --
11    MR. VOSS: Sub coordinators?
12    MR. JOHNSON: Is that coordinators or
13    subcontractors?
14    THE WITNESS: It's subcontractor
15    coordinator, and it's what we call our
16    subcontracting department, they manage our
17    subcontractors that we use for services, and
18    none of those people are with the organization
19    anymore, although that department does still
20    exist.
21    BY MR. JOHNSON:
22 Q   Those three people exist just before the sale?
23 A   I'm not 100 percent sure. Christy and Michelle
24    were here post sale. They have since gone to
25    Power Plus.

91

1  Q   Christy who?
2  A   Christy Rue.
3  Q   R-U-B-U-S?
4  A   R-U-E.
5  Q   Oh, I see. Were they there immediately after
6    the sale for a time?
7  A   Yes.
8  Q   How about Page 446, does that supervisory
9    structure still exist?
10 A   Yes.
11 Q   Is it the same as it is?
12 A   Yes, some of those players may have changed,
13    but it's the same.
14 Q   The structure itself is the same?
15 A   Yes.
16 Q   We talked about 447 for a little bit, but
17    essentially the structure on 447 is still
18    intact?
19 A   Correct.
20 Q   Okay. 448, Tom Ward is still HR?
21 A   Correct.
22 Q   Does he have anybody working under him?
23 A   Yes.
24 Q   Jeremy Nehring?
25 A   Yes.

92

1  Q   Still there?
2  A   Yes. Lisa Howe.
3  Q   Lisa Howe?
4  A   Yes.
5  Q   Still there?
6  A   Yes.
7  Q   That structure is the same as it was before?
8  A   Yes.
9  Q   How about Page 449, the director of T and M?
10 A   That position was eliminated. That department
11    rolls up to Chris' leads, as I said before.
12 Q   Okay. And Page 450, contract admin manager?
13 A   Yes.
14 Q   Is that position still there?
15 A   The structure is the same, some of the players
16    have changed.
17 Q   Did those players change because of the sale
18    or --
19 A   No.
20 Q   Okay. I actually want to ask that same
21    question for this. On 446, you said the
22    structure there is the same, but some of the
23    players have changed. Did those players change
24    because of the sale?
25 A   No.

93

**Page 94**

1  Q   Okay.
2  A   I should say not that I'm aware of.  I'm not
3      aware of who all of the employees were that
4      weren't rehired in all of the departments.
5      Some I can tell you for sure were changed out
6      long before the sale process, some of them I'm
7      not so sure.
8  Q   Okay.  The director on 451, Nolden, left?
9  A   Yes.
10 Q   Or was asked to leave.  Is there still a
11     director of business development?
12 A   No.
13 Q   Is this structure completely gone?
14 A   No, it is not.
15 Q   Okay.
16 A   Jim Nolden, Jennifer Wingert, Samantha Moyes,
17     John Roidt, Jim Uhalt, I don't see Chris on
18     there, all left, some pre-sale, some post-sale,
19     and are now working at Power Plus.
20     The equipment sales team, Todd Kubley,
21     Chris Harding, Mark Paws are all gone, and they
22     have been replaced by others, and they roll up
23     through Chris Washburn's sales leads, and I
24     believe Robert Walker rolls up through those
25     leads as well.

**Page 95**

1      The business development executive
2      position still exists, and there's three
3      players.  It's called strategic account
4      management.  I think we still call them
5      business development executives as well.  They
6      manage our strategic accounts, work in the
7      field, work remotely.
8  Q   Who are those three players?
9  A   Today it's Glenn Paulson, Mike Laufgren, and
10     Pat McIntyre.
11 Q   Okay.  The three equipment sales employees,
12     Kubley, Harding and Paws, did they leave at the
13     time of the sale or after the sale?
14 A   Kubley has been gone for a really long time.  I
15     don't recall Clay and Mark.  If it was before
16     or after.  I'm thinking it is after.  I think
17     John Roidt, Clay and Mark Paws all left after
18     the sale --
19 Q   Okay.  And by after --
20 A   -- along with Jim Uhalt.
21 Q   About a month or two?
22 A   Or three.  I don't recall exactly.
23 Q   Okay.  Is there still a business development
24     executive?
25 A   Yes, that's combined with the STRAM role, Glenn

**Page 96**

1      Paulson, Mike Laufgren and Pat McIntyre.
2  Q   So Glenn, Mike and Pat took over the director
3      of equipment sales, director of data center?
4  A   No, they are the business development
5      executives or strategic account managers who
6      roll up to Chris Washburn.
7  Q   Okay.
8  A   One person just doesn't show, Shane Wolfram,
9      who's our equipment manager.  He left post sale
10     as well, and is now at Power Plus.
11 Q   This department took a hit from Power Plus?
12 A   Well, they are in the UPS business, according
13     to them.
14 Q   I don't know how that works.  I haven't figured
15     that out yet, but good luck to them.
16     The structure on 452, the CIO, is that
17     structure still intact?
18 A   Yes.
19 Q   Okay.
20 A   Many of those players are gone as well.  In
21     fact, the whole left side.  The lower right guy
22     is gone, too.
23 Q   And where or when did they go, was that at sale
24     or sometime after?
25 A   Some of them before, some of them after, none

**Page 97**

1      of them because of -- Well, I take that back.
2      They all saw the big corporate IT department in
3      Memphis and figured their jobs were not long
4      anyway so --
5  Q   So some left before the sale and some left
6      after?
7  A   After, right.
8      MR. JOHNSON:  That was exciting.
9      What time do we have here?
10     MR. VOSS:  11:35.
11     BY MR. JOHNSON:
12 Q   Is it accurate to say that really the field
13     engineers are kind of the workhorse of JT
14     Packard, they are the ones providing the actual
15     service to the customers?
16 A   The field engineers are the force that's facing
17     the customer and working on the equipment, yes.
18 Q   In this reporting structure, you know, I didn't
19     ask this question.  Scott Bowman left at the
20     sale.  He had three regional managers that
21     reported to him.  Those three regional managers
22     report to a different area service director
23     now?
24 A   Yes.
25 Q   Outside of that, the field engineers' reporting

1    structure remain intact, right?
2  A  With the exception of the regional manager that
3    was also not rehired, yes, the structure is the
4    same.
5  Q  The structure is the same, they just swapped
6    out an employee?
7  A  Yes.
8  Q  Okay.  Do you have any idea of what percentage
9    of employees work remotely and what percentage
10   work in Verona?
11 A  Just about half and half.
12 Q  All right.  The changes that we discussed to
13   the actual supervisor structure, did that
14   happen on like the day after the closing, on
15   January 27th, or did that come about in the
16   weeks to come?
17         MR. VOSS:  Object to the form.
18         THE WITNESS:  Which specific change
19   are you referring to?
20 BY MR. JOHNSON:
21 Q  How about the changes on the first page.
22 A  That restructuring took place in the days
23   following the closing.
24 Q  The days following, like five days?
25 A  Something like that.

                                              98

1  Q  What is this document?
2  A  It's the Field Service Engineer Policies,
3    Procedures and Guidelines manual.
4  Q  Is this essentially all the policies and
5    procedures that the field service engineers
6    work under?
7         MR. VOSS:  Object to the form.
8         THE WITNESS:  This is a guideline
9    manual that was put together for them in
10   addition to the HR employee manuals that they
11   also have to adhere to.
12 BY MR. JOHNSON:
13 Q  And this document, Exhibit No. 9, contains many
14   different policies regarding how a field
15   service engineer does his or her particular
16   job, is that right?
17 A  That's correct.
18 Q  Okay.  Have there been any changes to this
19   policy, procedure and guideline book since the
20   sale of JT, JT Packard?
21 A  Not published, no.
22 Q  Okay.  Have there been any changes in the field
23   service engineer procedures?
24         MR. VOSS:  Since the acquisition?
25         MR. JOHNSON:  Since the acquisition.

                                             100

1          MR. JOHNSON:  You want to take a
2  quick break?
3          MR. VOSS:  How much more do you have?
4          MR. JOHNSON:  I've got quite a bit.
5          MR. VOSS:  Let's go off the record.
6          (Discussion off the record.)
7          MR. JOHNSON:  Okay.  Let's go back on
8  the record.  I just want to get a little bit
9  reorganized on some things here.
10         MR. VOSS:  Okay.
11         MR. JOHNSON:  What time do you need a
12 break?
13         MR. VOSS:  I've got a conference call
14 at 2:00.
15         MR. JOHNSON:  We'll go off the
16 record.
17         (Discussion off the record.)
18            (Short break taken.)
19 (Exhibit No. 9 marked for identification.)
20 BY MR. JOHNSON:
21 Q  We are back on the record, after a quick break.
22   In front of you, Dan, is Exhibit No. 9, which
23   is Bates stamped JTP00001796 through 1863.
24   Dan, do you recognize this document?
25 A  Yes, I do.

                                              99

1          THE WITNESS:  Yes.
2  BY MR. JOHNSON:
3  Q  Specifically, what?
4  A  Battery transportation.
5  Q  Okay.
6  A  That's probably the one that's been
7    communicated to the field that's not in this
8    manual.
9  Q  What changed?
10 A  We didn't really have a policy for field
11   service engineers transporting batteries, and
12   according to Thomas & Betts, we are not
13   transporting batteries at all anymore.
14 Q  Previously, old JT Packard field service
15   engineers did transport batteries?
16 A  They did, of their own choice.
17 Q  Take them to the recycling plant?
18 A  Yes.
19 Q  Get some money?
20 A  Yes.
21 Q  Thomas & Betts doesn't like that?
22 A  No.  Less to do with that, and more to do with
23   the ownership of transporting potentially
24   hazardous materials.
25 Q  And when did that change take place?

                                             101

1    A    Within the last two months, three months.
2    Q    Any other changes in the policies and
3         procedures that field engineers follow since
4         the sale?
5    A    There may have. Nothing comes to mind.
6         Nothing major. Travel, we now use the T & B
7         authorized travel agency. There might be
8         others.
9    Q    And that's to set up major travel, is that
10        airfare?
11   A    Airfare, rental car, hotel. Any times they are
12        going to use any three of those products, they
13        have to use the travel agency.
14   Q    And previously they went through --
15   A    The Power Plus travel agency, Majestic.
16   Q    So just a new travel agency?
17   A    Uh-huh.
18   Q    Anything else?
19   A    There may be. None that I recall right now.
20            MR. JOHNSON: Let's mark this as
21        Exhibit 10.
22        (Exhibit No. 10 marked for identification.)
23        BY MR. JOHNSON:
24   Q    All right. I'm handing you what's been marked
25        as Exhibit Number 10. This exhibit is Bates
                                                    102

1         stamped JTP00001480 through 1544. Mr. Sears,
2         does this document look familiar?
3    A    Yes.
4    Q    Is this the handbook, JT Packard handbook?
5            MR. VOSS: Object to the form.
6            THE WITNESS: That's what it says on
7         the front cover.
8         BY MR. JOHNSON:
9    Q    All right. Is this the handbook that was in
10        place before the sale?
11   A    I can't be sure. Before the sale of the
12        company, this would have been used at one point
13        in time. There would have been -- before this
14        came out there may have been a different one in
15        place.
16   Q    If you look at the second page, 1481,
17        apparently you have a blank page, it says
18        bottom right-hand corner, revised
19        December 2007?
20   A    Uh-huh.
21   Q    Do you know if there has been a revision since
22        2007?
23   A    In old JT Packard?
24   Q    Yes.
25   A    I don't know.
                                                    103

1    Q    Was there a new handbook issued after -- Strike
2         that. Was there a new handbook issued since
3         the sale?
4    A    There have been several documents provided to
5         me at JT Packard by Thomas & Betts, employment
6         type documents, yes.
7    Q    Okay. Was one of those a handbook?
8    A    I don't know that it necessarily says handbook
9         on it, no.
10   Q    Okay. Do you know if the policies and
11        procedures contained in Exhibit No. -- in
12        Exhibit No. 10 are still in force?
13           MR. VOSS: Object to the form.
14           THE WITNESS: I do not know that they
15        are or are not.
16        BY MR. JOHNSON:
17   Q    Has a new JT Packard employee handbook been
18        developed?
19   A    I do not know.
20   Q    Have the -- We discussed two changes with
21        regard to the field engineers' policies and
22        procedures, the battery transportation, and the
23        travel agency change. In between new JT
24        Packard and old JT Packard, have there been any
25        other changes to the policies and procedures
                                                    104

1         and how JT Packard does business?
2            MR. VOSS: Object to the form.
3            THE WITNESS: I know that in regards
4         to field service, the Exhibit 9 manual,
5         although this isn't the current one, has not
6         been updated. Therefore, as far as anything in
7         addition to the field service engineer policy
8         and procedure guidelines, short of the battery
9         recycling or transportation policy and travel
10        agency, I don't believe there has been anything
11        else sent to them.
12        BY MR. JOHNSON:
13   Q    You said Exhibit 9 is not the current one?
14   A    No.
15   Q    Okay. How can you tell?
16   A    Well, according to the revision date, it's July
17        of '08.
18   Q    And has it been revised since July of '08?
19   A    Oh, I'm sure.
20   Q    Okay. Outside of field services, have there
21        been any other major policy or procedural
22        changes since the sale?
23           MR. VOSS: Object to the form.
24           THE WITNESS: Yes, there has, with
25        the organization as a whole, absolutely.
                                                    105

BY MR. JOHNSON:

1    BY MR. JOHNSON:
2    Q   Structure-wise or --
3    A   Well, yes, the structure changed, as we spoke
4        about earlier. We are working through changes
5        that Thomas & Betts are bringing to the
6        organization in regards to roles and
7        responsibilities of places of interest.
8    Q   Okay. Anything else?
9    A   I'm sure there is other stuff.
10   Q   That's changed?
11   A   That's changed, yes.
12   Q   I'm trying to get a handle on whether from the
13       point of view of, let's say, a CSAM, the way
14       that they do their day to day work, the
15       schedulers, has that changed?
16   A   Not significantly. With regard to scheduling a
17       Power Solutions tech, yes, they have to work
18       with their counterparts in Richmond.
19           We have two different systems, so I'm sure
20       they have procedures they have changed to put
21       in place to be able to schedule guys
22       appropriately and not double work them or not
23       schedule somebody because they think somebody
24       else is doing it. I'm sure they have got
25       procedures, yes.
                                                    106

1    Q   Okay. But how about the way that they schedule
2        the former JT Packard engineers, you said there
3        is two systems, has that portion of it switched
4        or changed?
5    A   The schedulers in Richmond I think do schedule
6        some of the JT Packard field engineers, so yes,
7        it does.
8    Q   How about the schedulers in Verona, have the
9        way that they schedule the JT Packard field
10       engineers changed?
11   A   Essentially, yes, because now they have to make
12       sure that they haven't been booked in this
13       other system.
14   Q   What are the two systems called?
15   A   JT Packard uses a system called ClearView.
16   Q   Okay.
17   A   And Power Solutions uses a system called
18       SyteLine.
19   Q   SyteLine?
20   A   S-Y-T-E-L-I-N-E, and I'm not sure who makes it.
21   Q   Are those basically calendar programs for
22       scheduling each individual field engineer?
23   A   They have -- I can speak to ClearView, it has a
24       calendaring/scheduling element to it, yes, as
25       well as many others. SyteLine, I don't know if
                                                    107

1        it has a calendaring to it.
2    Q   Are the schedulers still using ClearView?
3    A   In Verona, yes. In Richmond, not until --
4        Well, we were hoping next week, but it's
5        coming.
6    Q   Is Power Solutions going to switch over to
7        ClearView?
8    A   Yes.
9    Q   Okay. Other than using the two different --
10       Strike that. Those are software systems?
11   A   Yes.
12   Q   Other than using the two different software
13       systems at the same time and having to deal
14       with that, have the schedulers at CSAM, has
15       their job changed in any way?
16   A   I really couldn't speak to that, because I
17       don't supervise them. I can tell you that
18       strategies have changed in regards to
19       scheduling guys. The old strategy was to
20       schedule them for 70 percent utilization, and
21       the new strategy is to schedule them for
22       80 percent utilization.
23   Q   For the day-to-day work of a scheduler,
24       essentially they are doing the same work, you
25       know, they get to work, they schedule the field
                                                    108

1        engineers pretty much in the same way, except
2        for they have to double check the other
3        computer system, and they are trying to
4        schedule them a little more as far as their
5        utilization goes?
6            MR. VOSS: Object to the form.
7            THE WITNESS: If you're asking if
8        they schedule them the same way as they did
9        pre-purchase, yes.
10   BY MR. JOHNSON:
11   Q   What other -- Other than what we have spoke
12       about with regard to the field engineers and
13       the schedulers, what other major changes have
14       there been in the way that JT Packard does its
15       business?
16           MR. VOSS: Object to the form.
17           MR. JOHNSON: If any.
18           MR. VOSS: Other than what he's
19       already testified to?
20           MR. JOHNSON: Other than what you've
21       already discussed, yes.
22           THE WITNESS: I don't know. I guess
23       there is just probably plenty of changes.
24       Since none of the other departments report to
25       me directly, I may not have knowledge of what
                                                    109

1     those changes are.
2     BY MR. JOHNSON:
3  Q   Okay.  Do the field engineers use the same
4     equipment that they did for the old JT Packard?
5  A   Yes.
6  Q   Same laptop, same set of wrenches and
7     screwdrivers?
8  A   Yes.
9  Q   Same meters, all that stuff?
10 A   Yes.
11 Q   Okay.  What other software systems does JT
12    Packard use?
13 A   (No response.)
14 Q   Okay.  By your expression, I'm going to have to
15    strike that question.
16       Since the sale, has JT Packard switched
17    any major software systems?
18 A   Since the sale, the company has been working
19    towards a goal to get the operational and
20    accounting side of JT Packard on the new
21    release of SyteLine, and has been searching for
22    a software solution for field service and plans
23    to completely replace the use of SyteLine in
24    Power Solutions and the use of ClearView at JT
25    Packard with whatever this new system turns out

110

1     to be.
2  Q   You're looking to combine the two?
3  A   Oh, absolutely.  Field service will be one.
4  Q   Are SyteLine and ClearView the two major
5     software systems used at JT Packard?
6  A   SyteLine is not used at JT Packard at all.
7  Q   Okay.
8  A   ClearView is the service piece of the software,
9     one of a dozen or more pieces of software.
10 Q   Is new JT Packard using any new equipment that
11    they didn't previously use?
12 A   Yes.
13 Q   What is that?
14 A   The part of the business that does start-ups
15    and commissioning of equipment, Power Solutions
16    Cyber-X equipment, uses some specialized test
17    equipment.  I couldn't tell you the specific
18    names or models, but they are pieces that JT
19    Packard field service hasn't used before.
20 Q   Does each field service engineer use that piece
21    of equipment, or is that just in start-ups?
22 A   Those pieces of equipment would be used
23    specifically for start-ups that have
24    commissioning tests performed, and so only if a
25    field engineer is assigned to do one of those

111

1     start-up commissions would they use it.
2  Q   Okay.  Any other new equipment?
3  A   Hardware, no.  Software, yes.  As we are
4     servicing Cyber-X product now, we have software
5     tools that are now used in the field by all
6     field service personnel.
7  Q   Cyber-X, is that a Thomas & Betts product?
8  A   Yes.
9  Q   Okay.  What percentage of the field service
10    engineers do you know that uses the first piece
11    of equipment, the specialized test equipment
12    you were discussing?
13 A   I couldn't even begin to guess.
14 Q   Is it a lot?
15 A   I don't know.  I don't manage them on a
16    day-to-day scheduling basis.
17 Q   What about the Cyber-X software?
18 A   All the field engineers have that on their
19    laptops.
20 Q   Okay.  Any other equipment that JT Packard
21    formerly didn't use, but uses now after the
22    sale?
23       MR. VOSS:  Use by the field
24 engineers?
25       MR. JOHNSON:  In general.

112

1        THE WITNESS:  By the field engineers,
2     there is a couple other pieces that come to
3     mind.  There is some communication test
4     equipment, mod bus equipment that is built, I
5     guess, and distributed by Power Solutions, with
6     off-the-shelf parts.  I'm not sure about office
7     equipment, computers, servers.  All that stuff
8     is through the IT department, and I imagine
9     it's going through Memphis now, much like our
10    internet and network access all goes through
11    Memphis, so I'm sure there is a lot of that
12    stuff that's new to us.
13 BY MR. JOHNSON:
14 Q   The field engineers are using the same
15    equipment that they used to use, they are just
16    adding more stuff; is that right?
17 A   Yes, up to this point.  There is more coming
18    down the pipe.  They are all getting a
19    Blackberry to replace their current cell
20    phones.  We are hoping to get the AFE approved
21    that they all get company vehicles, so there is
22    a lot of stuff coming down the pipe that's
23    changing.
24 Q   The procedures of actually going in and testing
25    the battery, and testing the equipment, and

113

1    filling out the field service report, is that
2    all the same still?
3  A  Unit specific, we service over 400 different
4    products, and it's specific to the product.
5  Q  Okay.  But the way that they actually fix each
6    of those products hasn't changed, has it?
7  A  No, it's the same way.  Anybody, including the
8    OEM or any other third party company would do
9    the maintenance or repairs.
10   (Exhibit No. 11 marked for identification.)
11   BY MR. JOHNSON:
12 Q  Mr. Sears, you've been handed Exhibit No. 11,
13   JTP00001055 through 1056.  Have you seen this
14   document before?
15 A  Possibly, or something very similar.
16 Q  Have any of the -- Strike that.  Can you tell
17   if this is a job description for a field
18   engineer before or after the sale?
19 A  No.
20 Q  Okay.  Would it be the same?
21 A  I would imagine it would be the same.
22 Q  Okay.  What about the sales staff?  Are they
23   using any new equipment?
24 A  I don't know.
25 Q  Okay.  If you take a look at Exhibit No. 11,

114

1    under essential duties and responsibilities,
2    Number 14, it discusses a few different types
3    of paperwork, including a field service report
4    and RMA, time sheet, and expense reports and
5    other reports.  Are those all the reports that
6    field engineers use on a daily basis or a
7    regular basis?
8  A  I think the "and other job required reports"
9    sums it up nicely, yes, it's everything.
10 Q  What other job reports are there?
11 A  There's preventive maintenance data sheets,
12   they may have to complete a method of
13   procedure, an MOP, they may have to complete a
14   JHA, a job hazard analysis form.
15     They may have to or they have in the past
16   had to complete a recycling indemnification
17   form and have it signed off from where they
18   dropped off batteries.  Field Plus is our
19   service software that incorporates the field
20   service report and the time that they report on
21   the job.  EZ Labor is the software for time
22   sheets.  There is probably more that I'm
23   forgetting.  That's usually covered in number
24   19 though.
25 Q  All right.  Have those reports changed since

115

1    the sale?
2  A  I believe almost all of our documents have
3    changed since the sale, to remove the Power
4    Plus name from them.  Some of them would have
5    added the Thomas & Betts name or some other
6    information to them.  Data sheets rarely
7    change, sometimes they get added to.  MOP's are
8    site and unit specific, so they are different
9    depending on what unit at what site they are
10   required for, so there is a number of things
11   that could change.
12 Q  But outside of the name on the actual piece of
13   paperwork, you know, the data that's filled in,
14   all that kind of stuff, that remained the same
15   before the sale and after the sale?
16 A  Yes.  We always change the oil the same way,
17   so --
18 Q  Okay.  And you mean you always provide the
19   services to the actual battery the same way?
20 A  Exactly.  If you're working on replacing a
21   starter in a Chevy, you know your mechanic's
22   going to do it the same way my mechanic does
23   it.
24 Q  Since the sale, has there been any major
25   change, like "We are no longer using the field

116

1    service report," or something along those
2    lines, in new JT Packard that is kind of a big
3    change in how JT Packard does its business?
4      MR. VOSS:  Object to the form.
5      THE WITNESS:  Form-wise, I don't
6    believe so.  I can't think of any forms that
7    have changed in any major way.
8    BY MR. JOHNSON:
9  Q  Outside of adding, you know, a couple new
10   products, a couple new Thomas & Betts products,
11   has the way that JT Packard or the way that
12   JT -- the new JT Packard does business changed
13   from the old JT Packard?
14     MR. VOSS:  Object to the form.
15     THE WITNESS:  Yes, there is a lot of
16   little, subtle things, but I can only tell you
17   about the ones I know of, not the ones I'm
18   unaware of.
19     One of our reports is a load loss report
20   that now goes to several folks at Power
21   Solutions, in Richmond, in addition to all the
22   people it used to go to.  There was a section
23   of that form that actually did change, at their
24   request.  We have different levels of
25   accountability.  The same person can't approve

117

1    something for their department, for example,
2    have different levels of sign-off for purchase
3    orders or authorizations to do work or to buy
4    something. Not everybody has that ability to
5    go out and sign off to buy something anymore,
6    so, yes, stuff's changed.
7    BY MR. JOHNSON:
8    **Q  Stuff's changed. Okay. But if you're looking**
9    **kind of from a higher view, and you're looking**
10   **at how JT Packard conducts its business, you**
11   **know, the salespeople sell their group of**
12   **products and field engineers go out and they**
13   **service the products, has those things -- have**
14   **there been major changes in -- in how JT**
15   **Packard operates?**
16        MR. VOSS: I object to the form.
17   You're asking that question 10 or 15 different
18   ways, and you just don't like his answer, so
19   you keep asking for this summary global change.
20        MR. JOHNSON: He said there is a lot
21   of little things.
22        MR. VOSS: He's testified to a wide
23   variety of changes in the structure, reporting
24   hierarchy, jobs changed. I mean, ask a
25   specific question rather than a summary of what

118

1    you're trying to get.
2        MR. JOHNSON: To the customer,
3    outside of, you know -- Strike that. I already
4    asked that.
5        Have there been any changes in the way a
6    CSAM schedules a field engineer?
7        MR. VOSS: We have already gone over
8    CSAM and scheduling changes. Asked and
9    answered.
10        THE WITNESS: No, beyond what I
11   referred to earlier, with regard to looking at
12   the other computer systems and looking at
13   Richmond and all that.
14   BY MR. JOHNSON:
15   **Q  Have there been any other changes in how field**
16   **engineers -- Strike that. Have there been any**
17   **changes in how field engineers receive**
18   **-- Strike that.**
19        **Do field engineers receive assignments**
20   **from anybody other than a CSAM?**
21   A   The JT Packard field engineers, the new JT
22   Packard field engineers now receive assignments
23   for Power Solutions CSAMs, which is different
24   than old JT Packard.
25   **Q  All right. Okay. Do you know if there is any**

119

1    **changes in the way the sales folks do their job**
2    **since the sale?**
3        MR. VOSS: Object to the form.
4        THE WITNESS: They now have more
5    stringent guidelines on the margins to which
6    they sell at.
7    BY MR. JOHNSON:
8    **Q  Okay.**
9    A   Beyond that, I'm sure there is other changes,
10   but it's not my department, so I'm not sure.
11   **Q  Are they selling the same products that they**
12   **used to?**
13   A   And some new ones.
14   **Q  Are the new ones from Thomas & Betts?**
15   A   (Witness nods.)
16   **Q  Yes?**
17   A   Yes. Sorry.
18   **Q  Thank you. Do the sales staff who sell**
19   **services sell the same type of services?**
20   A   Yes, and some new ones.
21   **Q  Okay. And does JT Packard sell anything else,**
22   **other than service and parts?**
23   A   Equipment.
24   **Q  Equipment. Are they selling the same**
25   **equipment?**

120

1    A   Yes, and some new products.
2    **Q  Do they sell anything else?**
3    A   Not that I will let them. They would try to
4    sell parking lot striping, if I would let them,
5    but no, service, products, equipment.
6    **Q  They are ambitious.**
7    A   Oh, sure. They want to make money.
8    **Q  Is there anything that the sales folks no**
9    **longer sell since the sale?**
10   A   Not that I'm aware of.
11   **Q  Is there any services that they don't sell**
12   **since the sale?**
13   A   Not that I'm aware of.
14   **Q  Are there any services that field engineers no**
15   **longer perform since the sale?**
16   A   Transportation of batteries.
17   **Q  Okay. Other than the transportation of**
18   **batteries?**
19   A   Not that I'm aware of.
20   **Q  Who all uses ClearView? Do the field**
21   **engineers?**
22   A   There is 106 licenses. I don't know who they
23   all are.
24   **Q  Okay. It is my understanding that since at**
25   **least May of 2005 to somewhere around fall of**

121

1    2009, JT Packard did not pay its employees
2    overtime; is that right?
3         MR. VOSS:  Object to form.
4         MR. JOHNSON:  Strike that.  Did JT
5    Packard, old JT Packard pay overtime to its
6    field engineers?
7         THE WITNESS:  Yes.
8    BY MR. JOHNSON:
9    Q   During what time period?
10   A   I was not in field service at the time, so I'm
11   not exactly sure of the dates.  It seems to me
12   that it was sometime around the timeframe of
13   the fall of 2009 that that change was made, but
14   I can't be positive.
15   Q   And it's fall of 2009 that they started paying
16   overtime?
17   A   That's what I believe.
18   Q   And previous to fall of 2009, they did not pay
19   overtime?
20   A   I believe that may be correct.
21   Q   Who would know that?
22   A   Our HR department.
23   Q   Mr. Ward?
24   A   Tom Ward, yes.
25   Q   So previous to the fall of 2009, the field

122

1    engineers received basically a salary, correct?
2    A   As far as I know.
3    Q   Okay.  Do you know if there were any bonuses
4    involved?
5    A   I do not.
6    Q   Okay.  Were you involved at all in the decision
7    to start paying overtime?
8    A   I may have participated in some discussions,
9    but I was not involved in the decision-making
10   process.
11   Q   What were those discussions?
12   A   As best I can recall, talk about what level of
13   an adjustment should be made in order to keep a
14   company neutral, cost neutral.
15   Q   That was the goal?
16   A   (Witness nods.)
17   Q   Is that a yes?
18   A   Yes, I'm sorry.
19   Q   That's all right.  I keep asking questions
20   while you're drinking your soda.
21   A   I believe the goal was to keep the cost neutral
22   to the business.
23   Q   Can you take a look at Exhibit No. 2.  This is
24   a Power Point presentation.  Have you seen this
25   document before?

123

1    A   I may have seen charts or graphs before.  I've
2    never seen this presentation before, as far as
3    I recall.
4    Q   Okay.  How do the -- Strike that.   Is there a
5    new system that JT Packard started to use in
6    the fall of 2009 to track the field engineers'
7    actual hours of work?
8    A   I believe, from what I recall, in reading this
9    earlier, EZ Labor is a software system that
10   they began to use.
11   Q   They are using EZ Labor to keep track of the
12   hours worked?
13   A   Correct.
14   Q   Does new JT Packard still use EZ Labor?
15   A   Yes.
16   Q   Do you recall who else was at the meetings that
17   you were at, where you discussed changing the
18   field engineer compensation structure?
19   A   I don't recall who was at those meetings, no.
20   Q   Anybody at all?
21   A   No, I can only assume it was the players in
22   charge of the department, HR.
23   Q   Do you remember how many meetings there were?
24   A   No, I don't know.  I wasn't a part of this
25   department, so I wasn't invited.

124

1    Q   You just kind of showed up?
2    A   No, I don't believe I went to any meetings.
3    Like I said, I recall seeing some of these
4    charts and maybe some of the graphs, but I
5    don't recall attending any meetings or beyond
6    having the discussion, as I said, about trying
7    to keep it cost neutral to the business.
8    Q   That discussion you think may have been with
9    Tom Ward?
10   A   I honestly don't remember.
11   Q   Can you tell me what a field service report is?
12   A   It's a document that's used to communicate a
13   job assignment to a field engineer and provide
14   a vehicle for them to report back the actions
15   they perform, their recommendations, their time
16   on the job, portal to portal, and parts used as
17   well as there is a section on there for some
18   meter readings, display meter readings.
19        MR. JOHNSON:  I'm going to hand you
20   one real quick, just so we can talk through
21   this.
22   (Exhibit No. 12 marked for identification.)
23   BY MR. JOHNSON:
24   Q   You've been handed what has been marked
25   Exhibit No. 12, which is Bates stamped

125

1    JTP00006781 to 6785.  This is a field service
2    report, correct?
3    A   Yes.
4    Q   On this field service report there is a space
5    to record labor details, is that right?
6    A   Are you talking about for the field engineer to
7    fill in the dates and times he worked?
8    Q   That's correct.
9    A   Yes.
10   Q   What is JT Packard's -- old JT Packard's policy
11   with regard to recording this time?
12   A   I believe in the guideline manual that it
13   describes to field engineers how to fill this
14   out and describes to them that they need to
15   enter the date of the work period, their
16   start time, when they leave to go to the job,
17   their arrival time, their time on site, and
18   then the outline of travel time home as well.
19   Q   There are -- For awhile I'm going to talk about
20   old JT Packard before they started paying
21   overtime.  Just so we are on the same page
22   there.
23       There are a number of tasks that a field
24   engineer performs that are not recorded on
25   that, on the labor details of a field service

126

1    report, correct?
2        MR. VOSS:  Object to the form.
3        THE WITNESS:  I'm not sure I
4    understand.
5    BY MR. JOHNSON:
6    Q   Sure.  You said that the labor details on the
7    field service report record the times when the
8    field engineer starts driving to essentially
9    the time when they stop driving and they get
10   back to their house, is that right?
11   A   Yes, correct.
12   Q   And there is a number of tasks that a field
13   service -- a field engineer that performs that
14   are outside of those two times, is that right?
15       MR. VOSS:  Object to the form.
16       THE WITNESS:  You mean when they are
17   not working on site for a customer?
18       MR. JOHNSON:  Correct.
19       THE WITNESS:  Yes.
20   BY MR. JOHNSON:
21   Q   And what are those?
22   A   Putting gas in his car, mailing his field
23   service report, checking his e-mail.
24   Q   How about talking on the phone?
25   A   Sure.

127

1    Q   Field engineers talk on the phone with
2    -- Strike that.
3        JT Packard has a policy that field
4    engineers have to return phone calls within 15
5    minutes, is that right?
6    A   I believe that's correct.
7    Q   Is that policy still in place?
8    A   Yes, but I thought it was 5 minutes,
9    but 5 or 15, whatever.
10   Q   Okay.  Field engineers, you know, talk with
11   schedulers on a regular basis, is that right?
12       MR. VOSS:  Object to the form.
13       THE WITNESS:  They should be, yes.
14   BY MR. JOHNSON:
15   Q   Okay.  And some of the time that a field
16   engineer does that is not on the field service
17   report, is that right?
18       MR. VOSS:  Object to the form.  No
19   foundation.
20       THE WITNESS:  Yes.
21   BY MR. JOHNSON:
22   Q   Okay.  Do field engineers speak with each other
23   on tech support issues?
24   A   I would assume so.
25   Q   Does that take place at times that are not

128

1    recorded on the field service report?
2        MR. VOSS:  Object to the form.  I
3    mean, are you asking him about the specific
4    conversation that occurred between two field
5    engineers?
6        MR. JOHNSON:  No, I'm asking in
7    general.
8        MR. VOSS:  Just in general whether
9    conversations occur that aren't recorded on
10   this form, any form?
11       MR. JOHNSON:  Do you understand the
12   question, Dan?
13       THE WITNESS:  I think that I can
14   answer it in this fashion.  If a field engineer
15   is talking with another field engineer about a
16   specific job, it's up to that field engineer
17   whether or not he creates a report and puts his
18   time down to it.  He may, or he may not.
19   BY MR. JOHNSON:
20   Q   Did old JT Packard have a policy that required
21   the field engineers to record that time?
22   A   That time where he was giving tech support?
23   Q   Uh-huh.
24   A   No.
25   Q   Field service -- Field engineers, they speak

129

**Veritext Chicago Reporting Company**
**312-442-9087     800-248-3290     847-406-3200**

1   with their regional managers, correct, on the
2   phone?
3   A   I would expect so, yes.
4   Q   And there are times that that takes place
5       outside of what is on the field service report?
6           MR. VOSS: Object to the form.
7           THE WITNESS: If a field engineer
8   elects not to fill out a service report, then
9   yes.
10  BY MR. JOHNSON:
11  Q   Is there a policy that JT Packard has that says
12      that every time you speak with a manager on the
13      telephone, you have to fill out an FSR?
14          MR. VOSS: Are we still talking about
15  old JT Packard?
16          MR. JOHNSON: Yes.
17          THE WITNESS: No, there is not a
18  policy.
19  BY MR. JOHNSON:
20  Q   Does JT Packard have a policy that prior to a
21      customer visit a field engineer has to contact
22      a customer first?
23  A   Yes.
24  Q   Okay. And what is that policy?
25  A   I believe it is that they make contact with the
                                                    130

1   Q   You mentioned earlier that the field engineers
2       -- strike that -- JT Packard has a policy that
3       the field engineers have to check their e-mail
4       at least twice a day, is that right?
5   A   I believe that's correct.
6   Q   Okay. And so that so that they can get e-mails
7       from either the schedulers, or techs,
8       management?
9   A   Was that a question?
10  Q   Yes.
11          MR. VOSS: He's leading you where he
12  wants you to go and asking you to agree with
13  him.
14          THE WITNESS: There's several reasons
15  why we require them or request that they check
16  their e-mail twice a day, and some of those
17  include so they can be aware of their job
18  assignments, if they have correspondence from
19  other departments within the organization that
20  have questions regarding field service reports
21  or their work, so they can get answers.
22  BY MR. JOHNSON:
23  Q   Essentially, that's part of their job, they
24      have to do that, right?
25  A   Yes.
                                                    132

1   customer 48 hours in advance to confirm the
2   job. More common sense than policy, but
3   sometimes you have to spell it out for them.
4   Q   And that could take place -- Strike that.
5       Does JT Packard have a policy that the
6       field engineer fill out a separate FSR or
7       somehow include that time on the FSR?
8   A   For that phone call?
9   Q   Yes.
10  A   The 48 hours in advance of going to the job?
11  Q   Yes.
12  A   I do not believe there is a policy that states
13  they must record that, no.
14  Q   Do you know of a field engineer that has ever
15      recorded that?
16  A   Not that I specifically recall, no.
17  Q   How does a field engineer get notified if there
18      is an emergency service that has to happen?
19  A   They'll be called on their cell phone.
20  Q   Is that included on the field service reports?
21  A   Only if the field engineer elected to record
22  it.
23  Q   JT Packard did not have a policy that required
24      them to record that, did they?
25  A   No.
                                                    131

1   Q   And does JT Packard have a policy that requires
2       the field engineer to fill out an FSR for the
3       time that it takes to check their e-mail?
4   A   No.
5   Q   Do you know if -- Strike that.
6       Field engineers check their e-mail at
7       times that they don't record on their FSR,
8       correct?
9           MR. VOSS: Object to the form.
10          THE WITNESS: Can you repeat that?
11          MR. JOHNSON: Do you know if field
12  engineers record the time that they spend
13  checking their e-mail on their FSR's?
14          MR. VOSS: Are we still talking about
15  FE's employed by old JT Packard?
16          MR. JOHNSON: Yes.
17          THE WITNESS: I don't know.
18  BY MR. JOHNSON:
19  Q   Has a field engineer ever told you that they
20      check their e-mail outside of the time that
21      they record on their FSR?
22  A   I don't recall any specific times that a field
23  engineer has told me that.
24  Q   All right. JT Packard has -- -- Strike that.
25      Does JT Packard have a policy that the field
                                                    133

1    engineers must constantly check the calendar?
2         MR. VOSS:  Object to the form.
3         THE WITNESS:  I'm not sure.
4    BY MR. JOHNSON:
5    Q    Where is the calendar located?
6    A    Well, if you're referring to the field
7    engineers' schedule calendar, it is on the JT
8    Packard intranet site, on the FE page.
9    Q    If a field engineer wakes up in the morning,
10   checks his e-mail, checks his calendar, and
11   then leaves to the -- you know, leaves for the
12   customer site, at the old JT Packard, the time
13   it takes for him to check his e-mail, respond
14   to e-mails, and check his calendar would not be
15   recorded on the FSR, correct?
16        MR. VOSS:  Objection, that's just a
17   pure hypothetical, and this witness has no
18   basis to answer it.
19        THE WITNESS:  I'm sorry.  Do I need
20   to answer that?  I'm not sure how to answer it.
21        MR. JOHNSON:  Can you answer it?
22        THE WITNESS:  I'm not sure how to
23   answer that.  Maybe you can repeat it.
24   BY MR. JOHNSON:
25   Q    Let's do this.  Earlier, you discussed that the

134

1    field service report, the hours that are
2    included on the field service report are the
3    time from when the field engineer leaves his
4    house to when he gets to the customer site,
5    from when he gets to the customer site and
6    performs work at the customer site, and it also
7    includes the time when he's driving from the
8    customer site back to his house; is that right?
9    A    Correct.
10   Q    Okay.  And that's what JT Packard's policy is,
11   correct?
12   A    I believe that's how it's described to fill out
13   the field service report in the guideline
14   manual, yes.
15   Q    And that does not include the time that a field
16   engineer spends talking on the phone, checking
17   his schedule, checking his e-mail before he
18   leaves his house, correct?
19   A    When you say that, you're talking about this
20   time on the field service report?
21   Q    Correct.
22   A    If he elected not to put it on there, it
23   wouldn't be on there.
24   Q    Is it JT -- former JT Packard's policy that the
25   field engineer is to include the time it takes

135

1    to do those things on the field service report?
2    A    I don't believe that's in the manual, no.
3    Q    Okay.  I might as well show you the manual.
4    A    It also doesn't say you can't put it on there
5    or do it either.
6         MR. VOSS:  We are looking at the
7    Field Service Engineer Policies, Procedures and
8    Guidelines manual?
9         MR. JOHNSON:  Exhibit No. 9, page
10   1823.
11        MR. VOSS:  Bates 1823?
12        MR. JOHNSON:  Yes.  Let me ask you
13   more specifically about 1835.
14        THE WITNESS:  Paragraph 7, labor
15   details?
16   BY MR. JOHNSON:
17   Q    Yes, Paragraph 7 is JT Packard's policy on how
18   to fill out time under labor on the field
19   service report, correct?
20   A    Correct, for the site visit.
21   Q    Is there any other place to fill out the time
22   that a field engineer works outside of what's
23   indicated in Paragraph 7?
24   A    Old JT Packard?
25   Q    Yes.

136

1    A    For site visits, no.
2    Q    Prior to the fall of 2009, when JT Packard --
3    old JT Packard started to pay overtime, did JT
4    Packard keep any records of the amount of time
5    the field engineers worked outside of what is
6    included in Paragraph 7?
7    A    I don't believe so.
8    Q    Okay.  And Paragraph 7 includes what you
9    discussed earlier, being the record of the time
10   from when the field engineer leaves his house
11   to when the field engineer arrives at the
12   customer site, from when the field engineer
13   starts working at the customer site to when the
14   field engineer finishes working at the customer
15   site, and also from when the field engineer
16   leaves the customer site to when the field
17   engineer gets home; is that correct?
18   A    Yes, and my only hesitation here is the fact
19   that it says in the start field the time that
20   you began your travel to the job, so the
21   definition of "begin travel" could be if you
22   get in your car or leave your house and put on
23   your coat, so yes, the time recorded associated
24   with that site visit.
25   Q    Does JT Packard have a policy with regard to

137

**Page 138**

1   what starts the travel?
2   A   No.
3   Q   Is there a general understanding that it is
4       when you actually leave your house?
5   A   I don't know that.
6   Q   There is no place in Paragraph 7 that provides
7       for the recording of time that it takes for a
8       field engineer to maintain their tools, is
9       there?
10  A   No.
11  Q   There is no place in there for the time it
12      takes for a field engineer to go to the
13      hardware store to pick up batteries, is there?
14  A   No.
15  Q   There is no place on Paragraph 7 that indicates
16      where to record time for picking up fuses, is
17      there?
18  A   No.
19  Q   And those last three things I mentioned are
20      things that field engineers are required to do,
21      is that right?
22  A   Yes.
23  Q   Okay.  What about shipping parts back to JT
24      Packard, is there somewhere in Paragraph 7 that
25      indicates how you would record time it takes to

**Page 139**

1       go to the UPS store to ship a part back to
2       Madison?
3   A   It's not spelled out in there.  The expectation
4       is that that is part of the job or that site
5       visit, yes.
6   Q   Okay.
7   A   This would be included in their travel home,
8       ship their parts back, mail their paperwork,
9       much like picking supplies up for their job
10      would be included in the travel to the site.
11  Q   Do field engineers always ship parts back to
12      Madison the same day as they perform the
13      service for the customer?
14  A   Did they?  No.  Should they?  Yes, that would
15      be a wonderful thing, but no.  Some do, some
16      don't.  Some procrastinate.
17  Q   What about filling out the FSR and other
18      paperwork, do they do that at the site, do they
19      do that at home?
20  A   The Policies, Procedures and Guidelines manual
21      here states that they need to do it on site.
22      That probably doesn't always happen.
23  Q   I was told by one field engineer that, you
24      know, it would take awhile to fill out some of
25      that information, so he would get what he

**Page 140**

1       needed to get down so that he could leave the
2       customer and not have the customer just stand
3       around while he fills out paperwork, and he
4       would go do it at home.  Is that what other
5       field engineers do?
6           MR. VOSS:  Objection, no foundation.
7           THE WITNESS:  I have no way of
8       knowing what field engineers do, but I have a
9       very good understanding of what a good field
10      engineer does, and it's not that.
11  BY MR. JOHNSON:
12  Q   Okay.  But there's some field engineers that
13      don't fill out that paperwork on site, correct?
14  A   There is a great possibility that there are
15      some field engineers that don't fill it out on
16      site.
17  Q   Did we talk about air filters yet?
18  A   I mentioned them earlier; I don't know if you
19      did.
20  Q   Field engineers have to keep basically a
21      stockpile of different air filters, is that
22      right?
23  A   Not to my knowledge.
24  Q   They have to -- They have to change air filters
25      every visit, right?

**Page 141**

1   A   They need to change air filters at least
2       annually or as needed in the customers'
3       equipment.
4   Q   And they have to have whatever air filters they
5       need with them, is that right?
6   A   Or shipped to the site.
7   Q   Are these huge air filters, what are they?
8   A   Most resemble your furnace filter at home.  In
9       some cases, you might need boxes of them though
10      because they have a lot of equipment or large
11      equipment.
12  Q   So you were saying earlier that a good field
13      engineer would fill out the FSR and e-mail it
14      out from the customer location, is that right?
15  A   That sounds correct.
16  Q   Okay.  How could he fill out the time that he
17      gets home before he gets home?
18  A   He doesn't necessarily have to fill out that
19      time, although he could put in a reasonable
20      estimate of what that arrival time home is.
21          One of the requirements in the document
22      here is that he reviews his field service
23      report and his PM data sheet with the customer,
24      so he needs to complete as much as he can to do
25      that.  He should never take down data on a

1    piece of scrap paper and do it later at home,
2    because then he didn't review anything with the
3    customer.
4    Q   Okay.  So the time that's recorded on the field
5        service report is just an estimate?
6            MR. VOSS:  Object to the form.
7            THE WITNESS:  I don't know it just to
8    be an estimate.  I can tell you of my own
9    practices.  For example, I know that it took me
10   just a little bit over two hours to get here
11   this morning, and I know when I finish here
12   it's going to take me about two hours to get
13   home.  So if I were filling out a field service
14   report for this site visit, I might populate my
15   arrival time home for two hours after I depart.
16   Should I get home later because the
17   construction between Johnson Creek and Madison
18   was all backed up, I will correct it when I get
19   home.
20   BY MR. JOHNSON:
21   Q   The regional managers have to contact field
22       engineers to ask them them where their FSR's are,
23       right, that's a problem at JT Packard, is that
24       not?
25   A   I wouldn't describe it as a problem.  I would

142

1    describe that some field engineers have
2    difficulties meeting expectations and turning
3    in their paperwork, per the guidelines.
4    Q   Okay.  So you are aware that there are field
5        engineers that sent their FSR's in after they
6        got home?
7    A   Our system of reports is set up to actually
8    give the field engineers a 24 hour leeway, a
9    24 hour buffer that this report generates out.
10   So, in other words, if I finish my job here
11   today, and I call it in complete to my
12   scheduler, they are going to change it in
13   ClearView from notify to pend, the pending FSR
14   report is not going to pick that up until 24
15   hours later, so they are not actually going to
16   hit the report that they are late until 24
17   hours after it should have been turned in.
18       So there will be a timeframe where I don't
19   know that they are late.  I will probably never
20   know for sure that they send it in from the
21   site, unless I'm specifically looking for it
22   for some reason, and those field engineers who
23   are not meeting expectations I would expect are
24   being worked with, with the regional managers,
25   to improve their performance.

143

1    Q   So if I'm a field engineer, and I'm out, and
2        I'm one of your good field engineers, I send in
3        my report before I leave the customer site,
4        estimate that I get home in three hours, I get
5        home in my three hours, that night I get a tech
6        call from another field engineer, he can't
7        figure out a specific machine, I help him
8        through it for about an hour, and that's that.
9        What do I do with that hour of time?  What was
10       JT Packard's written policy?
11   A   I don't believe there is a written policy, that
12   I can recall.  Oftentimes, we have had those
13   field engineers who provided that support, have
14   themselves added to the service order and have
15   them submit a field service report.  That
16   usually occurs with engineers who have a
17   tendency to get more of those support calls and
18   that spend a majority of their time doing that.
19       In the old JT Packard, for the last three
20   years, two-and-a-half years, whatever it was
21   under Patti, I don't know what she's told them
22   to do.  I don't believe that there is anything
23   to that effect documented in this guideline
24   manual.
25   Q   Field engineers have to order parts?

144

1    A   Yes.
2    Q   How do they know what to order?
3    A   Well, hopefully, they are still standing in
4    front of the unit and they are reading the
5    information off of the bad part.
6    Q   Okay.  If they -- is there -- Do they ever have
7        to order parts for a scheduled -- a normal
8        scheduled routine maintenance?
9    A   No, they should not be using parts on
10   preventive maintenance jobs.
11   Q   So it would just be emergency jobs?
12   A   Not necessarily emergencies.  They could use
13   parts for remedial service work, which is a
14   non-emergency issue with a piece of equipment.
15   Q   Okay.  Do you know if they ever have to order
16       parts at a different time, you know, from home?
17   A   Sure.
18   Q   Is there a spot for that to be recorded within
19       the guidelines of Paragraph 7?
20   A   Again, not spelled out, but if they are
21   ordering parts for a specific job, they can
22   certainly put time spent on the field service
23   report if they elected to.
24   Q   Have you ever seen a field service report where
25       someone did that?

145

1   A   Not that I specifically recall.
2   Q   **JT Packard expects their field engineers to**
3       **know what equipment they are going to work on**
4       **before they get to the customer site, is that**
5       **right?**
6   A   That's correct.
7   Q   **Okay.  So when they get the field service**
8       **report with the initial job, they know what**
9       **they're going into, right?**
10  A   I'm not sure I understand the question.
11  Q   **They know what types of equipment are at the**
12      **customer site, right?**
13  A   Yes.  When a field engineer is dispatched, he's
14      actually sent this field service report with
15      the customer and equipment information on it,
16      and there is an expectation that they
17      familiarize themselves with the equipment or
18      escalate the fact that they have no knowledge
19      and are the wrong person to put in front of
20      that UPS.
21  Q   **Sure.  And if they haven't worked on that piece**
22      **of equipment for a year or two, and they need**
23      **to freshen up, they can look at a manual, is**
24      **that right?**
25  A   That's correct.

146

1   Q   **Is that on the intranet?**
2   A   That would be on their laptop.
3   Q   **Do they record that within the guidelines of**
4       **Paragraph 7?**
5   A   That's not spelled out in there, but if they
6       elect to record it, they certainly could.
7   Q   **There is no policy that says they have to**
8       **record that?**
9   A   There is nothing spelled out in the manual,
10      that's correct.
11  Q   **And that's part of their job, to prepare for**
12      **the job site, so they know what's there, right?**
13  A   Yes, that would be my expectation that they are
14      prepared to perform their job.
15  Q   **And it's part of their job to return parts?**
16  A   Yes, it's an expectation that they return
17      reparable parts.
18  Q   **It's part of their job to order parts?**
19  A   Yes, it's the expectation that they'll order
20      parts.
21  Q   **Was there a job expectation that they talk on**
22      **-- strike that -- that they check their**
23      **calendar on a consistent basis?**
24          MR. VOSS:  Object to the form.
25          MR. JOHNSON:  It's a part of their

147

1       job to check their calendar?
2           THE WITNESS:  I don't know that
3       that's spelled out in the guideline manual.
4       The guideline manual does spell out for them to
5       check their e-mail, but I would expect them
6       also to be looking at their calendar.
7       BY MR. JOHNSON:
8   Q   **And that's just so that they know what's coming**
9       **up, and what jobs they have, right?**
10  A   When they check their e-mail, they are going to
11      have received all of their field service
12      reports for their work, and the calendar would
13      be a double check to make sure that they
14      received all their paperwork.
15  Q   **Why do you need a double check?**
16  A   Wouldn't want to accidentally forget to go to a
17      customer site that was scheduled because maybe
18      something got lost in the e-mail.
19  Q   **Are there any other tasks that a field engineer**
20      **does that is not spelled out or recorded in**
21      **Paragraph 7 that we haven't spoken about?**
22  A   I don't know.
23  Q   **Do you know if the EZ Labor system that field**
24      **engineers have used since the fall of 2009**
25      **records all of the time that we just spoke**

148

1       about?
2   A   The field engineer enters the time into EZ
3       Labor.  I don't know if the field engineer
4       enters times in all of those things that we
5       just spoke about, but it's up to them.
6   Q   **Did JT Packard write a policy on how to use EZ**
7       **Labor?**
8   A   I believe there are instructions as well as I
9       recall there being training sessions held with
10      them to ensure that they knew how to use it.
11  Q   **And who would that training have been performed**
12      **by?**
13  A   Well, I believe it was performed by Tom Ward in
14      HR.
15  Q   **All those tasks that we just went over that**
16      **field engineers do that may not be recorded in**
17      **Paragraph 7, those are all things that the**
18      **field engineers still are required to do, is**
19      **that right?**
20  A   Many things that we discussed were expectations
21      that I believe that they should be doing.  I
22      wouldn't want to broadly say yes without
23      actually seeing them written down and
24      understanding what they all are.
25  Q   **Let me find out where I am here.  The**

149

1    expectation that field service -- field
2    engineers prepare for the job prior to getting
3    to the job, is that something that JT Packard
4    still expects of their field engineers?
5  A   Yes.
6  Q   That the field engineers return parts?
7  A   Yes.
8  Q   And that field engineers order parts?
9  A   Yes.
10 Q   Field engineers maintain their tools?
11 A   I think that that's not a -- that's too general
12    of a statement to say yes to. The company has
13    a tool calibration program. If a hand tool
14    does get broken, if that's what you're
15    referring to, then they are required to call
16    the parts department and order a replacement
17    tool, so in that sense of the term, yes.
18 Q   Do field -- field engineers are -- they drive
19    their tools to the customer site, right?
20 A   I believe they drive their cars, and their
21    tools are probably inside the car.
22 Q   Right. They are not driving their tools. I
23    see what you're saying.
24    Some of the guys were telling me about
25    some of the field engineers were having some

150

1    in this handbook that they are financially
2    responsible for the company's tools and test
3    equipment.
4    The one in NML was in January, and it was
5    a very cold ride back to Chicago, by the way.
6  Q   Windows broke?
7  A   Oh, yes. Big old rock right through the
8    window.
9  Q   That's not good.
10 A   No.
11    MR. JOHNSON: Let's take a quick five
12    minute break, and I'm going to regroup a minute
13    here.
14    MR. VOSS: I've got a two o'clock
15    call.
16    MR. JOHNSON: Is it two o'clock?
17    MR. VOSS: It's seven of.
18    MR. JOHNSON: We can go off the
19    record.
20    (Discussion off the record.)
21    (Short break was taken.)
22    MR. JOHNSON: All right. We are back
23    on the record, after a short break. Well,
24    actually, it was a longer break.
25    MR. VOSS: Appreciate the

152

1    issues with people stealing stuff out of their
2    cars. JT Packard has a policy that the tools
3    have to be taken out of their cars at night,
4    and put back in in the morning when they leave
5    for a customer site, is that right?
6  A   I don't recall seeing that as a written policy.
7  Q   Do you know who would know if that's a policy?
8  A   (No response.)
9  Q   Patti?
10 A   Could be.
11 Q   Is Patti working for Power Plus?
12 A   I do not know.
13 Q   Do you know if it's an oral rule that JT
14    Packard requires their field engineers to take
15    their tools and their laptop out of their car
16    at the end of the day and put it back in on
17    their way out in the morning?
18 A   I don't know that it would be an oral or verbal
19    rule or policy. It would make common sense,
20    especially if you're spending the night in a
21    hotel in downtown Detroit, I've been robbed
22    there once, a hotel in Minneapolis, I've been
23    ripped off there, as well as just down the
24    street at Northwestern Mutual Life. You need
25    to be aware of your surroundings. We do state

151

1    consideration.
2    BY MR. JOHNSON:
3  Q   Mr. Sears, if the field service report isn't
4    filled out properly, it gets sent back to the
5    field engineer, right?
6  A   Not necessarily.
7  Q   Sometimes it does?
8  A   Sometimes it does, yes.
9  Q   Is that time reported on the field service
10    report that it takes for a field service
11    engineer to fill it out properly?
12 A   You would have to ask the field engineer if he
13    has that time in there.
14 Q   Is it JT Packard's policy that he has to have
15    that time included?
16 A   I don't believe it's documented anywhere.
17 Q   The time that's recorded in the labor details
18    section of the field service report, what is
19    that used for?
20 A   That is the record of the time spent for that
21    site visit, probably more so for the customer's
22    benefit than anybody else's.
23 Q   Okay. What is it -- What's an RMA?
24 A   It's a misused acronym. RMA stands for Return
25    Material Authorization, but the way we use it

153

1   is to indicate that a part or assembly or
2   something shipped to the field needs to be
3   returned to corporate.
4   Q  Is that a piece of paperwork that a field
5     engineer fills out?
6   A  There is a tag that the field engineer is
7     supposed to fill out and attach to the report
8     or to the part.
9   Q  A physical tag?
10  A  Yes, a tow tag kind of thing.
11  Q  Field engineers fill out expense reports?
12  A  Yes.
13  Q  Is that recorded in a field service report?
14  A  I don't know that I've seen it recorded on a
15    field service report.
16  Q  What is a utilization report?
17  A  Old JT Packard or new JT Packard?
18  Q  Old JT Packard.
19  A  No idea.  Before the fall of 2009, or whenever
20    they started tracking time in EZ Labor, we
21    didn't really have a utilization report, which
22    is a summary of the amount of work the field
23    engineer does.
24  Q  Okay.  There was -- Strike that.  Was a field
25    engineer's utilization measured in any way

154

1   prior to fall of 2009?
2   A  Was it measured in any way?
3   Q  Yes.
4   A  The data may have been collected in various
5     forms, whether that be on field service
6     reports, in ClearView, or our Field Plus
7     software tool.  I do not believe anybody
8     utilized that data in the form of a utilization
9     report.
10  Q  Okay.  You know who Brian Teed is?
11  A  Yes.
12  Q  All right.  Couple years ago he was fired, is
13    that right?
14  A  I don't remember exactly when it was.  It seems
15    like more than a couple.
16  Q  Could be a while?
17  A  And I don't believe he was fired; I believe he
18    quit.
19  Q  One of his contentions was his regional manager
20    wanted to increase his utilization, you know,
21    as a percentage, and that was kind of a point
22    of contention among the field engineers.
23      Do you know what that percentage or what
24    that measure of utilization was talking about?
25  A  I do not.

155

1   Q  Okay.  Would Patti Epstein know?
2   A  Perhaps.
3   Q  Perhaps?
4   A  Right.
5   Q  Okay.  When you were talking earlier about
6     increasing the utilization from 70 percent to
7     80 percent, what were you talking about?
8   A  Scheduled utilization, so if we are scheduling
9     work on a piece of equipment, we know
10    approximately how long that will take, and I
11    wanted or we practiced trying to keep that
12    scheduled utilization to a certain amount.
13  Q  That's on a piece of equipment or on an FE,
14    field engineer?
15  A  On a field engineer.
16  Q  Okay.  So you're trying to keep the field
17    engineer working 80 percent of his scheduled
18    availability?
19  A  Our strategy is to schedule him for an
20    80 percent workload, doing preventive
21    maintenance, remedial type work, with the
22    expectation that emergency calls and time and
23    materials jobs are going to come in, and his
24    utilization is going to be cyclic, somewhere
25    above or below 80 percent.

156

1   Q  Got you.  And that's 80 percent of an hour
2     amount?
3   A  Yes, 80 percent of his availability for the
4     week.
5   Q  What's the availability?
6   A  40 hours.
7   Q  40 hours?
8   A  Yes.
9   Q  If there's multiple field engineers, it's the
10    lead field service engineer that fills out the
11    field service report, right?
12  A  I'm sorry, is that a question?
13  Q  It's a long afternoon, I know.  If there's
14    multiple field engineers working on the same
15    job, it's the lead field engineer on that job
16    who fills out the field service report, right?
17  A  Old JT Packard.
18  Q  Yes.
19  A  That's the guideline, yes.
20  Q  Does that always happen?
21  A  I don't know that it does.
22  Q  Are there times that when multiple field
23    engineers worked on one job, all the labor for
24    all the field engineers wouldn't get recorded
25    on the FSR?

157

1    A   I'm sorry, could you repeat that?
2         THE REPORTER:  "Are there times that
3    when multiple field engineers worked on one
4    job, all the labor for all the field engineers
5    wouldn't get recorded on the FSR?"
6         THE WITNESS:  I don't know that.
7    BY MR. JOHNSON:
8    Q   You don't know if that ever happened?
9    A   No.
10   Q   If I wanted to know every hour that a field
11   engineer worked in a particular week, would the
12   field service report tell me exactly how many
13   hours that field engineer worked?
14        MR. VOSS:  Object to the form.
15        THE WITNESS:  The field service
16   report would have, at the very least, recorded
17   his time in relationship to that site visit.
18   BY MR. JOHNSON:
19   Q   I'm going to have you take a look at Exhibit
20   No. 2, Bates page number TEED000287.  The last
21   line on this Power Point slide says that the --
22   it's likely missing unreported admin, tech
23   support, et cetera.  Do you have any idea what
24   that's talking about?
25   A   The administrative time, the tech support time,

158

1    A   They do work with their field engineers to get
2    their paperwork in, yes.
3    Q   Going through a series of tasks that field
4    engineers do, including phone calls, checking
5    e-mail, checking the calendar, taking care of
6    their tools, keeping track of air filters and
7    buying air filters, filling out paperwork,
8    ordering parts, returning parts and getting
9    ready to do work on the job site, those are all
10   tasks that JT Packard now pays its field
11   engineers to perform; is that right?
12   A   We pay the field engineers their salary and
13   overtime, as reported.  Those tasks fall into
14   there somewhere, I'm sure.
15   Q   Are they paid a salary or are they paid hourly
16   now?
17   A   Salary.
18   Q   They are paid a salary and then an overtime
19   rate on top of the salary?
20   A   Yes.
21   Q   Is that called a fluctuating workweek?  Have
22   you ever heard that term?
23   A   I don't know that from what I understand a
24   fluctuating workweek to be it would actually be
25   called that, no.

160

1    the items that you inquired about earlier in
2    our conversation today is what I would believe
3    that is referring to.
4    Q   And that's not recorded or potentially not
5    recorded accurately on a field service report,
6    is that right?
7    A   Potentially.
8    Q   Are there a lot of field service reports that
9    come in after 24 hours have passed?
10   A   Define "a lot."
11   Q   More than 20 percent.
12   A   I couldn't tell you.
13   Q   Is it a regular problem, not a problem --
14   Strike that.
15        Is it a regular issue that the regional
16   managers are facing?
17   A   That is an expectation that the regional
18   managers have an opportunity to continue to
19   manage.
20   Q   Do the regional managers spend a lot of time
21   tracking down FSR's?
22   A   Again, define "a lot."  I don't know what
23   portion of their day or week they spend doing
24   that.
25   Q   But they do do it?

159

1    Q   Okay.  What do you call it?  Do you call it
2    anything?
3    A   A fluctuating workweek?
4    Q   What do you call the way that the field
5    engineers are paid now?
6    A   They are paid salary, plus they get overtime on
7    top of that.
8    Q   But prior to fall of 2009, there was no
9    agreement between JT Packard and the field
10   engineers that they would receive overtime in
11   addition to their salary; is that correct?
12   A   Prior to the fall of 2009, yes, I don't know
13   that there's ever been an agreement between the
14   field engineers and the organization to that
15   effect.
16   Q   If there was an agreement, would you know?
17   A   I may.
18   Q   If there was an agreement to pay the field
19   engineers overtime in addition to their salary
20   prior to fall 2009, would you know?
21   A   I would like to think I would.
22   Q   Do the field engineers -- Strike that.
23        Are the field engineers now instructed to
24   record the amount of time that they spend on
25   the phone in EZ Labor?

161

1    A   I have not read the directions, nor attended
2        the training for EZ Labor, so I don't know what
3        they are instructed to do.
4    Q   That's fine. I'll call Tom. Prior to the fall
5        of 2009, do you know if anybody from JT Packard
6        ever looked into whether or not field engineers
7        should receive overtime?
8    A   I don't know that for a fact.
9    Q   Do you know who made that decision?
10   A   Which decision was that?
11   Q   The decision to not pay field engineers
12       overtime?
13   A   I do not.
14   Q   Prior to the fall of 2009, did a field engineer
15       ever complain to you about not receiving
16       overtime?
17   A   Not that I recall.
18   Q   Did you ever hear of any complaints of field
19       engineers wanting to know why they didn't
20       receive overtime?
21   A   Complaints, or field engineers wanting to know?
22       I don't remember either.
23   Q   Do you know if anybody at JT Packard has
24       contacted the Department of Labor to find out
25       whether the field engineers should or should

162

1        not receive overtime?
2    A   I have no knowledge of that.
3    Q   Do you know if anybody at JT Packard has
4        researched the Fair Labor Standards Act to find
5        out if the field engineers should receive
6        overtime?
7    A   I've got no knowledge of that.
8    Q   How about the regulations that accompany the
9        Fair Labor Standards Act?
10   A   I have no knowledge of that either.
11   Q   Wisconsin law on overtime?
12   A   No idea.
13   Q   So you don't know whether JT Packard has ever
14       looked into whether the law requires the FE's
15       to receive overtime?
16   A   I have no firsthand knowledge of anybody doing
17       that.
18   Q   Okay. I'll have you take a look at this.
19   A   Okay.
20       MR. VOSS: Excuse me. What exhibit
21   is that?
22       THE WITNESS: 11.
23       MR. JOHNSON: Exhibit No. 11.
24       MR. VOSS: Okay.
25

163

1    BY MR. JOHNSON:
2    Q   This is a job description of a field engineer,
3        right?
4    A   That's what the title is.
5    Q   Okay. Have you read through this document?
6    A   I've browsed through it.
7    Q   I would like to take a look at the second page
8        here. It says knowledge, skills, abilities
9        necessary to perform the essential functions.
10       What are JT Packard's education requirements
11       for a field engineer?
12   A   I think the educational requirements were on
13       Page 1, at the bottom, on this particular job
14       description.
15   Q   Yes, they sure are. All right. And what are
16       those requirements?
17   A   Minimum two-year educational background in
18       electronic repair or related military
19       experience. All candidates should have a
20       minimum of two years of field experience
21       servicing UPS systems is how the document read.
22   Q   The two year educational background in
23       electrical repair, what exactly is that
24       requirement?
25   A   Beats me. Maybe they fixed toasters or clock

164

1        radios or stereos.
2    Q   It's not really coursework in fixing and
3        maintaining UPS systems?
4    A   Doesn't say that.
5    Q   Okay. Is that a requirement at JT Packard,
6        that you have to have a specific course in
7        fixing UPS systems?
8    A   Doesn't say that on this document.
9    Q   Okay. But it is a requirement?
10   A   Of old JT Packard?
11   Q   Yes.
12   A   I don't know.
13   Q   I thought you were the guy that knew
14       everything.
15   A   Well, Patti was in charge of field service; I
16       wasn't.
17   Q   But at the time you were in charge of field
18       service?
19   A   Yes.
20   Q   From 2004 to about 2006?
21   A   Approximately.
22   Q   Okay.
23   A   That would have been my preference, that they
24       had UPS experience, yes.
25   Q   Are there any field engineers that have only a

165

1     high school diploma?
2  A  I don't know.
3  Q  **You don't know that?**
4  A  No.
5  Q  **Would that bar an employee or a potential**
6     **employee from becoming a field engineer for JT**
7     **Packard?**
8  A  Not that I'm aware of.
9  Q  **Okay. So is there a professional degree in**
10    **maintaining uninterruptible power systems?**
11  A  Not that I'm aware of.
12  Q  **Okay. So is there a professional degree that**
13    **you would have to have to be able to service an**
14    **uninterruptible power system?**
15  A  I guess that depends on who you're trying to
16    get a job with, and what their requirements
17    are. I don't believe there is any federal or
18    state laws, you know, it really comes down to
19    the corporation.
20  Q  **Does JT Packard require an employee to have a**
21    **specific academic degree to become a field**
22    **engineer?**
23  A  I don't have any knowledge of that.
24  Q  **Okay. How does one learn how to do what a**
25    **field engineer does?**

166

1  A  I suspect that one needs to obtain a job with a
2    company who does this business and learn from
3    the senior field engineers and training
4    department that they may have.
5  Q  **And then after two years of that, JT Packard**
6    **would hire them?**
7  A  I don't know that.
8  Q  **Does JT Packard hire people who have no**
9    **experience in working with UPS's?**
10  A  I don't know the experience levels of our field
11    engineers. I suspect that's possible.
12  Q  **What's your educational background?**
13  A  Completed high school, have a Bachelors of
14    Electronics Engineering from DeVry, worked for
15    the OEM for six years, worked for third-party
16    companies going on about 15 years.
17  Q  **So you don't have an -- Strike that.**
18     **I'm sure a degree in electrical**
19    **engineering would be helpful, but is that a**
20    **requirement to work at JT Packard as an FE?**
21     MR. VOSS: Is this the old JT
22    Packard?
23     MR. JOHNSON: Yes, the old JT
24    Packard.
25     THE WITNESS: I don't believe that I

167

1     would know that. It's really up to the hiring
2    manager.
3    BY MR. JOHNSON:
4  Q  **Who's the hiring manager?**
5  A  Old JT Packard, that would be field service
6    management, Patti Epstein, area service
7    directors, regional managers, obviously they
8    are going to have input from the human
9    resources department. The job descriptions are
10    really more filters than they are policy.
11  Q  **If somebody was a -- Strike that.**
12     **If somebody didn't have a four year**
13    **college degree, could they still work for JT**
14    **Packard as a field engineer?**
15  A  That would be up to the hiring manager and the
16    human resources department.
17  Q  **But there is not a specific degree that an**
18    **individual has to have to be able to work as a**
19    **field engineer?**
20  A  Not that I'm aware of.
21  Q  **And you said basically a field engineer learns**
22    **how to do their job through on-the-job**
23    **experience?**
24  A  Through the on-the-job training from other
25    field engineers, any training programs the

168

1     organization may have. There is not a prep
2    college or courses at MATC that you can take on
3    UPS repair that I'm aware of.
4  Q  **The job description, Exhibit No. 11, under**
5    **decision-making authority there on the first**
6    **page, it says limited decision-making**
7    **authority. Is that accurate?**
8  A  I guess when it comes to making decisions on
9    the company's behalf, yes.
10  Q  **What kind of decisions does a field engineer**
11    **make?**
12  A  Whether or not to go to the job that's
13    assigned, whether or not to leave a unit in
14    bypass, leave it with bad batteries, whether or
15    not to consult with a customer before he
16    leaves. He has all kinds of decisions to make.
17  Q  **Are most of those decisions based upon, you**
18    **know, the data that comes from the different**
19    **tools the field engineer uses?**
20  A  Some decisions are based on data that he
21    collects. Some of those decisions he doesn't
22    really have, he is guided on what he's going to
23    be doing, and he gets to decide on whether or
24    not he does it.
25  Q  **What do you mean "he gets guided"?**

169

1  A  For example, we tell him he needs to call
2     before he goes to the job site. If he decides
3     not to do so, and he shows up, and the customer
4     is not there, he's failed to meet expectations.
5  Q  Okay.
6  A  He's told to make the best battery string that
7     he can if he finds bad batteries. If he
8     doesn't do that, he's failed to meet
9     expectations and he can be disciplined.
10       There's certain things that the decisions
11    aren't left to them, they are guided and told
12    what to do, and if they decide not to do it,
13    they could be disciplined.
14 Q  **When they are actually testing a specific**
15    **battery or testing a specific piece of**
16    **equipment, whether or not it needs to be**
17    **replaced, is that based on numbers?**
18 A  For the most part, yes. There is very little
19    subjectivity to it, although some can exist.
20 Q  **And is outside of -- Strike that.  When they**
21    **are at the actual customer location and**
22    **performing the service on the parts, what other**
23    **decisions are there that do have subjectivity?**
24 A  Whether or not to wipe down or clean the
25    outside of the unit; whether or not to vacuum

170

1     the unit or dust the circuit boards; whether or
2     not it's safe to perform the assigned task,
3     given the equipment status and environment,
4     things like that.
5  Q  **The cleaning of the unit, vacuuming, are those**
6     **expectations that you have that they do that**
7     **every time?**
8  A  My expectation is that they clean the unit, and
9     if the unit is in a spectacular environment,
10    like a raised floor computer room, odds are
11    they won't have to wipe it down or vacuum it
12    out. It's subjective. When you look at it, is
13    it dirty? No? Great. That's one less thing I
14    have to do.
15 Q  **Got you. Do you know what kind of vehicles the**
16    **field engineers drive?**
17 A  No.
18 Q  **Does JT Packard require them to keep insurance?**
19 A  Yes.
20 Q  **JT Packard doesn't pay for the insurance?**
21 A  No. Let me rephrase that. JT Packard provides
22    an auto allowance with which it is expected the
23    field engineer will obtain reliable
24    transportation, insure it, and so on and so
25    forth.

171

1  Q  Okay. Do they have to prove insurance to JT
2     Packard?
3  A  Yes. Old JT Packard?
4  Q  Old JT Packard.
5  A  There may have been a timeframe where old JT
6     Packard was not as diligent as they should have
7     been obtaining a current insurance certificate.
8  Q  **Okay. Do you know when that time was?**
9  A  No, not my job.
10 Q  **Was that before 2005?**
11 A  I don't know.
12 Q  **It was worth a shot.  So if JT Packard requires**
13    **the field engineers to get insurance, somewhere**
14    **is there a list of the insurance and what car**
15    **is insured?**
16 A  I would believe that our human resources
17    department would have a copy of the field
18    engineer's current insurance certificate, which
19    would probably list their vehicle.
20 Q  **Do you know what driver's logs are, you know,**
21    **the folks that --**
22 A  I'm not sure.
23 Q  **Let me see if I've got them down here.  Here's**
24    **one.  This is a rough example.**
25    **(Exhibit No. 13 marked for identification.)**

172

1     BY MR. JOHNSON:
2  Q  **The Department of Transportation requires**
3     **certain employees or certain drivers of**
4     **vehicles keep drive logs, you know, a daily log**
5     **of when they are on duty and off duty.  Does JT**
6     **Packard require the field engineers to keep a**
7     **log like this?**
8  A  Not that I'm aware of.
9  Q  **Have you ever seen a log like this kept for a**
10    **field engineer?**
11 Q  **Not that I recall.  A couple minutes ago we**
12    **were talking about the discretion and**
13    **decision-making abilities that the field**
14    **engineers have on the job.  Can they make**
15    **decisions, financial decisions that bind JT**
16    **Packard?**
17 A  No.
18 Q  **Okay. Do you know any field engineers that**
19    **don't have a college degree?**
20 A  I don't know that I can name one that does
21    either, so no. I'm not aware of their
22    educational background.
23 Q  **Do you know if there were any meetings about**
24    **the payment of overtime?**
25 A  I believe there were.

173

1  Q   But you weren't involved in them?
2  A   I may have been.  As I mentioned earlier, I
3      know that I was involved in at least one
4      discussion about the move to paying overtime
5      being cost neutral to the company, and the
6      amount of the adjustment that may have needed
7      to be made, but that's about all I recall about
8      any of that.  Since that wasn't my department,
9      I generally wasn't involved with it.
10 Q   Prior to the sale, prior to the closing of the
11     sale, prior to January 26th, JT Packard had
12     numerous contracts with customers, correct?
13 A   Correct.
14 Q   Did field engineers perform services under
15     those contracts after January 27th?
16 A   The contracts may have been reassigned to the
17     new customer or new company, so maybe the
18     contract was different, being assigned to the
19     new company, but if you go back to the
20     customer, if they have a contract with ABC
21     Company before and it extended and another
22     payment was due after the purchase, yes, we
23     went back to ABC Company and did the PM.
24 Q   There were field engineers working on
25     January 27, right?

174

1  A   I would imagine so.
2  Q   And they were working for customers that may
3      have had a contract, right?
4  A   Very possibly.
5  Q   And that contract was -- they were still
6      working under the terms of that contract after
7      the sale, correct?
8  A   If this was a contract after the sale, and we
9      went out to do the job, then we were working
10     under the terms of that contract.
11 Q   I'm talking about if they had a year contract
12     that started on December 1st of 2009 and
13     continued to December 1st, 2010, and they were
14     scheduled to perform maintenance on January 27
15     or January 28 of 2010, and they did that work,
16     that work was performed under the contract with
17     old JT Packard, right?
18 A   Not to my knowledge.  Those contracts were
19     reassigned to the new business or at least an
20     attempt was made to reassign all of those
21     customers' contracts to the new business.
22 Q   What do you mean "reassign"?
23 A   The contracts were with JT Packard &
24     Associates, Inc., which basically no longer
25     exists, so they had to be reassigned to Thomas

175

1      & Betts doing business as JT Packard.
2  Q   By "reassign" you mean send out or call them,
3      and say, "Hey, we changed our name, here's a
4      new contract, can you sign this?
5          MR. VOSS:  Object to the form.  Go
6      ahead.
7          THE WITNESS:  It was a letter our
8      contracts/legal department put together and
9      sent out to all the customers.
10 BY MR. JOHNSON:
11 Q   Do you know when those were sent out?
12 A   I don't.
13 Q   Was it immediately on the 26th?
14 A   I couldn't tell you.
15 Q   Okay.
16 A   I think it was actually sent out even before
17     the auction, because it named all three
18     possible winners of the bid, the three parties
19     that were bidding, and I know that because
20     there was a couple of customers that had
21     conflict with their being multiple names on it,
22     and it had to be redone later.
23 Q   Did you receive a new contract from all your
24     customers?
25 A   I don't know.

176

1  Q   Who would know that?
2  A   Well, I don't know that any one person knows
3      that, but the best place to start would be our
4      contracts department, with Dave Kreger.
5  Q   Dave Kreger?
6  A   Uh-huh.
7  Q   What percent of former JT Packard customers did
8      JT Packard continue to do business with after
9      the sale?
10 A   I have no idea.
11 Q   Do you have any idea how many customers JT
12     Packard has?
13 A   It would only be a guess.
14 Q   Do you know if any customers said, "I don't
15     like Thomas & Betts, I'm no longer going to do
16     business with you, JT Packard"?
17 A   I don't know of any specific customer that said
18     that.
19 Q   And other than the one customer that we
20     discussed earlier, we didn't name the customer,
21     but we discussed it earlier in conjunction with
22     the other litigation that's going on, do you
23     know of any other customers that JT Packard has
24     lost since the sale?
25 A   I don't know specific customers.  I do get

177

1    e-mails of cancellations, so they are in my
2    in-box.
3    Q   Are there a lot of cancellations?
4    A   Again, define "a lot".  I think it's a small
5    percentage compared to our overall customer
6    base.
7    Q   Okay.  Are you worried about the financial
8    position of JT Packard currently because of the
9    loss of customers?
10   A   No.
11   Q   Does JT Packard have a policy that field
12   engineers are disciplined if their field
13   service report is not -- is more than 24 hours
14   late?
15   A   I know that that's written in the guideline
16   manual, 24 to 48 hours.  I don't recall if, in
17   fact, it says that we may take disciplinary
18   action in that particular manual.  I know that
19   it's communicated from me anyway that if you
20   don't meet expectations of your job function
21   that you may be disciplined.
22   Q   Sure.  That makes sense, but it doesn't always
23   happen?
24   A   True.
25   Q   We were talking earlier about the field service

178

1    report not, you know, recording all the admin,
2    tech support, all the time that a field
3    engineer works each week.  Do you have any
4    estimate of how much admin time a field
5    engineer would work?
6    A   No.
7    Q   Have you guys done any study into that?
8    A   I have not.
9    Q   Do you know if anybody has?
10   A   Well, it looks like there is some information
11   in that particular exhibit there, number two,
12   but beyond that, I don't have any knowledge of
13   it.
14   Q   So you don't know if anybody's -- if the field
15   engineers were surveyed, asked how many hours
16   are you guys working that's not recorded on the
17   field service report?
18   A   I do not.
19   Q   Had the judge in this case, you know, at the
20   end of 2009 said, "JT Packard you lose, and you
21   owe the employees $2 million," would JT Packard
22   have been able to pay that?
23       MR. VOSS:  Object to the form.
24       THE WITNESS:  At the end of 2009, I
25   couldn't answer that.

179

1    BY MR. JOHNSON:
2    Q   Okay.  Why not?
3    A   Because JT Packard was still a part of S.R.
4    Bray Corp., and I have no decision-making
5    authority over what happens with money nor
6    visibility of it once they take the cash from
7    us and put it in their own accounts.
8    Q   But there was about $5 million in profit from
9    JT Packard in 2009?
10       MR. VOSS:  Object to the form.
11       THE WITNESS:  Sounds approximately
12   correct.
13   BY MR. JOHNSON:
14   Q   Do you have any idea what percentage of the
15   employees at JT Packard immediately after the
16   sale had their supervisory structure change?
17   A   No, not exactly.
18   Q   Do you have a ballpark?
19   A   Well, not without going back through the org
20   chart.
21   Q   Are you inviting me to go back through that org
22   chart?
23       MR. VOSS:  Well, do you want him to
24   guess?
25       MR. JOHNSON:  Well, no, I don't.

180

1        MR. VOSS:  Then show him.
2    BY MR. JOHNSON:
3    Q   Exhibit No. 11, that's the job description for
4    every field engineer, correct?
5    A   Excuse me?
6    Q   That's the job description for every field
7    engineer at JT Packard, correct?
8    A   That is a job description, an old one at that.
9    So today, I would say there are great
10   similarities to the posting that we would call
11   the description of the field engineers today.
12       MR. JOHNSON:  Okay.  Let's mark this.
13   We are going to mark this and we are going to
14   fly through a couple of documents here.
15   (Exhibit No. 14 marked for identification.)
16   BY MR. JOHNSON:
17   Q   Have you seen this document before?
18   A   Looks like the same or similar to one that we
19   looked at earlier, just with a different
20   picture.
21       MR. VOSS:  Yes, it does.
22   BY MR. JOHNSON:
23   Q   Okay.  This one is dated January 26, and it
24   states that Thomas & Betts has completed the
25   acquisition of assets of JT Packard.  The

181

1  closing took place on January 26, correct?
2  A   If you say so.  I don't recall the exact date.
3  Q   Okay.  Does this document refresh your
4     recollection at all?
5  A   I mean, it sounds like that's the approximate
6     date.  It doesn't spell out that it's the
7     closing, it just says it's completed.  So if
8     you're saying it's the 26th, then it is.
9  Q   In the second paragraph there is a description
10    of JT Packard's core business.  Is there
11    anything in that description that is different
12    than what old JT Packard did?
13  A   Anything that's different, I guess my only
14    hesitation is the industrial piece of it.  JT
15    Packard had minimal interest in the industrial
16    market, where Thomas & Betts' Cyber-X product
17    is primarily in the industrial market, so
18    that's the main difference, but essentially
19    it's the same business.
20  Q   And the new JT Packard continues to perform
21    everything that's listed in that second
22    paragraph, correct?
23  A   Correct.
24  Q   In your work for JT Packard in the last two
25    years, did you have anything to do with the

182

1  Q   Okay.
2  A   The Thomas & Betts Power Solutions LLC d/b/a JT
3     Packard Purchase Order Terms and Conditions
4     (Service), this document I have not reviewed in
5     its entirety.  I imagine that this is an
6     evolution of previous forms of JT Packard
7     service terms and conditions, which would
8     probably have some of my work in there, but I
9     don't believe that I've actually reviewed that
10    document.
11  Q   The JT Packard & Associates Terms and
12    Conditions document, that applied to -- that
13    applied both before and after the sale, is that
14    right?
15        MR. VOSS:  Hold on.  What document
16    are we referring to?
17        MR. JOHNSON:  One second.  The one
18    that starts on Bates stamped 27 -- 279.
19        MR. VOSS:  279?
20        MR. JOHNSON:  On the top it says,
21    JT Packard & Associates, Terms and Conditions.
22        MR. VOSS:  Thomas & Betts Power
23    Solutions?
24        MR. JOHNSON:  JT Packard & Associates
25    Terms and Conditions.

184

1  Time & Materials contracts, the Battery R & R
2  contracts, Purchase Order (Service) Terms and
3  Conditions?
4  A   Terms and Conditions, I played a part in
5     reviewing.  Battery R & R's, and Time &
6     Materials have a standard set of terms.  Unless
7     they were a project level, I probably didn't
8     see them.
9  Q   Those three things that we were discussing,
10    those are documents, correct?
11  A   Which three things are those?
12  Q   The Time & Materials Terms and Conditions
13    document, the Battery R & R Terms and
14    Conditions document, and the Purchase Order
15    (Service) Terms and Conditions document.
16        It might be easier if I just -- I thought
17    I would try to save time, but it's not going to
18    work.  Let's mark this, too.
19        (Exhibit No. 15 marked for identification.)
20        THE WITNESS:  Do you want me to read
21    these?
22  BY MR. JOHNSON:
23  Q   No.  Are you familiar with these three
24    documents?
25  A   No.  I am familiar with the first two.

183

1        THE WITNESS:  I'm not sure where you
2  are.
3        MR. VOSS:  I don't know where you're
4  reading from.
5        MR. JOHNSON:  Give me yours.
6        MR. VOSS:  TEED000279 is Thomas &
7  Betts Power Solutions, LLC d/b/a JT Packard.
8        MR. JOHNSON:  Oh, I have a different
9  one.  I was looking at a different document.
10       MR. VOSS:  With the same Bates label?
11       MR. JOHNSON:  No, mine was blank.
12       MR. VOSS:  Okay.
13       MR. JOHNSON:  Let me see.  Do you
14  know if these three documents were
15  substantially changed after the sale?
16       MR. VOSS:  Object to the form.
17       MR. JOHNSON:  Do you know?
18       THE WITNESS:  I don't know.  And
19  until I had time to read the first sentence of
20  the first two pages, I didn't even realize that
21  they had changed it to Thomas & Betts Power
22  Solutions, LLC, but the format with the black
23  bar and the white lettering in the bar is the
24  format that we have used for our terms and
25  conditions for years, and that's why I assumed

185

```
 1      I was familiar with them.
 2      BY MR. JOHNSON:
 3   Q  Let's see. I have them. Let's see if we have
 4      a date on this one. Hey, look at that.
 5   A  Okay.
 6           MR. JOHNSON: Let's mark these. They
 7      are not as good, but they'll do, I think.
 8      (Exhibit No. 16 marked for identification.)
 9      BY MR. JOHNSON:
10   Q  Can you take a look through document number 16,
11      Exhibit 16.
12   A  (Witness complies.)
13   Q  Is the Time & Materials Terms and Conditions
14      document the same document with different
15      revisions?
16           MR. VOSS: Hold on. Are you
17      referring to Exhibit 16 or part of Exhibit 16?
18           MR. JOHNSON: I'm referring to 16 and
19      15.
20           MR. VOSS: Are you asking the witness
21      to compare these two documents?
22      BY MR. JOHNSON:
23   Q  Is it your understanding, Mr. Sears, that
24      Document No. 15 is a later version of Document
25      No. 16, the Time & Materials Terms and
                                                  186
```

```
 1      Conditions portion of the document?
 2   A  Based on the revision date of 1/29/10 on
 3      TEED000277, compared to the date on TEED000313,
 4      although that date doesn't say revision date,
 5      it just says the date of 12/29/08, I would say
 6      this one was made in January of '10 and this
 7      one was made in December of '08.
 8           MR. VOSS: Referring to Exhibits 15
 9      and 16 respectively, correct?
10           THE WITNESS: Correct. Sorry.
11      (Exhibit No. 17 marked for identification.)
12      BY MR. JOHNSON:
13   Q  If you could take a look at Exhibit No. 17,
14      Bates stamped TEED000310, Mr. Sears, this is a
15      job posting on the JT Packard website for a
16      field engineer, is it not?
17   A  It is not.
18   Q  It isn't?
19   A  Nope.
20   Q  For a UPS field engineer?
21   A  It's the powerplus.com website.
22   Q  Oh, it sure is. Do you know when Power Plus
23      changed over to JT Packard, for the URL?
24   A  They never did. The URL www.jtpackard.com was
25      directed to powerplus.com. If you went to
                                                  187
```

```
 1      www.jtpackard.com in your Internet Explorer and
 2      hit go, you would come to powerplus.com.
 3   Q  Okay. When did that stop happening?
 4   A  Somewhere around January 26th of 2010.
 5   Q  Okay. This is a JT Packard job posting for a
 6      field engineer, is it not?
 7           MR. VOSS: For old JT Packard?
 8           MR. JOHNSON: For old JT Packard.
 9           THE WITNESS: As well as a Power Plus
10      fuel service truck driver posting.
11      BY MR. JOHNSON:
12   Q  On the bottom right corner there is a date of
13      June 16, 2008, is that right?
14   A  That's what I see.
15      (Exhibit No. 18 marked for identification.)
16      BY MR. JOHNSON:
17   Q  You've been given Exhibit No. 18, and it's
18      Bates stamped Teed 000273. This is a job
19      posing for JT Packard again for a field
20      engineer, is it not?
21   A  That is correct.
22   Q  Is there any substantial difference between the
23      position in either of the field engineer jobs?
24           MR. VOSS: Object to the form.
25           THE WITNESS: I don't see any
                                                  188
```

```
 1      substantial difference between these two
 2      exhibits?
 3           MR. JOHNSON: That's Exhibit 17 and
 4      Exhibit 18?
 5           THE WITNESS: Correct.
 6           MR. JOHNSON: I think that is all I
 7      have. Let me take a quick five minutes, and I
 8      will make sure.
 9           MR. VOSS: Okay.
10           MR. JOHNSON: Oh, I have some other
11      exhibits. We'll do that when I get back
12      though. Let's take about five minutes.
13           MR. VOSS: Okay.
14      (Discussion off the record.)
15      (Short break was taken.)
16      (Exhibit 19 and 20 marked for identification.)
17      BY MR. JOHNSON:
18   Q  All right. We are back on the record after a
19      short break. Mr. Sears do you know what JTP
20      Liquidation, Incorporated is?
21   A  No.
22   Q  Have you ever heard of that?
23   A  No.
24   Q  Okay. You've never seen Exhibit No. 19?
25   A  No.
                                                  189
```

1  Q  A document marked TEED000336 through 337?
2  A  No, I haven't.
3  Q  Okay.  Do you know what happened with whatever
4      was left of JT Packard & Associates?
5  A  No.
6  Q  And does anybody work for JT Packard &
7      Associates?
8  A  I have no idea.
9  Q  Do you know who would know that?
10 A  Michael Polsky, Greg Charleston.
11 Q  Okay.  Can you take a look at what's been
12     marked as Exhibit No. 20?
13 A  (Witness complies.)
14 Q  Exhibit No. 20 is marked TEED000338 through
15     404?
16 A  Yes.
17 Q  Mr. Sears, this is the asset purchase agreement
18     between Thomas & Betts, JT Packard &
19     Associates, Incorporated, and Michael Polsky.
20     Have you ever seen this document before?
21 A  No.
22 Q  Have you ever read through this document?
23 A  No.
24 Q  Can you take a look at the second to the last
25     page marked TEED403?

190

1  A  (Witness complies.)
2  Q  Do you know whose signature that is?
3  A  Well, the name underneath the signature is
4     Dominic Pileggi.
5  Q  Do you know who that is?
6  A  Chairman and CEO of Thomas & Betts.
7  Q  Was he at the auction?
8  A  I don't believe so.
9  Q  Who was at the auction with you?
10 A  With me, Sandy O'Connor and Greg Charleston.
11 Q  Sandy O'Connor is -- she was on the org chart,
12     right?
13 A  Correct.
14 Q  And you don't recall specifically what language
15     was negotiated on with regard to the Teed and
16     Clay lawsuits at the auction?
17 A  I do not recall any discussions about the Teed
18     and Clay lawsuit as much as I do some language
19     regarding the litigation and some sort of
20     wording in the agreement.
21 Q  What exactly is it that you recall?
22 A  There was conversation, almost parallel
23     negotiation regarding language within the
24     purchase agreement during the auction.
25 Q  What was that negotiation on?

191

1  A  Language within the purchase agreement.
2  Q  Was it regarding the lawsuits?
3  A  Yes.  As I mentioned, it was in reference to
4     litigations, so I can only assume that it's
5     regarding the FE litigation.
6  Q  When you were traveling around and presenting
7     the sale of JT Packard to potential buyers,
8     there was mention of the Teed and Clay lawsuits
9     at that time, correct?
10 A  The sales presentations we gave at the Verona
11    headquarters included a slide within the
12    presentation that talks to the litigation, yes.
13 Q  Okay.  Do you remember what Keith said about
14    the litigation, other than -- what was it, how
15    did you put it?  That the purchaser wouldn't
16    have to worry about it?
17 A  I believe the term that Keith liked to use,
18    that I recall him using is it will be carved
19    out.
20 Q  Of the sale?
21 A  New owners wouldn't have to worry about it, it
22    would be carved out, or something to that
23    effect.
24 Q  Okay.  Did he explain what the lawsuit was
25    about?

192

1  A  I believe so.  I'm not 100 percent sure on
2     that.
3  Q  Okay.  I would have to talk to Keith, wouldn't
4     I?
5  A  (Witness nods.)
6  Q  Do you know if Thomas & Betts was aware of the
7     Teed and Clay lawsuits prior to the purchase?
8        MR. VOSS:  Object to the form, no
9     foundation.
10       THE WITNESS:  At a minimum, they saw
11    the slide in the presentation, I would imagine.
12 BY MR. JOHNSON:
13 Q  Do you have any idea what due diligence was
14    done with regard to JT Packard by Thomas &
15    Betts?
16 A  I have some idea of the questions that they
17    asked during the sales presentation, and they
18    also made a return visit to sit with various
19    managers in the organization.
20 Q  Okay.  Do you know who made the return visit?
21 A  No.
22 Q  Okay.
23 A  It was a bunch of them.
24 Q  Okay.  Do you remember what the questions were
25    that were --

193

```
 1   A   No.
 2   Q   None?
 3   A   No.  Not specifically, no.
 4   Q   Okay.
 5              MR. JOHNSON:  I don't have anything
 6       else for you.
 7              MR. VOSS:  No questions.
 8              (End of proceedings.)
 9       (Exhibits were retained by Attorney Johnson.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              194
```

```
 1   STATE OF WISCONSIN   )
                          ) ss.
 2   COUNTY OF MILWAUKEE  )
 3        I, BRENDA RAY, Registered Professional
 4   Reporter and Notary Public in and for the State of
 5   Wisconsin, do hereby certify that the preceding
 6   hearing was recorded by me and reduced to writing
 7   under my personal direction.
 8        I further certify that said deposition was
 9   taken at CROSS LAW FIRM, S.C., 845 North 11th Street,
10   Milwaukee, Wisconsin, on July 29, 2010, commencing at
11   9:00 a.m. and concluding at 4:57 p.m.
12        I further certify that I am not a relative
13   or employee or attorney or counsel of any of the
14   parties, nor a relative or employee of such attorney
15   or counsel, or financially interested directly or
16   indirectly in this action.
17        In witness whereof, I have hereunto set my
18   hand and affixed my seal of office at Milwaukee,
19   Wisconsin, this 29th day of July, 2010.
20
21
22
            BRENDA RAY, RPR - Notary Public
23          in and for the State of Wisconsin
            Commission Expires 2/11/2013
24
25
                                              195
```

**A**

**ABC** 174:20,23
**abilities** 164:8 173:13
**ability** 118:4
**able** 7:15 106:21 166:13
  168:18 179:22
**absolutely** 105:25 111:3
**academic** 166:21
**access** 113:10
**accidentally** 148:16
**accompany** 163:8
**accord** 63:8
**account** 16:25 17:4
  73:19 90:23 95:3 96:5
**accountability** 117:25
**accountants** 53:1
**accounting** 110:20
**accounts** 89:12 95:6
  180:7
**accurate** 20:25 25:8,9
  44:25 45:22,25 46:1
  60:3 69:23 76:23,25
  97:12 169:7
**accurately** 159:5
**acquired** 69:3
**acquisition** 3:18 59:6
  63:8 64:2,6 100:24,25
  181:25
**acronym** 153:24
**Act** 163:4,9
**action** 63:3 178:18
  195:16
**actions** 58:16 125:14
**actively** 63:10
**actual** 97:14 98:13
  116:12,19 124:7
  170:21
**added** 18:12,19 116:5,7
  144:14
**adding** 113:16 117:9
**addition** 100:10 105:7
  117:21 161:11,19
**address** 8:4 54:16 65:6
  67:15,16
**adequately** 46:6
**adhere** 100:11
**adjustment** 123:13
  174:6
**admin** 75:22 77:7 93:12
  158:22 179:1,4
**administrative** 71:19
  158:25
**advance** 131:1,10
**advantage** 57:16
**advice** 17:25
**AFE** 113:20

**affixed** 195:18
**afternoon** 157:13
**agency** 102:7,13,15,16
  104:23 105:10
**ago** 59:18 155:12 173:11
**agree** 132:12
**agreement** 4:8 32:7,15
  32:20 34:5 37:22 58:1
  85:14 161:9,13,16,18
  190:17 191:20,24
  192:1
**agreements** 57:25 61:11
  61:14
**ahead** 176:6
**air** 140:17,21,24 141:1,4
  141:7 160:6,7
**airfare** 102:10,11
**al** 1:5
**Alicia** 87:17
**allegedly** 58:2
**allowance** 171:22
**ambitious** 121:6
**Amended** 3:7 56:22
**American** 19:19
**amount** 137:4 154:22
  156:12 157:2 161:24
  174:6
**analysis** 115:14
**Andrew** 2:7 89:5
**announcement** 3:18
  59:22 60:13
**announcements** 69:18
**annual** 57:25 58:1
**annually** 24:23 141:2
**answer** 7:22 23:22 26:22
  53:12 118:18 129:14
  134:18,20,20,21,23
  179:25
**answered** 34:12 79:13
  119:9
**answers** 132:21
**anybody** 14:21 32:25
  34:20 40:23 84:8
  92:22 114:7 119:20
  124:20 153:22 155:7
  162:5,23 163:3,16
  179:9 190:6
**anybody's** 179:14
**anymore** 77:4 83:3
  91:19 101:13 118:5
**anyway** 97:4 178:19
**apparently** 103:17
**Appearing** 2:5,9
**application** 4:5,6 77:19
  78:8
**applied** 184:12,13

**Appreciate** 152:25
**appropriate** 24:6
**appropriately** 106:22
**approve** 117:25
**approved** 113:20
**approximate** 182:5
**approximately** 39:11
  68:20,23 70:21 156:10
  165:21 180:11
**April** 66:4,6,11 73:10
**area** 10:6 18:19,21,22
  18:23 39:20,22 40:19
  40:20,21 41:5,12 68:9
  68:10 71:6,22,22 72:7
  72:7,13 73:15,17,20
  73:23 74:10,11,17
  75:8 97:22 168:6
**areas** 41:18
**arrival** 126:17 141:20
  142:15
**arrives** 137:11
**article** 3:10 69:20,22
**asked** 23:21 34:11 37:14
  82:15 94:10 119:4,8
  179:15 193:17
**asking** 24:21 109:7
  118:17,19 123:19
  129:3,6 132:12 186:20
**assembly** 154:1
**asset** 4:8 190:17
**assets** 181:25
**assigned** 111:25 169:13
  171:2 174:18
**assignment** 61:2 125:13
**assignments** 119:19,22
  132:18
**assistance** 36:23
**associated** 137:23
**Associates** 1:10 9:4
  175:24 184:11,21,24
  190:4,7,19
**assume** 26:15,19 71:18
  91:7 124:21 128:24
  192:4
**assumed** 30:13 54:6
  71:4 185:25
**assuming** 52:20
**attach** 154:7
**attempt** 175:20
**attempts** 26:23
**attended** 162:1
**attending** 125:5
**attention** 34:8
**attorney** 2:23 4:10,11
  5:10,14,15,21 194:9
  195:13,14

**auction** 28:8,10,12
  31:20 32:4,9,21 33:2,4
  34:23 35:5,7,16,17
  40:4 44:18 45:5
  176:17 191:7,9,16,24
**auditors** 53:2
**authority** 19:4 169:5,7
  180:5
**Authorization** 153:25
**authorizations** 118:3
**authorized** 102:7
**auto** 171:22
**availability** 156:18
  157:3,5
**avoid** 8:13
**avoss@littler.com** 2:9
**aware** 31:1 63:22 94:2,3
  121:10,13,19 132:17
  143:4 151:25 166:8,11
  168:20 169:3 173:8,21
  193:6
**awhile** 126:19 139:24
**a.m** 1:17 195:11

**B**

**B** 3:1 4:1 33:19 78:20
  89:16,20 102:6
**Bachelors** 167:13
**back** 31:2 33:12 69:19
  87:13,21 97:1 99:7,21
  125:14 127:10 135:8
  138:23 139:1,8,11
  151:4,16 152:5,22
  153:4 174:19,23
  180:19,21 189:11,18
**backed** 142:18
**background** 164:17,22
  167:12 173:22
**bad** 145:5 169:14 170:7
**ballpark** 25:18 40:14
  70:12 180:18
**bank** 23:9,12 27:25
  76:15,18,21
**bar** 166:5 185:23,23
**base** 10:9 11:6 49:7,14
  49:22 50:2,3 57:14
  59:4 61:19 64:15
  178:6
**based** 42:24 169:17,20
  170:17 187:2
**basically** 5:25 7:11,21
  16:4 37:22 54:6 66:25
  90:19 107:21 123:1
  140:20 168:21 175:24
**basis** 19:8 24:9 64:11
  68:21,21 112:16 115:6

115:7 128:11 134:18
147:23
**Bates** 21:24 30:22 56:21
59:10 65:20 69:16
76:6 99:23 102:25
125:25 136:11 158:20
184:18 185:10 187:14
188:18
**bathroom** 7:19
**batteries** 48:19 101:11
101:13,15 115:18
121:16,18 138:13
169:14 170:7
**battery** 43:15 47:16
101:4 104:22 105:8
113:25 116:19 170:6
170:15 183:1,5,13
**Beats** 164:25
**becoming** 166:6
**began** 124:10 137:20
**beginning** 33:6
**behalf** 2:5,9 169:9
**believe** 11:10 13:10
17:21 22:6,8,10,23
23:4 28:2 34:18,22
35:9,17 39:3,7 40:3,8
40:13 42:24 43:19
44:5,16,21 45:5,20,24
46:14 47:13 52:9
56:11,13 58:12 59:23
60:4,6 61:1,15 75:6
78:7 84:19 87:25
90:16 94:24 105:10
116:2 117:6 122:17,20
123:21 124:8 125:2
126:12 128:6 130:25
131:12 132:5 135:12
136:2 137:7 144:11,22
149:8,13,21 150:20
153:16 155:7,17,17
159:2 166:17 167:25
172:16 173:25 184:9
191:8 192:17 193:1
**believed** 57:8
**Ben** 72:23
**benefit** 153:22
**Benefits** 56:12
**Benton** 87:12
**best** 23:3,20 26:7 60:4
65:12 123:12 170:6
177:3
**better** 33:13 83:11
**Betts** 2:9 9:2,17 14:8
19:13 28:19,23 29:8
31:22 32:25 33:24
34:1 35:4,8 36:21

41:10,21 42:25 44:17
48:24 49:1,7,18 52:13
59:23 63:2 66:12,16
66:18,22,25 67:8,11
71:11 74:9 80:24
86:11 101:12,21 104:5
106:5 112:7 116:5
117:10 120:14 176:1
177:15 181:24 182:16
184:2,22 185:7,21
190:18 191:6 193:6,15
**beyond** 119:10 120:9
125:5 179:12
**bid** 33:10,11,21 176:18
**bidder** 28:18
**bidding** 28:13 176:19
**big** 27:18 97:2 117:2
152:7
**bind** 173:15
**bit** 20:1 53:4 92:16 99:4
99:8 142:10
**Bjelejac** 14:24 15:1
22:11 27:13,24 30:7
75:19
**Bjelejac's** 79:6
**black** 51:8 185:22
**Blackberry** 113:19
**blank** 103:17 185:11
**board** 10:3 22:25 23:3,5
77:5
**boards** 171:1
**bonuses** 123:3
**book** 100:19
**booked** 107:12
**books** 24:22
**Borchart** 89:5
**Borth** 90:1
**boss** 35:9,10 37:8,21
**bottom** 46:4 50:23 59:12
66:3,14 103:18 164:13
188:12
**bought** 14:8
**Bowman** 40:1,2,19 41:4
97:19
**boxes** 141:9
**Bray** 1:10 11:17 22:18
23:6,7 24:4 25:16 52:7
75:20 76:14,20 180:4
**Bray's** 30:14
**break** 7:18,21 55:24
56:2 99:2,12,18,21
152:12,21,23,24
189:15,19
**Brenda** 1:18 89:21,22
195:3,22
**Brian** 1:5 5:10 29:24

155:10
**bring** 33:9
**bringing** 106:5
**brings** 48:24 49:7
**broadly** 149:22
**broke** 152:6
**broken** 150:14
**brought** 22:21
**browsed** 164:6
**buffer** 143:9
**built** 62:2 113:4
**bunch** 193:23
**buried** 36:11
**Burnette** 87:17
**bus** 113:4
**business** 3:10 24:1 26:3
35:19,22 38:6 41:18
41:22 42:2 43:25 44:1
45:21 46:2,9,15,18,24
47:6,7,22 50:9 52:8,14
57:11,13 61:3 63:10
63:13,14,18,19,24
64:7 65:2,7,8 69:20,21
71:17,20 74:15 94:11
95:1,5,23 96:4,12
105:1 109:15 111:14
117:3,12 118:10
123:22 125:7 167:2
175:19,21 176:1 177:8
177:16 182:10,19
**businesses** 43:24 72:5
**busy** 7:1
**buy** 64:5 118:3,5
**buyers** 27:3 30:9,11,25
31:5 192:7
**buying** 160:7
**bypass** 169:14
**B-E** 15:4
**B-J-E-L-E-J-A-C** 15:6

**C**

**C** 2:1
**Cady** 15:21 85:16 88:15
**calendar** 107:21 134:1,5
134:7,10,14 147:23
148:1,6,12 160:5
**calendaring** 108:1
**calendaring/scheduling**
107:24
**calibration** 150:13
**call** 8:13,20,24 9:8,16,17
31:5 39:18 52:19
91:15 95:4 99:13
131:8 143:11 144:6
150:15 152:15 161:1,1
161:4 162:4 170:1

176:2 181:10
**called** 5:2 10:15 95:3
107:14,15,17 131:19
160:21,25
**calls** 128:4 144:17
156:22 160:4
**cancelable** 58:7
**canceled** 64:2
**cancellations** 178:1,3
**candidates** 164:19
**Candy** 85:15
**car** 102:11 127:22
137:22 150:21 151:15
172:14
**care** 12:7 79:22 82:22
90:8 91:3 160:5
**Carrie** 77:9
**cars** 150:20 151:2,3
**carved** 30:9 192:18,22
**case** 1:8 56:23 179:19
**cases** 141:9
**cash** 23:9 180:6
**Cason** 8:25 9:10,12
**cell** 54:18 113:19 131:19
**Cemy** 77:8
**center** 49:18 96:3
**central** 40:21
**CEO** 76:20 191:6
**certain** 42:17 156:12
170:10 173:3,3
**certainly** 145:22 147:6
**certificate** 172:7,18
**certify** 195:5,8,12
**cetera** 158:23
**CFO** 77:4 79:9,11
**Chairman** 191:6
**chance** 22:16 59:9
**change** 14:7 16:2 17:13
46:9 53:16,19 54:16
54:18 56:10 60:24
61:5 64:13,24,25 66:1
72:19,22 73:5 74:1,13
93:17,23 98:18 101:25
104:23 116:7,11,16,25
117:3,23 118:19
122:13 140:24 141:1
143:12 180:16
**changed** 14:8 19:14
46:16 54:22,23 65:13
85:7 89:7 92:12 93:16
93:23 94:5 101:9
106:3,10,11,15,20
107:4,10 108:15,18
114:6 115:25 116:3
117:7,12 118:6,8,24
176:3 185:15,21

187:23
**changes** 22:21,24 23:2
64:10 68:20 69:8 74:7
74:19,24 75:2,3,4,12
75:15 78:4 98:12,21
100:18,22 102:2
104:20,25 105:22
106:4 109:13,23 110:1
118:14,23 119:5,8,15
119:17 120:1,9
**changing** 113:23 124:17
**charge** 20:3 71:9 124:22
165:15,17
**Charleston** 23:16,17
76:21 190:10 191:10
**Charlie** 14:1 28:20
87:20
**chart** 83:8 180:20,22
191:11
**charts** 124:1 125:4
**chatter** 33:10
**check** 109:2 132:3,15
133:3,6,20 134:1,13
134:14 147:22 148:1,5
148:10,13,15
**checking** 127:23 133:13
135:16,17 160:4,5
**checks** 134:10,10
**chemical** 49:19
**Chevy** 116:21
**Chicago** 10:3 152:5
**chief** 23:17 71:13
**choice** 101:16
**Chris** 82:4,5,7,9,17,25
83:16 88:21 89:10,14
89:18,22 90:1,5,24,25
93:11 94:17,21,23
96:6
**Christianson** 89:6
**Christopher** 73:22
**Christy** 91:23 92:1,2
**chunk** 43:17
**CIO** 78:21 83:2 96:16
**circuit** 171:1
**circumstances** 81:16
**City** 6:20
**clarify** 71:9
**class** 16:6
**classes** 16:6,9
**Clay** 5:11 29:25 31:24
32:5,23 33:1 95:15,17
191:16,18 192:8 193:7
**clean** 17:14 170:24
171:8
**cleaning** 171:5
**clear** 9:20,24 65:15

79:14
**clearly** 7:8
**ClearView** 107:15,23
108:2,7 110:24 111:4
111:8 121:20 143:13
155:6
**clock** 164:25
**close** 24:22 34:8 38:4
60:7 70:1 71:12
**closed** 54:15 71:18
**closer** 26:2 60:19
**closing** 14:13 35:1,18
36:6,16,18 37:3,4,16
37:20 38:2,5 39:1 40:5
44:19 45:11 53:5 56:9
60:19 70:23,23 71:3,5
71:5,14,16,21 72:20
74:14 82:16 84:23
98:14,23 174:10 182:1
182:7
**coat** 137:23
**cold** 152:5
**collected** 155:4
**collects** 169:21
**college** 168:13 169:2
173:19
**combine** 9:15 111:2
**combined** 95:25
**come** 6:24 33:12 40:10
98:15,16 113:2 156:23
159:9 188:2
**comes** 102:5 166:18
169:8,18
**coming** 5:16 27:14
33:18 37:8 108:5
113:17,22 148:8
**commencing** 195:10
**Commission** 195:23
**commissioning** 111:15
111:24
**commissions** 112:1
**common** 131:2 151:19
**commonly** 67:19
**communicate** 125:12
**communicated** 101:7
178:19
**communication** 113:3
**companies** 28:13,17
167:16
**company** 8:9,9,11 12:16
14:9 23:10,13 28:19
38:13,13 43:1 57:9
63:4 71:4 78:3,5 84:21
86:3 89:25 90:9
103:12 110:18 113:21
114:8 123:14 150:12

167:2 174:5,17,19,21
174:23
**company's** 152:2 169:9
**compare** 186:21
**compared** 178:5 187:3
**compensation** 56:10
124:18
**compete** 57:15
**competing** 62:10
**complain** 162:15
**complaint** 3:7 6:21
56:22
**complaints** 162:18,21
**complete** 115:12,13,16
141:24 143:11
**completed** 167:13
181:24 182:7
**completely** 78:13 94:13
110:23
**complies** 21:23 30:19
88:20 186:12 190:13
191:1
**computer** 54:24 109:3
119:12 171:10
**computers** 113:7
**concerned** 53:13
**concluding** 195:11
**condition** 25:7
**conditions** 4:3,4 66:15
183:3,4,12,14,15
184:3,7,12,21,25
185:25 186:13 187:1
**conducts** 118:10
**conference** 99:13
**confident** 36:7
**confidentiality** 61:14
**confirm** 131:1
**conflict** 176:21
**confuse** 62:19
**confused** 62:18
**confusion** 8:13
**conjunction** 177:21
**consideration** 153:1
**consisted** 15:18
**consistent** 147:23
**consisting** 10:6
**constantly** 134:1
**construction** 142:17
**consult** 169:15
**contact** 130:21,25
142:21
**contacted** 162:24
**contained** 104:11
**contains** 46:4 100:13
**contention** 155:22
**contentions** 155:19

**continue** 36:7 37:23
38:14 48:11,18,21
58:9 68:15 71:14
77:20 159:18 177:8
**continued** 3:20 24:1,1
38:19 68:12 175:13
**continues** 47:18,21
182:20
**contract** 13:21 58:10
59:19 64:1 77:7 85:6
93:12 174:18,20 175:3
175:5,6,8,10,11,16
176:4,23
**contracted** 57:24
**contracts** 13:22 58:3,6,7
58:9,13 59:21 61:2,3
75:22 174:12,15,16
175:18,21,23 177:4
183:1,2
**contracts/legal** 176:8
**control** 23:9,12
**controller** 77:5,6
**conversation** 35:8 129:4
159:2 191:22
**conversations** 33:23
129:9
**Cook** 87:12
**cool** 6:10 11:8
**coordinator** 91:15
**coordinators** 91:11,12
**copy** 172:17
**Copyright** 66:15
**core** 46:8,14,23 47:21
182:10
**corner** 50:23 66:4 67:4
103:18 188:12
**Corp** 1:10 22:18 23:7
52:7 180:4
**corporate** 74:24 75:12
97:2 154:3
**corporation** 28:25 66:18
166:19
**correct** 9:14 15:16 16:15
18:14 19:2,11 20:11
22:8 23:1,14 25:5 28:9
28:14 29:17 32:3
34:24 35:6 37:17
39:13 41:14 42:5
47:20,22,23 49:23
52:6,9 54:1,8 62:11,16
62:25 63:20 65:5,9
66:18 71:24 72:17
76:11,17,22 77:13
79:3,5 82:8,12,19
83:15,18,21 88:1,7,13
90:21 91:4 92:19,21

100:17 122:20 123:1
124:13 126:2,8 127:1
127:11,18 128:6 130:1
132:5 133:8 134:15
135:9,11,18,21 136:19
136:20 137:17 140:13
141:15 142:18 146:6
146:25 147:10 161:11
174:12,13 175:7
180:12 181:4,7 182:1
182:22,23 183:10
187:9,10 188:21 189:5
191:13 192:9
**correctly** 81:8
**correspondence** 132:18
**cost** 123:14,21 125:7
174:5
**cotton** 51:13
**counsel** 80:23 195:13,15
**counterparts** 106:18
**COUNTY** 195:2
**couple** 5:20 20:5,9 38:4
53:5 70:24 113:2
117:9,10 155:12,15
173:11 176:20 181:14
**course** 50:18 56:1 165:6
**courses** 169:2
**coursework** 165:2
**court** 1:1 7:11 57:4,6
65:3
**cover** 31:9,10 103:7
**covered** 49:5 84:9
115:23
**crafted** 59:22
**create** 16:5
**creates** 129:17
**Creek** 142:17
**critical** 46:15,19,24 47:1
47:2,5,18
**CRO** 23:18 27:15,25
39:3 60:19 71:9 77:17
78:3,5 79:1 82:15
**CROSS** 1:15 2:2 195:9
**Crystal** 89:24,25
**CSA** 91:5
**CSAM** 16:25 17:2,4
106:13 108:14 119:6,8
119:20
**CSAMs** 16:24 90:15
119:23
**current** 8:8 52:10 62:22
64:8 79:17 87:7 105:5
105:13 113:19 172:7
172:18
**currently** 14:4 20:12
49:5 58:20 61:24

62:14 65:2 69:5 78:11
79:11 178:8
**customer** 6:20 10:9 11:6
12:7,18 16:21,21,25
17:3,17 49:22 50:2
57:14 58:5,8,11,24
59:4 60:23 61:7,19
62:1 63:21,25 64:5,8
64:10,15,18 79:22
82:22 90:7 91:3 97:17
119:2 127:17 130:21
130:22 131:1 134:12
135:4,5,6,8 137:12,13
137:14,16 139:13
140:2,2 141:14,23
142:3 144:3 146:4,12
146:15 148:17 150:19
151:5 169:15 170:3,21
174:17,20 177:17,19
177:20 178:5
**customers** 12:5,8 29:21
57:17,18,19,24,24
58:3,15,17,22,23 59:6
60:14,16 61:1 62:16
62:23 63:16 97:15
141:2 174:12 175:2,21
176:9,20,24 177:7,11
177:14,23,25 178:9
**customer's** 153:21
**cut** 27:24
**Cyber-X** 111:16 112:4,7
112:17 182:16
**cyclic** 156:24
**C-A-D-Y** 15:23,24
85:16

---

**D**

**D** 2:13 80:17 85:25
**daily** 24:13 64:11 68:20
115:6 173:4
**Damages** 3:7 56:23
**Dan** 5:7 8:3 65:19 69:15
99:22,24 129:12
**DANIEL** 1:14 5:2
**Dannie** 86:1
**data** 17:6,10,11,19 20:3
20:18 49:17 63:4
84:17 85:1 96:3
115:11 116:6,13
141:23,25 155:4,8
168:20
**date** 11:19 14:14 40:5
66:3,21 105:16 126:15
182:2,6 186:4 187:2,3
187:4,4,5 188:12
**dated** 69:21 181:23

**dates** 28:5 122:11 126:7
**Dave** 80:18 84:4 177:4,5
**day** 32:9 33:14,15 36:18
36:19 37:15 54:15
98:14 106:14,14 132:4
132:16 139:12 151:16
159:23 195:19
**days** 85:11 98:22,24,24
**day-to-day** 12:3,22 19:8
108:23 112:16
**deal** 108:13
**dealt** 37:10
**December** 9:5 25:4
103:19 175:12,13
187:7
**decide** 169:23 170:12
**decided** 13:20 18:17
61:22
**decides** 170:2
**deciding** 36:23
**decision** 123:6 162:9,10
162:11
**decisions** 42:24 169:8,10
169:16,17,20,21
170:10,23 173:15,15
**decision-making** 35:25
123:9 169:5,6 173:13
180:4
**Defendants** 1:11
**define** 23:8,10 159:10
159:22 178:4
**definition** 137:21
**degree** 166:9,12,21
167:18 168:13,17
173:19
**delivered** 2:22 4:11
**Dennis** 40:17,25 41:7
**depart** 142:15
**department** 15:18 43:14
43:15,16,22 44:1
59:24 61:16 91:16,19
93:10 96:11 97:2
113:8 118:1 120:10
122:22 124:22,25
150:16 162:24 167:4
168:9,16 172:17 173:2
174:8 176:8 177:4
**departments** 16:20 20:2
42:21 43:8 94:4
109:24 132:19
**departure** 81:16
**depending** 116:9
**depends** 166:15
**depiction** 45:25
**deposit** 55:18
**deposition** 1:14 6:14 7:4

9:21 195:8
**depositions** 6:22
**describe** 45:6 142:25
143:1
**described** 135:12
**describes** 46:6 126:13
126:14
**description** 2:18 3:2,15
4:2 45:21 46:1 76:24
114:17 164:2,14 169:4
181:3,6,8,11 182:9,11
**descriptions** 168:9
**desk** 59:25
**details** 34:14 126:5,25
127:6 136:15 153:17
**Detroit** 151:21
**developed** 104:18
**development** 43:25 44:1
94:11 95:1,5,23 96:4
**DeVry** 167:14
**difference** 182:18
188:22 189:1
**different** 8:22,23 12:16
20:1 32:17 48:12
49:23,25 50:2,6 53:4
60:25 64:9 66:9 77:3
78:13,14 89:3 97:22
100:14 103:14 106:19
108:9,12 114:3 115:2
116:8 117:24 118:2,17
119:23 140:21 145:16
169:18 174:18 181:19
182:11,13 185:8,9
186:14
**differently** 6:6
**difficulties** 24:3,5 143:2
**diligence** 193:13
**diligent** 172:6
**diploma** 166:1
**direct** 55:18 58:18
**directed** 187:25
**direction** 17:25 46:6
195:7
**directions** 162:1
**directly** 32:22 72:9
78:21 88:6,17 109:25
195:15
**director** 10:19,24 11:1
11:15,21 13:8,23,25
17:23 18:18,20,21,22
18:22,23 19:19,21,22
20:7,22 37:21 39:3,21
40:20 53:20 54:2,4
71:6 73:17 74:10,11
74:17 75:23 77:9
78:23 79:22 82:7

86:19 88:5,23 90:7
91:2 93:9 94:8,11 96:2
96:3 97:22
**directors** 22:25 23:4,5
39:22 41:5 68:9,10
71:22,23 72:7,8,13
73:16,20,23 75:9 77:5
168:7
**dirty** 171:13
**discarded** 43:18
**disciplinary** 178:17
**disciplined** 170:9,13
178:12,21
**disclaimer** 46:3
**discretion** 173:12
**discuss** 22:15 33:12
**discussed** 19:12 32:5
75:3 98:12 104:20
109:21 124:17 134:25
137:9 149:20 177:20
177:21
**discusses** 115:2
**discussing** 34:9 112:12
183:9
**discussion** 29:24 32:14
32:15 56:3 99:6,17
125:6,8 152:20 174:4
189:14
**discussions** 32:6 33:3
34:3,14 123:8,11
191:17
**dispatched** 146:13
**display** 125:18
**distributed** 113:5
**District** 1:1,2 56:24
**document** 21:6 31:12
44:21 45:2,10,17,22
57:3 58:19 59:13 67:5
76:5 79:15 99:24
100:1,13 103:2 114:14
123:25 125:12 141:21
164:5,21 165:8 181:17
182:3 183:13,14,15
184:4,10,12,15 185:9
186:10,14,14,24,24
187:1 190:1,20,22
**documented** 144:23
153:16
**documents** 17:20 21:9
31:4 104:4,6 116:2
181:14 183:10,24
185:14 186:21
**doing** 5:7,8 19:7,23 52:8
52:14 63:19 65:2 76:2
85:21 106:24 108:24
144:18 149:21 156:20

159:23 163:16 169:23
176:1
**dollars** 25:23,24
**Dominic** 191:4
**Don** 75:24 86:23
**Doreen** 87:15
**dotted** 78:18,22 80:13
80:20 81:9 83:6 86:22
**double** 106:22 109:2
148:13,15
**downtown** 151:21
**dozen** 29:10 111:9
**drinking** 123:20
**drive** 150:18,20 171:16
173:4
**driver** 188:10
**drivers** 173:3
**driver's** 172:20
**driving** 127:8,9 135:7
150:22
**dropped** 115:18
**due** 174:22 193:13
**duly** 5:3
**duration** 78:3
**dust** 171:1
**duties** 10:24 12:3 15:15
20:5,6 54:7,10 71:19
115:1
**duty** 173:5,5
**D-A-N** 8:3
**d/b/a** 184:2 185:7

---

**E**
**E** 2:1,1,13,17,17 3:1 4:1
5:5
**earlier** 19:12 45:18
70:12 78:17 79:13
106:4 119:11 124:9
132:1 134:25 137:9
140:18 141:12 156:5
159:1 174:2 177:20,21
178:25 181:19
**early** 6:17 27:12
**easier** 76:1 183:16
**eastern** 74:10
**easy** 7:13
**Eaton** 14:1,19 28:20
**Edge** 6:20
**education** 164:10
**educational** 164:12,17
164:22 167:12 173:22
**effect** 144:23 161:15
192:23
**effort** 58:12 59:17
**either** 32:4 36:18 38:20
78:19 132:7 136:5

162:22 163:10 173:21
188:23
**elect** 147:6
**elected** 131:21 135:22
145:23
**electrical** 164:23 167:18
**electronic** 164:18
**Electronics** 167:14
**elects** 130:8
**element** 107:24
**Eleven** 72:2
**eliminated** 40:24 41:1
42:9 43:22,24 44:2,4
87:25 88:2 93:10
**else's** 153:22
**emergencies** 145:12
**emergency** 131:18
145:11 156:22
**employed** 36:8 58:20
68:19 73:12 79:25
80:2,6,7,18 81:15,17
81:25 82:21 86:9
133:15
**employee** 3:14 77:8,10
77:12 87:13,16 98:6
100:10 104:17 166:5,6
166:20 195:13,14
**employees** 16:16,18 22:7
25:7 36:22 39:5,18
42:13 43:5,6 57:7,14
58:2,16,18,19,21
61:10,13,23 62:9,20
63:4,5,7,9 69:10,25
70:3 71:4,10 87:12
94:3 95:11 98:9 122:1
173:3 179:21 180:15
**employment** 85:13
104:5
**ended** 45:6
**engaged** 60:20 61:25
**engineer** 3:12,15 12:12
12:19 51:4,10 72:25
73:4 77:20 85:18
100:2,15,23 105:7
107:22 111:20,25
114:18 119:6 124:18
125:13 126:6,24 127:8
127:13 128:16 129:14
129:15,16 130:7,21
131:6,14,17,21 133:2
133:19,23 134:9 135:3
135:16,25 136:7,22
137:10,11,12,14,15,17
138:8,12 139:23
140:10 141:13 144:1,6
146:13 148:19 149:2,3

153:5,11,12 154:5,6
154:23 156:14,15,17
157:10,15 158:11,13
162:14 164:2,11 166:6
166:22,25 168:14,19
168:21 169:10,19
171:23 173:10 179:3,5
181:4,7 187:16,20
188:6,20,23
**engineering** 13:13,15,17
13:25 14:4,18 15:13
17:7,22 19:3,25 26:9
53:22 167:14,19
**engineers** 10:8 11:23
12:1 16:9,14 17:12
18:5 19:1,5 20:9 39:16
39:17,20 40:12,14
41:15 42:8 50:24
51:19 60:5 68:3,18,19
69:4 70:21 72:15
97:13,16,25 100:5
101:11,15 102:3
104:21 107:2,6,10
109:1,12 110:3 112:10
112:18,24 113:1,14
115:6 118:12 119:16
119:17,19,21,22
121:14,21 122:6 123:1
124:6 126:13 128:1,4
128:10,22 129:5,21,25
132:1,3 133:6,12
134:1,7 137:5 138:20
139:11 140:5,8,12,15
140:20 142:22 143:1,5
143:8,22 144:2,13,16
144:25 146:2 148:24
149:16,18 150:2,4,6,8
150:10,18,25 151:14
154:11 155:22 157:9
157:14,23,24 158:3,4
160:1,4,11,12 161:5
161:10,14,19,22,23
162:6,11,19,21,25
163:5 165:25 167:3,11
168:25 171:16 172:13
173:6,14,18 174:14,24
178:12 179:15 181:11
**engineer's** 154:25
172:18
**enrolled** 16:9
**ensure** 12:5 149:10
**enter** 126:15
**enters** 149:2,4
**entire** 14:2 32:9 43:22
43:23
**entirely** 23:8 78:7

**entirety** 184:5
**entities** 8:23
**environment** 171:3,9
**Epstein** 18:3 72:12 80:2
  156:1 168:6
**equipment** 13:22 16:10
  43:16 46:15,19 47:1,2
  47:5,14,16,19 48:22
  48:23 64:4,5 77:18
  78:8 81:23 86:1,5 89:9
  94:20 95:11 96:3,9
  97:17 110:4 111:10,15
  111:16,17,21,22 112:2
  112:11,11,20 113:4,4
  113:7,15,25 114:23
  120:23,24,25 121:5
  141:3,10,11 145:14
  146:3,11,15,17,22
  152:3 156:9,13 170:16
  171:3
**escalate** 146:18
**escalations** 12:8
**escapes** 40:10
**especially** 151:20
**essential** 115:1 164:9
**essentially** 11:22 42:2
  53:7 60:24 61:5 64:15
  64:19 76:8,19 77:15
  78:16 79:1,6 92:17
  100:4 107:11 108:24
  127:8 132:23 182:18
**estimate** 141:20 142:5,8
  144:4 179:4
**et** 1:5 158:23
**evaluation** 42:25
**evening** 32:12,13
**everybody** 52:20,24
  118:4
**evolution** 184:6
**exact** 30:5 81:16 182:2
**exactly** 11:3 15:17 16:3
  27:6,8,19 34:2 38:25
  49:16 54:11 60:21
  65:24 70:25 71:1
  73:10 84:22 90:18
  95:22 116:20 122:11
  155:14 158:12 164:23
  180:17 191:21
**EXAMINATION** 2:14
**examined** 5:4
**example** 78:21 118:1
  142:9 170:1 172:24
**exception** 77:18 98:2
**exciting** 97:8
**Excuse** 40:17 163:20
  181:5

**execute** 71:19
**executive** 95:1,24
**executives** 95:5 96:5
**exhibit** 3:2 4:2 21:15,16
  21:18,22 22:1 25:6
  30:15,17,21 44:10
  50:20 56:15,16,18,19
  59:7,10 65:17,20
  69:12,13,16 76:3,6,19
  99:19,22 100:13
  102:21,22,25,25
  104:11,12 105:4,13
  114:10,12,25 123:23
  125:22,25 136:9
  158:19 163:20,23
  169:4 172:25 179:11
  181:3,15 183:19 186:8
  186:11,17,17 187:11
  187:13 188:15,17
  189:3,4,16,24 190:12
  190:14
**exhibits** 3:20 4:10 187:8
  189:2,11 194:9
**exist** 91:20,22 92:9
  170:19
**exists** 90:12 95:2 175:25
**expanded** 49:22
**expansions** 49:11
**expect** 21:21 130:3
  143:23 148:5
**expectation** 139:3
  146:16 147:13,16,19
  147:21 150:1 156:22
  159:17 171:8
**expectations** 12:5 143:2
  143:23 149:20 170:4,9
  171:6 178:20
**expected** 171:22
**expects** 146:2 150:4
**expense** 115:4 154:11
**experience** 164:19,20
  165:24 167:9,10
  168:23
**experts** 16:5
**Expires** 195:23
**explain** 23:23 30:11
  192:24
**explaining** 30:7
**Explorer** 188:1
**expressing** 35:12
**expression** 110:14
**extended** 174:21
**ex-JT** 58:21
**ex-president** 28:21
**EZ** 115:21 124:9,11,14
  148:23 149:2,6 154:20

  161:25 162:2
**e-mail** 22:6,10 54:16
  127:23 132:3,16 133:3
  133:6,13,20 134:10,13
  135:17 141:13 148:5
  148:10,18 160:5
**e-mails** 132:6 134:14
  178:1

---
**F**
---

**facilities** 13:20 20:2,16
  20:17
**facing** 97:16 159:16
**fact** 81:21,22 96:21
  137:18 146:18 162:8
  178:17
**failed** 170:4,8
**Fair** 163:4,9
**fairly** 38:4
**fall** 121:25 122:13,15,18
  122:25 124:6 137:2
  148:24 154:19 155:1
  160:13 161:8,12,20
  162:4,14
**familiar** 60:8 65:21
  103:2 183:23,25 186:1
**familiarize** 146:17
**fancy** 17:3
**far** 13:21 25:10 40:16
  53:12 61:4 105:6
  109:4 123:2 124:2
**fashion** 129:14
**Fax** 1:21
**FE** 134:8 156:13 167:20
  192:5
**February** 38:1 69:21
**federal** 166:17
**felt** 12:8
**female** 82:5
**FE's** 133:15 163:14
**field** 3:12,15,16 10:8,19
  10:24 11:1,2,6,16,21
  11:22,25 12:11,19
  13:8 16:8,9,13 17:11
  17:12,18,23 18:1,5,23
  18:25 19:5 20:4,7,9,12
  39:12,14,16,17,20
  40:11,14 41:10,15
  42:7,8 50:24 51:4,10
  51:13,19 53:20 54:2,4
  60:5 68:3,17,19 69:3
  70:21 72:15,25 73:4
  74:23 75:2,3,4 85:18
  95:7 97:12,16,25
  100:2,5,14,22 101:7
  101:10,14 102:3

104:21 105:4,7,20
  107:6,9,22 108:25
  109:12 110:3,22 111:3
  111:19,20,25 112:5,6
  112:9,18,23 113:1,14
  114:1,17 115:3,6,18
  115:19 116:25 118:12
  119:6,15,17,19,21,22
  121:14,20 122:6,10,25
  124:6,18 125:11,13
  126:1,4,6,13,23,25
  127:7,8,12,13,22
  128:1,3,10,15,16,22
  129:1,4,14,15,16,21
  129:25,25 130:5,7,21
  131:6,14,17,20,21
  132:1,3,20 133:2,6,11
  133:19,22,25 134:6,9
  135:1,2,3,13,15,20,25
  136:1,7,18,22 137:5
  137:10,11,12,14,15,16
  137:19 138:8,12,20
  139:11,23 140:5,8,9
  140:12,15,20 141:12
  141:22 142:4,13,21
  143:1,4,8,22 144:1,2,6
  144:13,15,25 145:22
  145:24 146:2,7,13,14
  148:11,19,23 149:2,3
  149:16,18 150:1,1,4,6
  150:8,10,18,18,25
  151:14 153:3,5,9,10
  153:12,18 154:2,4,6
  154:11,13,15,22,24
  155:5,6,22 156:14,15
  156:16 157:9,10,11,14
  157:15,16,22,24 158:3
  158:4,10,12,13,15
  159:5,8 160:1,3,3,10,12
  161:4,9,14,18,22,23
  162:6,11,14,18,21,25
  163:5 164:2,11,20
  165:15,17,25 166:6,21
  166:25 167:3,10 168:5
  168:14,19,21,25
  169:10,19 171:16,23
  172:13,17 173:6,10,13
  173:18 174:14,24
  178:11,12,25 179:2,4
  179:14,17 181:4,6,11
  187:16,20 188:6,19,23
**figure** 144:7
**figured** 96:14 97:3
**filed** 57:6
**filing** 57:4,6
**fill** 126:7,13 130:8,13

131:6 133:2 135:12
    136:18,21 139:24
    140:13,15 141:13,16
    141:18 153:11 154:7
    154:11
**filled** 40:22 41:2,13 72:6
    81:20 116:13 153:4
**filling** 74:2 90:10 114:1
    139:17 142:13 160:7
**fills** 140:3 154:5 157:10
    157:16
**filter** 141:8
**filters** 140:17,21,24
    141:1,4,7 160:6,7
    168:10
**financial** 21:1 22:19
    23:22 24:2,4 25:7
    173:15 178:7
**financially** 152:1 195:15
**financials** 23:24 24:7
    25:11 29:21
**find** 36:14 149:25
    162:24 163:4
**finds** 170:7
**fine** 7:24 8:17,24 21:17
    26:22 162:4
**finish** 142:11 143:10
**finishes** 137:14
**fire** 47:8 48:1 51:15
**fired** 155:12,17
**firm** 1:15 2:2 5:14,15
    195:9
**first** 5:3 8:6 9:10 16:1
    21:6 27:24 38:3 45:22
    60:13 76:19,24 84:12
    98:21 112:10 130:22
    169:5 183:25 185:19
    185:20
**firsthand** 163:16
**fiscal** 24:19
**five** 10:8 69:7 98:24
    152:11 189:7,12
**fix** 114:5
**fixed** 164:25
**fixing** 165:2,7
**floor** 171:10
**fluctuating** 160:21,24
    161:3
**fly** 181:14
**foggy** 11:13
**folks** 14:22 42:15,16
    58:5 71:2 77:16,16
    78:17,19 87:19 89:6,8
    89:9 117:20 120:1
    121:8 172:21
**follow** 102:3

**followed** 37:20
**following** 38:2 98:23,24
**follows** 5:4
**Fontaine** 80:24 81:1,2
**force** 58:9 70:16 97:16
    104:12
**forget** 80:14 148:16
**forgetting** 115:23
**form** 3:17 21:3 26:17
    34:11 35:21 38:8,16
    46:11 53:8 61:12 62:4
    62:17 63:1 64:16,22
    74:22 98:17 100:7
    103:5 104:13 105:2,23
    109:6,16 115:14,17
    117:4,14,23 118:16
    120:3 122:3 127:2,15
    128:12,18 129:2,10,10
    130:6 133:9 134:2
    142:6 147:24 155:8
    158:14 176:5 179:23
    180:10 185:16 188:24
    193:8
**format** 185:22,24
**formed** 23:4
**former** 8:9,10 19:23
    20:7 54:2,4 58:2,15,21
    58:23 62:9,20,22 63:3
    88:4,23 107:2 135:24
    177:7
**formerly** 72:11 82:9
    112:21
**forms** 117:6 155:5 184:6
**Form-wise** 117:5
**forth** 171:25
**forward** 49:8
**foundation** 128:19
    140:6 193:9
**four** 6:24 28:15 41:5
    71:21 168:12
**Frankly** 55:8
**Free** 1:22
**freshen** 146:23
**front** 50:21 99:22 103:7
    145:4 146:19
**FSR** 130:13 131:6,7
    133:2,7,21 134:15
    139:17 141:13 143:13
    157:25 158:5
**FSR's** 133:13 142:22
    143:5 159:21
**fuel** 188:10
**full** 50:15
**function** 37:24 178:20
**functions** 164:9
**furnace** 141:8

**further** 195:8,12
**fuses** 138:16

**G**

**Gary** 3:8
**gas** 127:22
**general** 7:3 12:21 19:9
    51:10 80:23 112:25
    129:7,8 138:3 150:11
**generally** 9:7 19:7 27:16
    174:9
**generates** 143:9
**generators** 47:8 48:6,7
    48:10
**getting** 113:18 150:2
    160:8
**give** 21:9 143:8 185:5
**given** 6:14 11:7 171:3
    188:17
**gives** 57:15
**giving** 129:22
**glass** 50:15,16
**glasses** 50:16
**Glenn** 73:12,17 74:12,16
    95:9,25 96:2
**Glenn's** 74:13
**global** 118:19
**go** 5:20,23 21:12 33:8
    41:19 42:19 43:20
    84:14 96:23 99:5,7,15
    117:22 118:5,12
    126:16 132:12 138:12
    139:1 140:4 148:16
    152:18 169:12 174:19
    176:5 180:21 188:2
**goal** 38:12,18 110:19
    123:15,21
**goes** 109:5 113:10
    117:20 170:2
**going** 5:23 7:22 21:6,9
    25:12,13,15 32:20,21
    33:19 34:4 36:15,24
    36:25 38:12 58:2,5
    61:25 62:15 102:12
    108:6 110:14 113:9,24
    116:22 125:19 126:19
    131:10 142:12 143:12
    143:14,15 146:3,9
    148:10 152:12 156:23
    156:24 158:19 160:3
    167:16 168:8 169:22
    177:15,22 180:19
    181:13,13 183:17
**good** 8:10 10:18 12:24
    13:1 26:22 36:4,14
    37:1,2 50:5 82:2 96:15

**140:9,9 141:12 144:2
    152:9 186:7
gotten** 53:6
**graphs** 124:1 125:4
**grasp** 50:5
**Graves** 40:17,25 41:7
    171:13 181:9
**great** 67:22 140:14
    171:13 181:9
**Greg** 23:15,17 76:21
    190:10 191:10
**ground** 5:21
**group** 23:9,12 27:25
    28:21 42:15 61:23
    63:9 118:11
**groups** 16:18 17:19
    29:10
**grow** 24:1,2
**growing** 26:3
**grown** 89:4
**guess** 8:22 22:13 26:1,20
    27:23 35:22 64:23
    67:10 109:22 112:13
    113:5 166:15 169:8
    177:13 180:24 182:13
**guessing** 82:3
**guided** 169:22,25
    170:11
**guideline** 100:8,19
    126:12 135:13 144:23
    148:3,4 157:19 178:15
**guidelines** 3:13 100:3
    105:8 120:5 136:8
    139:20 143:3 145:19
    147:3
**guy** 81:23 96:21 165:13
**guys** 27:18 41:20 83:8
    106:21 108:19 150:24
    179:7,16

**H**

**H** 3:1 4:1
**Hal** 75:22 80:21,22 81:1
    81:2
**half** 29:10 39:10 50:15
    98:11,11
**hall** 33:17 35:10
**hallway** 33:18
**hand** 125:19 150:13
    195:18
**handbook** 3:14 103:4,4
    103:9 104:1,2,7,8,17
    152:1
**handed** 65:19 69:15
    76:5 79:1 114:12
    125:24
**handing** 102:24

**handle** 16:23 17:19
  106:12
**handles** 55:11
**handout** 27:22,22
**handouts** 27:19
**hands** 50:13
**Hanson** 87:11
**happen** 53:16 64:7
  70:22 85:19 98:14
  131:18 139:22 157:20
  178:23
**happened** 16:2 20:19
  55:15 60:19,22 71:12
  78:4 85:12 86:3 158:8
  190:3
**happening** 188:3
**happens** 180:5
**happy** 6:5 35:12 44:7
**Harding** 94:21 95:12
**hardware** 112:3 138:13
**harm** 57:10,12
**Harper** 89:16
**hassle** 5:17
**hazard** 115:14
**hazardous** 101:24
**head** 24:18
**headache** 50:12
**headed** 46:7
**headquarters** 29:15
  78:20 192:11
**hear** 36:13,13,14 43:4
  162:18
**heard** 55:14 160:22
  189:22
**hearing** 33:21,23 195:6
**Heinz** 89:5
**held** 13:11 35:10 56:3
  149:9
**help** 18:1 144:7
**helped** 16:7
**helpful** 167:19
**helping** 60:20
**hereunto** 195:17
**hesitation** 137:18
  182:14
**Hey** 176:3 186:4
**he/she** 80:6
**hierarchy** 118:24
**high** 19:10 166:1 167:13
**higher** 118:9
**hire** 36:21,25 86:13
  167:6,8
**hired** 71:4
**hiring** 168:1,4,15
**hit** 96:11 143:16 188:2
**Holcum** 75:25 83:7

**Holcum's** 78:24
**Hold** 71:7 184:15
  186:16
**home** 68:4,7,11,13,15
  126:18 137:17 139:7
  139:19 140:4 141:8,17
  141:17,20 142:1,13,15
  142:16,19 143:6 144:4
  144:5 145:16
**honestly** 125:10
**hopefully** 5:16 21:20
  145:3
**hoping** 83:11 108:4
  113:20
**horse** 28:18
**hotel** 102:11 151:21,22
**hour** 143:8,9 144:8,9
  157:1 158:10
**hourly** 160:15
**hours** 124:7,12 131:1,10
  135:1 142:10,12,15
  143:15,17 144:4,5
  157:6,7 158:13 159:9
  178:13,16 179:15
**house** 127:10 135:4,8,18
  137:10,22 138:4
**Howe** 93:2,3
**HR** 37:21 39:3 61:16,21
  75:23 77:9 92:20
  100:10 122:22 124:22
  149:14
**huge** 141:7
**human** 81:6 168:8,16
  172:16
**hundred** 25:23
**HVAC** 47:8,24 49:9
**hypothetical** 134:17

**I**
**idea** 7:3 25:15,18,25
  76:12 85:8 98:8
  154:19 158:23 163:12
  177:10,11 180:14
  190:8 193:13,16
**identification** 21:18
  30:15 44:10 56:19
  59:7 65:17 69:13 76:3
  99:19 102:22 114:10
  125:22 172:25 181:15
  183:19 186:8 187:11
  188:15 189:16
**IDENTIFIED** 3:2 4:2
**imagine** 43:5 50:8 71:3
  113:8 114:21 175:1
  184:5 193:11
**immediate** 54:13

**immediately** 53:16
  70:22 73:5 81:17 92:5
  176:13 180:15
**improve** 143:25
**include** 9:8 131:7
  132:17 135:15,25
**included** 131:20 135:2
  137:6 139:7,10 153:15
  192:11
**includes** 20:17 135:7
  137:8
**including** 114:7 115:3
  160:4
**Incorporated** 189:20
  190:19
**incorporates** 115:19
**increase** 155:20
**increasing** 156:6
**indemnification** 115:16
**indicate** 154:1
**indicated** 136:23
**indicates** 138:15,25
**indicating** 52:3
**indirectly** 195:16
**individual** 107:22
  168:18
**industrial** 49:6,14,19
  50:3 182:14,15,17
**information** 57:9 69:22
  116:6 139:25 145:5
  146:15 179:10
**informed** 37:11,13
**initial** 146:8
**Injunctive** 3:7 56:23
**input** 168:8
**inquired** 159:1
**inside** 150:21
**instructed** 161:23 162:3
**instruction** 16:6
**instructions** 149:8
**instructor** 16:12
**insurance** 171:18,20
  172:1,7,13,14,18
**insure** 171:24
**insured** 172:15
**intact** 92:18 96:17 98:1
**interest** 106:7 182:15
**interested** 195:15
**internet** 113:10 188:1
**interview** 42:25
**intranet** 134:8 147:1
**Investment** 65:3
**invited** 124:25
**inviting** 180:21
**involved** 6:23 12:9
  26:23 34:19 37:5

  62:14 123:4,6,9 174:1
  174:3,9
**involvement** 27:1
**in-box** 178:2
**issue** 145:14 159:15
**issued** 104:1,2
**issues** 3:5 21:2 22:19
  23:22 32:18 128:23
  151:1
**items** 159:1

**J**
**J** 81:13 82:20 83:12
**James** 75:24 78:24 83:7
**January** 14:10,13 19:14
  19:14 34:23 35:3 38:1
  38:6 44:18 45:11 53:3
  56:9 58:11 64:12,12
  98:15 152:4 174:11,15
  174:25 175:14,15
  181:23 182:1 187:6
  188:4
**Jason** 80:14
**Jay** 77:19
**jeans** 51:11
**Jean-Michele** 73:21
**Jeff** 8:25
**Jennifer** 94:16
**Jeremy** 92:24
**Jessie** 73:21 87:15
**JHA** 115:14
**Jim** 43:24 77:21,23
  82:10 94:16,17 95:20
**job** 3:15 4:5,6 7:13
  10:18 12:4 19:23 20:5
  20:6 36:5,15 37:12,14
  38:23,24 39:23 40:2,7
  41:16 44:3 53:6,13,24
  54:6 70:17,22 72:1
  73:5 100:16 108:15
  114:17 115:8,10,14,21
  120:1 125:13,16
  126:16 129:16 131:2
  131:10 132:17,23
  137:20 139:4,9 143:10
  145:21 146:8 147:11
  147:12,14,15,18,21
  148:1 150:2,3 157:15
  157:15,23 158:4 160:9
  164:2,13 166:16 167:1
  168:9,22 169:4,12
  170:2 172:9 173:14
  175:9 178:20 181:3,6
  181:8 187:15 188:5,18
**jobs** 12:6 25:8 97:3
  118:24 145:10,11

148:9 156:23 188:23
**John** 82:21 87:16,24
90:11,16 91:9 94:17
95:17
**Johnson** 2:2,15,23 4:10
4:11 5:6,9 8:10,15,18
9:6 15:7 21:5,12,16,19
26:12,14,21 30:16
34:15 36:2 38:11,21
44:11 46:12,17 53:10
53:15 56:1,4,7,14,17
56:20 59:8 61:13,17
62:7,19,25 63:12
64:18 65:1,18 67:16
67:21 69:11,14 70:16
70:20 75:1 76:1,4
77:24 79:10 87:7
91:12,21 97:8,11
98:20 99:1,4,7,11,15
99:20 100:12,25 101:2
102:20,23 103:8
104:16 105:12 106:1
109:10,17,20 110:2
112:25 113:13 114:11
117:8 118:7,20 119:2
119:14 120:7 122:4,8
125:19,23 127:5,18,20
128:14,21 129:6,11,19
130:10,16,19 132:22
133:11,16,18 134:4,21
134:24 136:9,12,16
140:11 142:17,20
147:25 148:7 152:11
152:16,18,22 153:2
158:7,18 163:23 164:1
167:23 168:3 173:1
176:10 180:1,13,25
181:2,12,16,22 183:22
184:17,20,24 185:5,8
185:11,13,17 186:2,6
186:9,18,22 187:12
188:8,11,16 189:3,6
189:10,17 193:12
194:5,9
**Jolene** 37:21 75:23 81:4
81:5,10
**Journal** 3:10 69:20,21
**JT** 1:10 5:12 6:21,24 8:6
8:22,25 9:1,2,3,4,7,8,9
9:12,16,17,17,21,25
12:14,18 13:12 14:3
14:22 19:18,24 20:19
21:2 22:7,21 23:7,21
24:2,15,19 25:1,6,13
25:19,22 26:3,5,10,11
26:12,15,23 28:3,3

29:15 33:6 34:17,19
34:20 35:19 36:22
41:22 42:3,3,17,17
43:8,10,10 44:19
45:15,21,23 46:1,8,9,9
46:19,23 47:5,10,14
47:18,21,24 48:1,9,18
48:21 49:4,6,8,17,21
50:3,10 51:6 52:2,4,10
52:12,14,16,17,19
57:17 58:14,14,17,22
58:23 59:3,4 60:16
61:7,18,23,24 62:2,3,9
62:9,10,13,13,15,15
62:20,21,23 63:2,10
63:14,17,18,24 64:8,9
64:19,20 65:2,6,7,10
65:24 66:5 67:11,12
68:18,19 69:3 70:2
71:10,21 72:13 73:12
73:24 74:3,20 77:12
78:11 79:12 83:13,16
83:19 86:9 88:4 97:13
100:20,20 101:14
103:4,23 104:5,17,23
104:24 105:1 107:2,6
107:9,15 109:14 110:4
110:11,16,20,24 111:5
111:6,10,18 112:20
117:2,3,11,12,12,13
118:10,14 119:21,21
119:24 120:21 122:1,4
122:5 124:5,14 126:10
126:10,20 128:3
129:20 130:11,15,20
131:5,23 132:2 133:1
133:15,24,25 134:7,12
135:10,24,24 136:17
136:24 137:2,3,3,25
138:23 142:23 144:10
144:19 146:2 149:6
150:3 151:2,13 153:14
154:17,17,18 157:17
160:10 161:9 162:5,23
163:3,13 164:10 165:5
165:10 166:6,20 167:5
167:8,20,21,23 168:5
168:13 171:18,20,21
172:1,3,4,5,12 173:5
173:15 174:11 175:17
175:23 176:1 177:7,8
177:11,16,23 178:8,11
179:20,21 180:3,9,15
181:7,25 182:10,12,14
182:20,24 184:2,6,11
184:21,24 185:7

187:15,23 188:5,7,8
188:19 190:4,6,18
192:7 193:14
**JTP** 3:15 4:7 76:9
189:19
**JTP00000439** 76:7
**JTP00000439-452** 3:11
**JTP00001055** 114:13
**JTP00001480** 103:1
**JTP000014880** 3:14
**JTP00001796** 3:12
99:23
**JTP00006781** 3:16
126:1
**judge** 179:19
**July** 1:16 3:4 105:16,18
195:10,19
**June** 73:8 85:20 188:13
**J-O-L-E-N-E** 81:11

## K

**Kalscheur** 20:22 86:20
**keep** 9:24 38:12 118:19
123:13,19,21 124:11
125:7 137:4 140:20
156:11,16 171:18
173:4,6
**keeping** 7:1 160:6
**Keith** 14:24 22:10,16
27:13,24 28:1 30:7,11
30:14 75:19 79:6
192:13,17 193:3
**Keith's** 22:13
**Kelly** 2:11 5:14
**kept** 37:16 173:9
**Kevin** 83:4,22 87:18
**Kevin's** 83:3
**kicked** 33:15
**kind** 9:15 16:19,20
27:13 35:11 36:10
41:8 49:22 59:25
97:13 116:14 117:2
118:9 125:1 154:10
155:21 169:10 171:15
**kinds** 43:4 169:16
**knew** 19:7 25:10,11,13
149:10 165:13
**know** 6:3,9 7:18,19,21
9:22 14:17 15:2 24:17
24:19 26:9,13,18 31:3
31:18 32:24 36:5,10
36:11 37:11,13 38:17
38:18 39:15 40:6,9
41:22 44:3 52:16 55:6
55:7,12,16 57:2,5
58:17,24 64:23 65:23

66:4 67:2 68:17 70:23
71:15 78:6,24 79:13
81:21 82:4 83:3 90:18
91:8 96:14 97:18
103:21,25 104:8,10,14
104:19 105:3 107:25
108:25 109:22 112:10
112:15 114:24 116:13
116:21 117:9,17
118:11 119:3,25
121:22 122:21 123:2,3
124:24 128:10 131:14
133:5,11,17 134:11
138:5 139:24 140:18
142:7,9,11 143:19,20
144:21 145:2,15,16
146:3,8,11 147:12
148:2,8,22,23 149:3
151:7,7,12,13,18
154:14 155:10,20,23
156:1,9 157:13,21
158:6,8,10 159:22
160:23 161:12,16,20
162:2,5,8,9,19,21,23
163:3,13 165:12 166:2
166:3,18 167:7,10
168:1 169:18 171:15
172:8,11,20,20 173:4
173:18,20,23 174:3
176:11,19,25 177:1,2
177:14,17,23,25
178:15,18 179:1,9,14
179:19 185:3,14,17,18
187:22 189:19 190:3,9
190:9 191:2,5 193:6
193:20
**knowing** 35:23 140:8
**knowledge** 23:3 60:4
65:12 109:25 140:23
146:18 163:2,7,10,16
164:8 166:23 175:18
179:12
**known** 67:19
**knows** 177:2
**Kreger** 80:17 84:4 177:4
177:5
**Kubley** 94:20 95:12,14
**Kurt** 89:5

## L

**label** 185:10
**labor** 115:21 124:9,11
124:14 126:5,25 127:6
136:14,18 148:23
149:3,7 153:17 154:20
157:23 158:4 161:25

162:2,24 163:4,9
**laid** 85:9
**Lake** 6:20 85:18
**Lamothe** 35:9 75:20
78:16,22 79:2 81:9
**Lance** 73:20 74:8
**language** 32:6,14,18,19
32:22 34:4 191:14,18
191:23 192:1
**laptop** 110:6 147:2
151:15
**laptops** 112:19
**large** 141:10
**Larry** 2:2 5:9 87:11
**late** 28:2 32:12,13
143:16,19 178:14
**Latterell** 84:15,16
**Laufgren** 95:9 96:1
**law** 1:15 2:2 163:11,14
195:9
**laws** 166:18
**lawsuit** 191:18 192:24
**lawsuits** 5:11 29:25 32:5
33:1,24 34:5,10,16,19
191:16 192:2,8 193:7
**lawyers** 52:23,25 53:1
**lay** 16:7
**layer** 18:7,9,19
**lead** 91:5,7 157:10,15
**leading** 132:11
**leads** 82:3 89:4 90:17,20
93:11 94:23,25
**learn** 166:24 167:2
**learns** 168:21
**leave** 33:12 37:14 73:9
82:14,15 94:10 95:12
126:16 137:22 138:4
140:1 144:3 151:4
169:13,14
**leaves** 134:11,11 135:3
135:18 137:10,16
169:16
**leeway** 143:8
**left** 18:12 50:23 57:7
61:23 62:9 63:7 81:13
82:13 84:22 94:8,18
95:17 96:9,21 97:5,5
97:19 170:11 190:4
**legal** 80:23
**letter** 3:8 59:22 60:3,17
176:7
**lettering** 185:23
**letters** 61:2
**let's** 11:10 56:14,17
65:15 69:11 70:9 87:3
99:5,7 102:20 106:13

134:25 152:11 181:12
183:18 186:3,3,6
189:12
**level** 19:10 78:6 123:12
183:7
**levels** 117:24 118:2
167:10
**liable** 34:9
**licenses** 121:22
**Life** 151:24
**liked** 192:17
**limited** 169:6
**line** 78:18,23 80:13,20
81:9 83:6 86:22
158:21
**lines** 47:7 117:2
**link** 41:6,9
**links** 41:17
**Liquidation** 4:7 189:20
**Lisa** 93:2,3
**list** 36:25 38:22 64:8,10
64:18 79:17 172:14,19
**listed** 182:21
**lists** 37:8
**litigation** 30:3,8 31:24
61:25 62:14 177:22
191:19 192:5,12,14
**litigations** 192:4
**little** 11:3 20:1 52:1
53:4 70:4 92:16 99:8
109:4 117:16 118:21
142:10 170:18
**LITTLER** 2:6
ljohnson@crosslawfir—
2:4
**LLC** 52:17 184:2 185:7
185:22
**load** 117:19
**local** 39:8 43:6
**located** 1:15 134:5
**location** 141:14 170:21
**locator** 67:19
**Loewe's** 49:20
**log** 173:4,7,9
**logistics** 13:19 20:3 87:1
87:9
**logs** 172:20 173:4
**long** 10:11 11:8 94:6
95:14 97:3 156:10
157:13
**longer** 20:1 52:1 80:2
81:15 82:11 84:21
86:3 87:11,12,16
89:25 90:9 91:2,6
116:25 121:9,15
152:24 175:24 177:15

**long-sleeve** 51:13
**look** 21:10,21 30:17,21
44:12 51:3 55:1,9 59:9
64:9 65:21 66:14 70:1
88:19 103:2,16 114:25
123:23 146:23 158:19
163:18 164:7 171:12
186:4,10 187:13
190:11,24
**looked** 66:5,8 77:25 78:2
162:6 163:14 181:19
**looking** 49:8 79:14
111:2 118:8,9 119:11
119:12 136:6 143:21
148:6 185:9
**looking-forward** 46:5
**looks** 57:4 65:24,25
83:11 179:10 181:18
**lose** 38:24 40:2 41:16
179:20
**loss** 117:19 178:9
**lost** 20:5,16 38:23 39:5
39:22 40:6 53:24
58:14,17,22 59:1 64:4
70:17,21 71:25 148:18
177:24
**lot** 33:10 69:18 112:14
113:11,22 117:15
118:20 121:4 141:10
159:8,10,20,22 178:3
178:4
**lower** 96:21
**Lowery** 2:11 5:14
**luck** 96:15

————————————

## M

**M** 5:5 89:8 93:9
**machine** 144:7
**Madison** 29:12 80:14
139:2,12 142:17
**Maher** 85:25 86:1
**mail** 139:8
**mailing** 127:22
**main** 182:18
**maintain** 138:8 150:10
**maintaining** 165:3
166:10
**maintenance** 114:9
115:11 145:8,10
156:21 175:14
**Majestic** 102:15
**major** 64:13 74:19
102:6,9 105:21 109:13
110:17 111:4 116:24
117:7 118:14
**majority** 57:23 59:5

144:18
**making** 169:8
**male** 82:5,6
**manage** 91:16 95:6
112:15 159:19
**managed** 10:7 11:1,25
15:8
**management** 3:11 16:8
42:23 78:6 89:11 95:4
132:8 168:6
**manager** 10:4,5,6,12
11:5 15:19,21,25 16:1
16:4,25 17:4 20:24
39:20 40:18,25 68:6
71:25 73:19 74:9 77:7
77:19 81:21,22 82:22
84:17 85:15,25 86:6,8
86:15,18 93:12 96:9
98:2 130:12 155:19
168:2,4,15
**managers** 11:5,6,24
18:5,24 40:6 41:9 72:1
72:16,18,19 75:8 96:5
97:20,21 130:1 142:21
143:24 159:16,18,20
168:7 193:19
**managing** 11:6,22
**manner** 57:15
**manual** 100:3,9 101:8
105:4 126:12 135:14
136:2,3,8 139:20
144:24 146:23 147:9
148:3,4 178:16,18
**manuals** 16:10 100:10
**Map** 66:16
**March** 38:1 73:10
**Marcus** 5:11 29:25
**margins** 120:5
**mark** 21:6,13,14 56:14
56:18 69:11 94:21
95:15,17 102:20
181:12,13 183:18
186:6
**marked** 21:18,22 30:15
44:10 56:19 59:7
65:17,19 69:13,15
76:3,6 99:19 102:22
102:24 114:10 125:22
125:24 172:25 181:15
183:19 186:8 187:11
188:15 189:16 190:1
190:12,14,25
**market** 49:18 50:2 59:1
182:16,17
**marketing** 59:23
**Martin** 91:6

**Martinez** 73:21
**Masnica** 79:22 90:7
**MATC** 169:2
**material** 43:15 47:17
   153:25
**materials** 101:24 156:23
   183:1,6,12 186:13,25
**math** 69:24 70:7
**matter** 16:5
**matters** 31:25
**McIntyre** 95:10 96:1
**McNaughten** 87:16,24
**mean** 8:8 15:17 19:20
   25:22 27:17 39:15
   57:12 67:14 74:24
   116:18 118:24 127:16
   129:3 169:25 175:22
   176:2 182:5
**measure** 155:24
**measured** 154:25 155:2
**mechanic** 116:22
**mechanic's** 116:21
**Medina** 8:5
**meet** 31:15 170:4,8
   178:20
**meeting** 35:11 37:6
   143:2,23
**meetings** 27:18 124:16
   124:19,23 125:2,5
   173:23
**member** 23:5
**Memo** 3:3
**Memphis** 78:20 80:24
   83:7 97:3 113:9,11
**MENDELSON** 2:6
**Mengelt** 83:22
**mention** 192:8
**mentioned** 9:10 15:14
   63:21 78:17 132:1
   138:19 140:18 174:2
   192:3
**merger** 72:4
**meshed** 42:2
**met** 12:6,9 31:18
**meter** 125:18,18
**meters** 110:9
**method** 115:12
**Michael** 31:15 35:9
   190:10,19
**Michelle** 90:23 91:6,23
**middle** 35:11 55:2,4
**Midweek** 14:16
**midwest** 10:15
**Mike** 75:20,21 78:16,22
   79:2,4 80:13,20 81:9
   82:23,25 83:2,5,6,14

83:17,20,25 84:1 85:8
   86:4,22 87:14 88:6
   95:9 96:1,2
**military** 164:18
**million** 25:21,23,24,24
   26:2 44:24 45:6,16
   50:9,10 179:21 180:8
**Milwaukee** 1:16 2:3
   69:21 195:2,10,18
**mind** 30:6 102:5 113:3
**mine** 185:11
**minimal** 182:15
**minimum** 164:17,20
   193:10
**Minneapolis** 2:8 151:22
**minus** 69:7
**minute** 152:12,12
**minutes** 59:18 128:5,8
   173:11 189:7,12
**missing** 158:22
**misstates** 64:17,22
**mistakes** 6:8
**misused** 153:24
**MN** 2:8
**Mobley** 82:20,21 83:12
   90:11
**mod** 113:4
**models** 111:18
**money** 101:19 121:7
   180:5
**month** 74:14,16 84:24
   95:21
**monthly** 24:9
**months** 70:24 102:1,1
**month-to-month** 23:25
**MOP** 115:13
**MOP's** 116:7
**morning** 134:9 142:11
   151:4,17
**motivations** 22:13
**move** 77:16 174:4
**moved** 33:16
**Moyes** 94:16
**multiple** 157:9,14,22
   158:3 176:21
**multi-year** 57:25
**Mutual** 151:24
**M-A-S-N-I-C-A** 79:23
**M-E-N-G-E-L-T** 83:22

────────────

**N**

**N** 2:1,13 5:5,5
**name** 5:9 8:1 14:25
   15:22 17:3 28:20,22
   31:5 36:25 40:10,17
   52:7,10,11 60:25

80:14,21 86:7 116:4,5
   116:12 173:20 176:3
   177:20 191:3
**named** 57:7 58:18
   176:17
**names** 87:14,20 111:18
   176:21
**national** 74:8
**nationwide** 11:2
**necessarily** 104:8
   141:18 145:12 153:6
**necessary** 164:9
**need** 7:18 36:11 99:11
   126:14 134:19 139:21
   141:1,5,9 146:22
   148:15 151:24
**needed** 140:1 141:2
   174:6
**needs** 12:8 17:15 141:24
   154:2 167:1 170:1,16
**negotiated** 85:10 191:15
**negotiation** 32:19
   191:23,25
**Nehring** 92:4
**neither** 89:25
**net** 44:24 45:7
**network** 113:10
**neutral** 123:14,14,21
   125:7 174:5
**never** 37:14 124:2
   141:25 143:19 187:24
   189:24
**new** 8:15,24 9:17 18:18
   19:17,18 37:8,18 42:3
   43:10 46:1,9 47:18,21
   47:24 48:1,9,18,21
   49:4,6,8 50:3 51:23
   58:10,14,22 59:3,18
   60:16 61:3,24 62:10
   62:13,21 63:5,18,24
   64:8,20 67:12 69:3
   73:12 74:3 78:11 83:8
   86:13 87:13 102:16
   104:1,2,17,23 108:21
   110:20,25 111:10,10
   112:2 113:12 114:23
   117:2,9,10,12 119:21
   120:13,14,20 121:1
   124:5,14 154:17
   174:17,17,19 175:19
   175:21 176:4,23
   182:20 192:21
**nicely** 115:9
**night** 144:5 151:3,20
**NML** 152:4
**Noah** 2:11 5:13

**nods** 7:5 120:15 123:16
   193:5
**Nolden** 43:25 77:21,23
   82:10,11,13 94:8,16
**non-compete** 61:11,14
**non-emergency** 145:14
**Nope** 187:19
**normal** 145:7
**normally** 8:19
**North** 1:15 2:3 19:19
   195:9
**northeast** 40:18
**Northwestern** 151:24
**Notary** 195:4,22
**notified** 39:2,4 71:10
   131:17
**notify** 143:13
**November** 28:3
**number** 6:24 14:22 21:9
   25:20 27:11 28:12
   31:9 56:23 67:25 68:1
   69:6 102:25 115:2,23
   116:10 126:23 127:12
   158:20 179:11 186:10
**numbers** 45:8 70:1
   170:17
**numerous** 174:12

────────────

**O**

**O** 5:5
**oath** 5:3
**object** 21:3 26:17 34:11
   35:21 38:8,16 46:11
   53:8 61:12 62:4,17
   63:1 64:16,21,22
   74:22 98:17 100:7
   103:5 104:13 105:2,23
   109:6,16 117:4,14
   118:16 120:3 122:3
   127:2,15 128:12,18
   129:2 130:6 133:9
   134:2 142:6 147:24
   158:14 176:5 179:23
   180:10 185:16 188:24
   193:8
**Objection** 134:16 140:6
**obsolete** 13:21
**obtain** 167:1 171:23
**obtaining** 172:7
**obviously** 64:7 72:15
   76:13 77:4 168:7
**occur** 129:9
**occurred** 55:2,4 129:4
**occurs** 144:16
**odds** 171:10
**OEM** 114:8 167:15

**office** 31:17 35:12 37:7
  54:20,22,23 68:4
  113:6 195:18
**officer** 23:18 71:13
**offices** 68:7,11,13,16
**office_locations.html**
  67:7
**official** 52:11
**off-the-shelf** 113:6
**Oftentimes** 17:25
  144:12
**Oh** 67:16 69:1 80:24
  92:5 105:19 111:3
  121:7 152:7 185:8
  187:22 189:10
**oil** 116:16
**okay** 5:8,23,24 6:4,7,13
  6:16,22 7:9,10,18,25
  8:17 9:12,15,22,23
  10:11 11:8,15 12:3,11
  13:6,11 16:23 17:18
  18:12,19 19:3,22 20:5
  20:12 21:6,8,11,25
  22:6,15,24 23:2,15
  24:15,19 25:22 26:8
  27:4 28:2 29:2,7,12,15
  29:18 30:24 31:2,8,12
  35:4,7 37:5 38:6 39:19
  39:22 40:9,19 41:3,7
  42:8 43:10,13 44:3,9
  44:23 45:14,25 46:8
  46:23 47:4,12,14,24
  48:4,18 49:25 50:12
  52:10,13,18 53:16,21
  53:24 54:6,9,15,20
  55:1 56:17 57:2,12,21
  58:8,14 59:17,25 60:3
  60:10,13 62:13 63:24
  65:10,15 66:3,25
  67:11 68:12 69:3,6
  71:25 72:6,11,22 73:1
  73:7,15,18 74:1,7,11
  74:13 75:7,11,15
  77:14 79:16 81:3,11
  81:13,17,20 82:17
  83:11,19,24 84:10
  85:1 88:11 91:5,9
  92:20 93:12,20 94:1,8
  94:15 95:11,19,23
  96:7,19 98:8 99:7,10
  100:18,22 101:5 104:7
  104:10 105:15,20
  106:8 107:1,16 108:9
  110:3,11,14 111:7
  112:2,9,20 114:5,20
  114:22,25 116:18

118:8 119:25 120:8,21
  121:17,24 123:3,6
  124:4 128:10,15,22
  130:24 132:6 135:10
  136:3 137:8 138:23
  139:6 140:12 141:16
  142:4 143:4 145:6,15
  146:7 153:23 154:24
  155:10 156:1,5,16
  161:1 163:18,19,24
  164:5 165:5,9,22
  166:9,12,24 170:5
  172:1,8 173:18 176:15
  178:7 180:2 181:12,23
  182:3 184:1 185:12
  186:5 188:3,5 189:9
  189:13,24 190:3,11
  192:13,24 193:3,20,22
  193:24 194:4
**old** 3:11 8:15,24 9:4,8
  9:16,25 14:3,22 19:24
  26:11,12 28:3 34:17
  34:20 36:22 42:17
  43:10 45:23 46:9,19
  47:5,10,14 49:17,21
  58:23 59:4 62:2,9,15
  63:14,16 64:9,19 65:7
  71:10,20 72:13 73:24
  74:2 76:9 86:9 88:4
  101:14 103:23 104:24
  108:19 110:4 117:13
  119:24 122:5 126:10
  126:20 129:20 130:15
  133:15 134:12 136:24
  137:3 144:19 152:7
  154:17,18 157:17
  165:10 167:21,23
  168:5 172:3,4,5
  175:17 181:8 182:12
  188:7,8
**once** 151:22 180:6
**ones** 36:24 97:14 117:17
  117:17 120:13,14,20
**ongoing** 16:13 41:21
**on-line** 4:5,6
**on-the-job** 168:22,24
**open** 12:6 59:1
**operated** 49:17
**operates** 118:15
**operational** 110:19
**operations** 13:14,16,17
  13:19,25 14:5,19
  15:13 17:7,22 19:4,19
  19:25 20:17,22 26:9
  53:23 74:8 75:23
  86:19 88:5

**opinion** 43:2
**opportunities** 50:14
**opportunity** 22:1 30:21
  44:12 159:18
**oral** 151:13,18
**order** 123:13 144:14,25
  145:2,7,15 147:18,19
  150:8,16 183:2,14
  184:3
**ordering** 145:21 160:8
**orders** 12:7 118:3
**Oregon** 8:5
**org** 180:19,21 191:11
**organization** 27:10
  29:20 36:1 41:11 57:8
  63:6,7 75:21 77:7,9,11
  91:18 105:25 106:6
  132:19 161:14 169:1
  193:19
**original** 2:22 4:11 9:12
**originally** 9:3 23:6
**outline** 126:18
**outside** 97:25 105:20
  116:12 117:9 119:3
  127:14 130:5 133:20
  136:22 137:5 170:20
  170:25
**overall** 178:5
**overlaid** 41:10
**overlap** 42:6,7,10
**oversaw** 13:18 18:4,5
**overstaffed** 41:18
**overtime** 31:24 32:23
  33:24 122:2,5,16,19
  123:7 126:21 137:3
  160:13,18 161:6,10,19
  162:7,12,16,20 163:1
  163:6,11,15 173:24
  174:4
**overview** 29:20
**owe** 179:21
**owned** 66:17
**owner** 9:12
**owners** 8:22 192:21
**ownership** 101:23
**owns** 35:24
**o'clock** 152:14,16
**O'Connor** 80:4 84:2
  191:10,11

_____

**P**

**P** 2:1,1
**package** 17:14
**Packard** 1:10 5:12 6:21
  6:25 8:7,13,16,22,25
  9:1,2,3,4,7,8,9,13,16

9:17,18,21,25 12:14
  12:19 13:12 14:3,23
  19:18,24 20:20 21:2
  22:7,21 23:7,21 24:2
  24:15 25:1,6,13,22
  26:3,5,10,11,12,15,24
  28:3,3 33:6 34:17,19
  34:20 35:19 36:22
  41:22 42:3,3,17,18
  43:9,10,11 44:19
  45:15,23 46:9,10,19
  47:10,15,18,24 48:1,9
  48:18,21 49:4,6,8,17
  49:21 50:10 51:6 52:2
  52:5,10,12,14,16,17
  52:19 57:17 58:14,14
  58:17,21,22,23 59:3,4
  60:16 61:7,19,24,24
  62:2,3,9,10,10,13,14
  62:15,20,21,23 63:3
  63:10,14,17,18,24
  64:9,19,20 65:2,6,7,24
  67:12,12 68:18,19
  69:3 70:2 71:10,21
  72:13 73:13,24 74:3
  74:20 77:12 78:11
  79:12 83:13,16,19
  86:9 88:4 97:14
  100:20 101:14 103:4
  103:23 104:5,17,24,24
  105:1 107:2,6,9,15
  109:14 110:4,12,16,20
  110:25 111:5,6,10,19
  112:20 117:2,3,11,12
  117:13 118:10,15
  119:21,22,24 120:21
  122:1,5,5 124:5,14
  126:20 128:3 129:20
  130:11,15,20 131:5,23
  132:2 133:1,15,24,25
  134:8,12 136:24 137:2
  137:3,4,25 138:24
  142:23 144:19 146:2
  149:6 150:3 151:2,14
  154:17,17,18 157:17
  160:10 161:9 162:5,23
  163:3,13 165:5,10
  166:7,20 167:5,8,20
  167:22,24 168:5,14
  171:18,20,21 172:2,3
  172:4,6,12 173:6,16
  174:11 175:17,23
  176:1 177:7,8,12,16
  177:23 178:8,11
  179:20,21 180:3,9,15
  181:7,25 182:12,15,20

182:24 184:3,6,11,21
184:24 185:7 187:15
187:23 188:5,7,8,19
190:4,6,18 192:7
193:14
**Packard's** 24:19 25:19
29:15 45:21 46:1,8,23
47:6,21 50:4 62:16
64:8 65:10 66:5
126:10,10 135:10,24
136:17 144:10 153:14
164:10 182:10
**page** 2:14,18 3:2,9,20
4:2 31:9,10 66:21
76:19,20,24,24 84:12
84:14 87:10,22 92:8
93:9,12 98:21 103:16
103:17 126:21 134:8
136:9 158:20 164:7,13
169:6 190:25
**pages** 87:1 185:20
**paid** 160:15,15,18 161:5
161:6
**Pair** 3:8
**paper** 142:1
**paperwork** 115:3
116:13 139:8,18 140:3
140:13 143:3 148:14
154:4 160:2,7
**paragraph** 45:22 46:3
136:14,17,23 137:6,8
138:6,15,24 145:19
147:4 148:21 149:17
182:9,22
**parallel** 191:22
**Pardon** 12:25
**parking** 121:4
**part** 28:21 33:13 43:22
43:23 61:18 64:6
111:14 124:24 132:23
139:1,4 145:5 147:11
147:15,18,25 154:1,8
170:18 180:3 183:4
186:17
**participants** 30:8 32:17
33:4
**participated** 27:2,7,14
27:15 123:8
**particular** 41:3 100:15
158:11 164:13 178:18
179:11
**particulars** 34:6
**parties** 176:18 195:14
**parts** 12:7 13:18 43:21
86:25 113:6 120:22
125:16 138:23 139:8

139:11 144:25 145:7,9
145:13,16,21 147:15
147:17,18,20 150:6,8
150:16 160:8,8 170:22
**party** 33:8,20 114:8
**passed** 159:9
**Pat** 95:10 96:1,2
**Patti** 18:3,4 53:24 72:11
72:14 80:2 144:21
151:9,11 156:1 165:15
168:6
**Paul** 79:22 90:7
**Paulson** 73:12,17 74:12
95:9 96:1
**Paws** 94:21 95:12,17
**pay** 55:4,7,13 122:1,5,18
137:3 160:12 161:18
162:11 171:20 179:22
**paycheck** 55:9
**paychecks** 55:12
**paying** 34:7 122:15
123:7 126:20 174:4
**payment** 173:24 174:22
**pays** 160:10
**Peggy** 20:21 86:19,21,24
87:6,8 88:4
**pend** 143:13
**pending** 34:16 143:13
**Penner** 77:4
**people** 29:11 38:22,23
78:25 84:1 87:13
88:12,14 91:18,22
117:22 151:1 167:8
**percent** 69:24 70:6,10
70:11,13,14 91:23
108:20,22 156:6,7,17
156:20,25 157:1,3
159:11 177:7 193:1
**percentage** 43:5 50:3
57:21,22,23 98:8,9
112:9 155:21,23 178:5
180:14
**perfectly** 6:5
**perform** 37:24 121:15
125:15 139:12 147:14
160:11 164:9 171:2
174:14 175:14 182:20
**performance** 143:25
**performed** 111:24
126:15 149:11,13
175:16
**performing** 170:22
**performs** 126:24 127:13
135:6
**period** 55:5,13 85:3,4
122:9

**periods** 55:7
**person** 14:23 15:19
37:10 75:22 90:2 96:8
117:25 146:19 177:2
**personal** 195:7
**personnel** 43:19 112:6
**Peterson** 75:24 86:23
**petrol** 49:19
**Pfingston** 28:18 33:19
**philosophies** 29:23
**phone** 27:15 54:18
67:25 68:1 127:24
128:1,4 130:2 131:8
131:19 135:16 160:4
161:25
**phones** 113:20
**phonetic** 72:23
**physical** 154:9
**pick** 20:6 138:13 143:14
**picking** 138:16 139:9
**picture** 50:23 76:25
79:14 181:20
**piece** 52:2 111:8,20
112:10 116:12 142:1
145:14 146:21 154:4
156:9,13 170:15
182:14
**pieces** 111:9,18,22 113:2
**Pileggi** 191:4
**pipe** 113:18,22
**place** 18:15,18 19:13,16
19:17 23:19 34:23
35:1 37:2,4 55:13
98:22 101:25 103:10
103:15 106:21 128:7
128:25 130:4 131:4
136:21 138:6,11,15
177:3 182:1
**placed** 28:4
**places** 106:7
**Plaintiffs** 1:6 2:5
**plan** 16:6 18:16
**plans** 110:22
**plant** 101:17
**plants** 49:20
**played** 54:12 183:4
**player** 41:11
**players** 89:7 90:3 92:12
93:15,17,23,23 95:3,8
96:20 124:21
**please** 21:13 30:18
55:25 71:8
**plenty** 109:23
**plus** 9:1,7,9 52:1,7 58:20
63:6,9 65:25 69:6
72:24 77:6,8,10,15

91:25 94:19 96:10,11
102:15 115:18 116:4
151:11 155:6 161:6
187:22 188:9
**PM** 141:23 174:23
**point** 8:10 27:17,21,23
28:24 33:17 54:9
60:23 76:9,14 77:18
85:12 103:12 106:13
113:17 123:24 155:21
158:21
**policies** 3:13 100:2,4,14
102:2 104:10,21,25
136:7 139:20
**policy** 61:21 66:15,16
100:19 101:10 105:7,9
105:21 126:10 128:3,7
129:20 130:11,18,20
130:24 131:2,5,12,23
132:2 133:1,25 135:10
135:24 136:17 137:25
144:10,11 147:7 149:6
151:2,6,7,19 153:14
168:10 178:11
**polished** 28:1
**polo** 51:6,11,12
**Polsky** 31:16 190:10,19
**populate** 142:14
**portal** 125:16,16
**Porterfield** 87:11
**portion** 27:9 107:3
159:23 187:1
**portions** 20:19
**posing** 188:19
**position** 10:2,18 11:9,16
11:21 13:9,11 14:7,8
15:8,10,12 17:8 18:2
18:10,13 19:14 39:6
40:22,24 41:1,2,13
72:6 73:3 74:13 79:7
79:17 81:20 87:24
88:2,24 90:4,10,12
93:10,14 95:2 178:8
188:23
**positions** 42:9,19 43:17
53:5 74:2 78:9
**positive** 122:14
**possibility** 140:14
**possible** 167:11 176:18
**possibly** 114:15 175:4
**post** 63:8 64:2,6 84:23
91:24 96:9
**posting** 181:10 187:15
188:5,10
**post-sale** 94:18
**potential** 30:24 31:5

166:5 192:7
**potentially** 101:23 159:4 159:7
**power** 8:25 9:7,9 27:17 27:21,22 28:24 35:25 41:23 46:15,19,24 47:1,2,5,19 50:8 52:1 52:7,13 58:20 63:6,9 65:25 66:16,22 72:24 74:9 77:6,8,10,15 78:19 81:7 86:11,23 91:25 94:19 96:10,11 102:15 106:17 107:17 108:6 110:24 111:15 113:5 116:3 117:20 119:23 123:24 151:11 158:21 166:10,14 184:2,22 185:7,21 187:22 188:9
**powerplus.com** 187:21 187:25 188:2
**practice** 61:16
**practiced** 156:11
**practices** 142:9
**preceding** 195:5
**preference** 165:23
**prep** 169:1
**prepare** 147:11 150:2
**prepared** 27:23,24 147:14
**present** 2:11 28:23
**presentation** 27:2,21 28:24 29:2,18 30:2 31:7,22 123:24 124:2 192:12 193:11,17
**presentations** 27:4,12 27:12,16,17,20 29:4 29:12 30:1 192:10
**presented** 27:9 29:19 30:24 31:4
**presenting** 192:6
**President** 81:6
**press** 3:6 44:17
**pretty** 29:4 32:9 53:18 70:1 71:12,17 109:1
**preventive** 115:11 145:10 156:20
**previous** 122:18,25 184:6
**previously** 89:2 101:14 102:14 111:11
**pre-purchase** 109:9
**pre-sale** 94:18
**price** 44:24,24 45:3,7
**primarily** 27:23 49:17 182:17

**prior** 64:2 68:3,18 70:2 76:15 82:15 84:14 130:20 137:2 150:2 155:1 161:8,12,20 162:4,14 174:10,10,11 193:7
**Privacy** 66:16
**probably** 29:10 36:17 50:10 69:1 74:14 85:10 101:6 109:23 115:22 139:22 143:19 150:21 153:21 172:19 183:7 184:8
**problem** 5:19 30:14 142:23,25 159:13,13
**procedural** 105:21
**procedure** 100:19 105:8 115:13
**procedures** 3:13 100:3,5 100:23 102:3 104:11 104:22,25 106:20,25 113:24 136:7 139:20
**proceedings** 5:1 194:8
**process** 42:25 94:6 123:10
**procrastinate** 139:16
**product** 49:7 112:4,7 114:4 182:16
**products** 48:11,24 49:1 49:10,18,23 50:1 102:12 114:4,6 117:10 117:10 118:12,13 120:11 121:1,5
**professional** 1:18 166:9 166:12 195:3
**profit** 24:17 25:1,19 48:15 180:8
**profitable** 24:15 26:5,10 26:16
**program** 150:13
**programs** 107:21 168:25
**project** 85:25 86:6,8,15 86:18 183:7
**promoted** 10:16 72:25
**promoting** 73:4
**promotion** 13:4
**pronounce** 14:25
**properly** 153:4,11
**proprietary** 57:9
**prospective** 27:3
**prove** 172:1
**provide** 116:18 125:13
**provided** 16:21 27:9 104:4 143:13
**provides** 138:6 171:21

**providing** 33:22 41:22 97:14
**Public** 195:4,22
**published** 100:21
**Purani** 35:10
**purchase** 4:8 44:19,23 44:24 45:7 75:16,18 118:2 174:22 183:2,14 184:3 190:17 191:24 192:1 193:7
**purchaser** 192:15
**purchasing** 86:25 87:8
**pure** 134:17
**put** 18:17 57:23 59:25 100:9 106:20 135:22 136:4 137:22 141:19 145:22 146:19 151:4 151:16 176:8 180:7 192:15
**puts** 129:17
**Putting** 127:22
**P.C** 2:6
**p.m** 1:17 195:11

_____

**Q**

**question** 6:8 7:22 46:13 46:22 50:20 53:9,11 62:24 64:21 67:10 70:14 71:7 82:2 87:5 93:21 97:19 110:15 118:17,25 129:12 132:9 146:10 157:12
**questions** 5:23 123:19 132:20 193:16,24 194:7
**quick** 5:20 50:20 99:2 99:21 125:20 152:11 189:7
**quit** 72:23 155:18
**quite** 99:4

_____

**R**

**R** 2:1,17 77:20 81:24 183:1,1,5,13,13
**radios** 165:1
**raised** 171:10
**ran** 27:13 78:5
**rarely** 116:6
**rate** 160:19
**RAY** 1:18,20 195:3,22
**read** 22:1 162:1 164:5 164:21 183:20 185:19 190:22
**reading** 124:8 145:4 185:4
**readings** 125:18,18

**ready** 16:11 56:4 160:9
**real** 65:25 125:20
**realize** 185:20
**really** 8:23 10:23 15:18 25:15 50:5 75:18 85:7 95:14 97:12 101:10 108:16 154:21 165:2 166:18 168:1,10 169:22
**reason** 7:15 41:3 45:5 61:18,22 66:8 143:22
**reasonable** 61:6 141:19
**reasoning** 42:12,21
**reasons** 132:14
**reassign** 58:12 175:20 175:22 176:2
**reassigned** 61:2 174:16 175:19,25
**reassignment** 59:21
**recall** 13:7 23:25 28:19 30:13 31:10,23 32:1,7 33:23 34:2,13 38:25 54:14 55:14 60:18 64:14 70:25 71:1 73:10 81:15 95:15,22 102:19 123:12 124:3,8 124:16,19 125:3,5 131:16 133:22 144:12 146:1 149:9 151:6 162:17 173:11 174:7 178:16 182:2 191:14 191:17,21 192:18
**receive** 119:17,19,22 161:10 162:7,20 163:1 163:5,15 176:23
**received** 17:14 55:12 61:1 123:1 148:11,14
**receiver** 31:15 33:8
**receivership** 28:4,7
**receives** 17:11
**receiving** 61:4 162:15
**recognize** 99:24
**recollection** 23:20 26:7 45:3,11 69:23 73:7 182:4
**recommendations** 125:15
**record** 8:2,14 56:3 99:5 99:6,8,16,17,21 126:5 127:7 129:21 131:13 131:21,24 133:7,12,21 137:9 138:16,25 147:3 147:6,8 152:19,20,23 153:20 161:24 189:14 189:18
**recorded** 126:24 129:1,9

131:15 134:15 137:23
142:4 145:18 148:20
149:16 153:17 154:13
154:14 157:24 158:5
158:16 159:4,5 179:16
195:6
**recording** 126:11 138:7
179:1
**records** 137:4 148:25
**recurring** 57:18,22
**recycling** 101:17 105:9
115:16
**red** 51:6,10,19 60:8,10
**redone** 176:22
**reduced** 195:6
**reference** 34:4 192:3
**referred** 119:11
**referring** 98:19 134:6
150:15 159:3 184:16
186:17,18 187:8
**refresh** 45:10 182:3
**refurbishment** 20:18
**regard** 104:21 106:16
109:12 119:11 126:11
137:25 191:15 193:14
**regarding** 6:19 30:2
34:5 44:18 100:14
132:20 191:19,23
192:2,5
**regardless** 58:6
**regards** 29:20 105:3
106:6 108:18
**region** 10:10,14,15 11:7
**regional** 10:3,5,6,11
11:4,5,24 18:4,24
39:20 40:6,18,25 41:8
68:6 71:25 72:1,16,18
72:19 75:8 97:20,21
98:2 130:1 142:21
143:24 155:19 159:15
159:17,20 168:7
**regions** 11:3,4
**Registered** 1:18 195:3
**regroup** 152:12
**regular** 115:7 128:11
159:13,15
**regulations** 163:8
**rehired** 63:5 70:19 71:2
71:11 94:4 98:3
**reins** 79:1
**Reinstein** 2:11 5:13
**related** 32:22 164:18
**relationship** 17:23 62:1
78:18,23 80:13,20
81:10 83:7 85:13
86:22 158:17

**relationships** 61:7
**relative** 195:12,14
**release** 3:6 44:17 110:21
**reliable** 171:23
**Relief** 3:7 56:23
**remain** 87:23 98:1
**remainder** 37:25 40:11
76:23
**remained** 116:14
**remedial** 145:13 156:21
**remember** 10:22 11:3
16:2 28:22 29:2,9 30:5
32:15 34:6 38:3 39:5
54:11 60:21 81:19
84:22 85:7,11 124:23
125:10 155:14 162:22
192:13 193:24
**remote** 39:18
**remotely** 95:7 98:9
**remove** 116:3
**removed** 42:18
**rental** 102:11
**reorganized** 99:9
**repair** 20:18 164:18,23
169:3
**repairs** 114:9
**reparable** 147:17
**repeat** 46:21 133:10
134:23 158:1
**rephrase** 171:21
**replace** 110:23 113:19
**replaced** 72:24 73:4
94:22 170:17
**replacement** 150:16
**replacing** 116:20
**report** 3:16 13:24 17:6
20:10,21 72:8,16
75:20 79:4 80:12,19
81:3 82:1,9,17 83:20
84:1 86:16,18,21
88:12,14 90:20 91:9
91:10 97:22 109:24
114:1 115:3,20,20
117:1,19 125:11,14
126:2,4 127:1,7,23
128:17 129:1,17 130:5
130:8 135:1,2,13,20
136:1,19 141:23 142:5
142:14 143:9,14,16
144:3,15 145:23,24
146:8,14 153:3,10,18
154:7,13,15,16,21
155:9 157:11,16
158:12,16 159:5
178:13 179:1,17
**reported** 1:18 14:19,23

15:11 20:6 72:11,14
75:18 85:2 88:5,17
97:21 153:9 160:13
**reporter** 1:18 7:11 15:2
21:14 56:16 158:2
195:4
**reporting** 1:20 75:10,19
76:9,25 78:18 86:24
87:8,22 89:1 97:18,25
118:23
**reports** 12:6 17:12,18
20:13 75:21,22,23,24
75:24 78:22 79:18
81:8 82:2,3,23,25 83:2
83:5,6,13,13,17,25
84:10,13 85:23 87:6
88:6,8 89:14,18,22
90:4,24 115:4,5,5,8,10
115:25 117:19 131:20
132:20 143:7 148:12
154:11 155:6 159:8
**representative** 33:7,25
90:23
**represents** 5:10
**request** 2:18 117:24
132:15
**requested** 36:23
**require** 132:15 166:20
171:18 173:6
**required** 115:8 116:10
129:20 131:23 138:20
149:18 150:15
**requirement** 51:13
164:24 165:5,9 167:20
**requirements** 141:21
164:10,12,16 166:16
**requires** 133:1 151:14
163:14 172:12 173:2
**researched** 163:4
**resemble** 141:8
**resolve** 50:8
**resource** 67:18
**resources** 81:6 168:9,16
172:16
**respectively** 187:9
**respond** 134:13
**response** 110:13 151:8
**responsibilities** 106:7
115:1
**responsible** 27:10 152:2
**rest** 78:9
**restate** 6:5
**restructured** 43:1
**restructuring** 18:15
23:17 71:13 98:22
**result** 58:18

**retail** 49:19
**retained** 4:10 59:3,5
194:9
**return** 128:4 147:15,16
150:6 153:24 193:18
193:20
**returned** 154:3
**returning** 160:8
**revenue** 25:20
**review** 12:6 23:24 142:2
**reviewed** 13:22 17:15
24:7 184:4,9
**reviewing** 183:5
**reviews** 141:22
**revised** 103:18 105:18
**revision** 103:21 105:16
187:2,4
**revisions** 186:15
**re-sign** 60:16
**Richmond** 78:19 80:15
80:22 81:7 86:23
106:18 107:5 108:3
117:21 119:13
**Rick** 86:4
**rid** 41:4 53:6
**ride** 152:5
**right** 5:9 6:9,12 7:8,13
7:24 11:8,23,25 13:4
13:15 14:13 15:9 18:6
19:1,8,15 20:25 22:7
22:22,25 23:15 25:4,6
25:12,16,18 26:5 28:4
28:8,10,23 29:16
30:20 31:20 32:10,23
34:25 35:2,5 39:14
40:11,16 42:4 43:7
44:20 45:19 46:8,25
47:19 48:10 51:7,15
51:17,18,21 52:8
53:25 55:5,20 56:8
58:4,8 59:15 60:8,11
60:25 61:5,8,20 62:2
63:15,19 65:4 66:3,20
67:1,6,9 68:14,17 71:5
71:23 72:6 74:5,19
75:2,9,10,13 76:10,16
77:12 78:1,11 80:12
80:16 81:14 82:13,20
83:8,12 85:23 86:15
87:4 88:9 90:7,14
96:21 97:7 98:1,12
100:16 102:19,24
103:9 113:16 115:25
119:25 122:2 123:19
126:5 127:10,14 128:5
128:11,17 132:4,24

133:24 135:8 138:21
140:22,25 141:5,14
142:23 146:5,9,12,24
147:12 148:9 149:19
150:19,22 151:5 152:7
152:22 153:5 155:12
155:13 156:4 157:11
157:16 159:6 160:11
164:3,15 174:25 175:3
175:17 184:14 188:12
188:13 189:18 191:12
**right-hand** 67:4 103:18
**ripped** 151:23
**RMA** 115:4 153:23,24
**robbed** 151:21
**Robert** 94:24
**Robey** 16:1 73:2 85:22
85:24 88:10,11,12
**Robey's** 73:5
**rock** 152:7
**Roidt** 77:19 81:13 94:17
95:17
**role** 81:21 95:25
**roles** 106:6
**roll** 77:21 78:16 89:8,9
94:22 96:6
**rolled** 77:17 82:10
**rolls** 93:11 94:24
**room** 33:7,9,16,25 34:1
34:3 171:10
**rooms** 33:5,20
**Roper** 86:2
**Ross** 86:2
**rough** 172:24
**rounding** 84:1
**route** 17:15
**routine** 145:8
**RPR** 195:22
**RRP's** 13:22
**Rue** 92:2
**rule** 151:13,19
**rules** 5:21
**run** 29:3
**running** 78:3
**Ruth** 86:2
**R's** 183:5
**R-U-B-U-S** 92:3
**R-U-E** 92:4

**S**

**S** 2:1,17,17 3:1 4:1 80:4
80:8 84:15 85:15
**Sabo** 32:1 74:8
**safe** 171:2
**safety** 73:3
**salary** 123:1 160:12,15

160:17,18,19 161:6,11
161:19
**sale** 11:17 19:12,16,17
34:17,21 38:14,15,23
42:4 44:20 51:20 53:4
53:24 54:15 55:2,4,13
56:8,9 58:10 60:14
64:4 66:11,20 67:9,13
67:23 68:3,13,18,25
70:2 72:20 74:21 77:1
78:1 81:18 82:13,14
84:15,18 85:1 86:4
88:2 90:4 91:22,24
92:6 93:17,24 94:6
95:13,13,18 96:9,23
97:5,20 100:20 102:4
103:10,11 104:3
105:22 110:16,18
112:22 114:18 116:1,3
116:15,15,24 120:2
121:9,12,15 174:10,11
175:7,8 177:9,24
180:16 184:13 185:15
192:7,20
**sales** 16:20 27:2 29:21
32:7,14,20 34:5 43:6,8
43:13,14,15,16,18,19
43:22 45:15 47:16,16
47:17 58:25 77:19,19
78:8,8 81:23 82:3,7
88:23 89:4,6,8,9 90:16
94:20,23 95:11 96:3
114:22 120:1,18 121:8
192:10 193:17
**salespeople** 82:17
118:11
**salesperson** 86:2,5
**Salt** 6:20 85:18
**Sam** 77:7 86:7,9
**Samantha** 94:16
**sample** 3:17
**Sandy** 80:9,10,12 84:2
191:10,11
**SAR** 90:22
**sat** 31:18
**save** 183:17
**saw** 97:2 193:10
**saying** 34:7 141:12
150:23 182:8
**says** 25:6 45:1,17 52:4,4
66:15,22 67:5 103:6
103:17 104:8 130:11
137:19 147:7 158:21
164:8 169:6 178:17
182:7 184:20 187:5
**schedule** 16:7 17:5

106:21,23 107:1,5,9
108:20,21,25 109:4,8
134:7 135:17 156:19
**scheduled** 145:7,8
148:17 156:8,12,17
175:14
**scheduler** 17:3 108:23
143:12
**schedulers** 106:15 107:5
107:8 108:2,14 109:13
128:11 132:7
**schedules** 119:6
**scheduling** 106:16
107:22 108:19 112:16
119:8 156:8
**school** 166:1 167:13
**Scott** 40:1,2,19 41:4
87:10,17 89:5 97:19
**scrap** 142:1
**screw** 6:1
**screwdrivers** 110:7
**seal** 195:18
**Sean** 87:15
**searching** 110:21
**Sears** 1:14 5:2 8:3,4
30:20 57:2 59:9 76:8
103:1 114:12 153:3
186:23 187:14 189:19
190:17
**second** 15:25 103:16
164:7 182:9,21 184:17
190:24
**secrets** 57:10
**section** 117:22 125:17
153:18
**sections** 42:17
**secure** 25:8
**see** 11:10 56:25 65:15
66:22 70:9 71:16 87:3
87:19 89:1 92:5 94:17
150:23 172:23 183:8
185:13 186:3,3 188:14
188:25
**seeing** 125:3 149:23
151:6
**seen** 21:20 22:4 44:15
44:16 59:15 69:17
114:13 123:24 124:1,2
145:24 154:14 173:9
181:17 189:24 190:20
**selection** 42:22
**self-performing** 49:9
**sell** 26:23 28:25 47:14
48:18,21 118:11 120:6
120:18,19,21 121:2,4
121:9,11

**selling** 48:15,16 49:1
120:11,24
**Semantics** 70:19
**send** 17:16 143:20 144:2
176:2
**sending** 22:15
**senior** 167:3
**sense** 8:12,18 9:18 41:18
131:2 150:17 151:19
178:22
**sent** 22:12 29:11 105:11
143:5 146:14 153:4
176:9,11,16
**sentence** 185:19
**separate** 33:5,20 131:6
**series** 160:3
**servers** 113:7
**service** 3:12,16 10:19
11:1,2,16 13:8,23
16:25 17:11,13,18
18:21,22,23 19:19,21
19:22 20:4 39:21,22
40:19 41:5,10,23
43:14 47:18 48:11,16
49:10 50:9 57:25 64:1
68:10 71:6,22,22 72:7
72:8,13 73:15,17,20
73:23 74:8,10,11,17
75:9 84:17 86:25 87:8
89:6 90:16 97:15,22
100:2,5,15,23 101:11
101:14 105:4,7 110:22
111:3,8,19,20 112:6,9
114:1,3 115:3,19,20
117:1 118:13 120:22
121:5 122:10 125:11
126:1,4,25 127:7,13
127:23 128:16 129:1
129:25 130:5,8 131:18
131:20 132:20 135:1,2
135:13,20 136:1,7,19
139:13 141:22 142:5
142:13 144:14,15
145:13,22,24 146:7,14
148:11 150:1 153:3,9
153:10,18 154:13,15
155:5 157:10,11,16
158:12,15 159:5,8
165:15,18 166:13
168:5,6 170:22 178:13
178:25 179:17 183:2
183:15 184:4,7 188:10
**services** 10:25 11:21
17:6,10,11,24 18:23
20:3,7,13,18 47:24
48:1,4,9 49:6,25 53:20

54:3,5 61:4 85:2 91:17
105:20 116:19 120:19
120:19 121:11,14
174:14
**servicing** 10:9 46:15,18
46:24 47:4,8 49:13
112:4 164:21
**sessions** 149:9
**set** 49:23,25 102:9 110:6
143:7 183:6 195:17
**seven** 152:17
**Shane** 96:8
**Shannon** 86:7
**shed** 54:9
**sheet** 115:4 141:23
**sheets** 115:11,22 116:6
**ship** 139:1,8,11
**shipped** 141:6 154:2
**shipping** 138:23
**shirt** 51:6,11,12,14
60:10
**shirts** 51:20,23 60:8
**short** 38:22 56:2 85:3,4
99:18 105:8 152:21,23
189:15,19
**shortly** 36:18
**shot** 172:12
**show** 96:8 136:3 181:1
**showed** 37:15 125:1
**shows** 170:3
**sic** 85:15
**side** 96:21 110:20
**sign** 37:1,2,23 59:18,25
61:10,14 118:5 176:4
**signature** 59:12 191:2,3
**signed** 58:10 115:17
**significant** 64:24,25
**significantly** 106:16
**signing** 85:13
**sign-off** 118:2
**similar** 41:21 65:25
78:12,14 114:15
181:18
**similarities** 181:10
**Single** 6:20
**sit** 193:18
**site** 66:2,16 116:8,9
126:17 127:17 134:8
134:12 135:4,5,6,8
136:20 137:1,12,13,15
137:16,24 139:4,10,18
139:21 140:13,16
141:6 142:14 143:21
144:3 146:4,12 147:12
148:17 150:19 151:5
153:21 158:17 160:9

170:2
**situations** 12:10
**six** 167:15
**sixth** 50:11
**skeletons** 36:10
**skills** 164:8
**slide** 30:2,4,5 32:2
158:21 192:11 193:11
**slightly** 48:12
**Slippery** 45:8
**small** 178:4
**smaller** 41:25
**soda** 123:20
**software** 17:13 108:10
108:12 110:11,17,22
111:5,8,9 112:3,4,17
115:19,21 124:9 155:7
**Solicit** 57:14
**soliciting** 62:22 63:10,13
**solution** 110:22
**Solutions** 50:9 52:13
66:17,23 74:9 78:19
81:7 86:11,23 106:17
107:17 108:6 110:24
111:15 113:5 117:21
119:23 184:2,23 185:7
185:22
**somebody** 15:11 35:24
41:2,19 51:3 81:20
87:20 90:10 106:23,23
168:11,12
**soon** 49:9
**sorry** 24:4 46:21 68:23
70:13 120:17 123:18
134:19 157:12 158:1
187:10
**sort** 191:19
**sound** 6:9 25:7
**sounds** 24:6 34:25 50:12
61:6 141:15 180:11
182:5
**South** 2:7
**space** 126:4
**spaces** 49:19
**speak** 7:8 107:23 108:16
128:22 129:25 130:12
**Speaking** 50:16
**speaks** 44:21
**specialized** 111:16
112:11
**specific** 29:8 98:18
111:17 114:3,4 116:8
118:25 129:3,16
133:22 144:7 145:21
165:6 166:21 168:17
170:14,15 177:17,25

**specifically** 32:8 101:3
111:23 131:16 136:13
143:21 146:1 191:14
194:3
**spectacular** 171:9
**spell** 8:1 15:3 131:3
148:4 182:6
**spelled** 139:3 145:20
147:5,9 148:3,20
**spend** 133:12 144:18
159:20,23 161:24
**spending** 151:20
**spends** 135:16
**spent** 145:22 153:20
**split** 23:7,8,11
**spoke** 106:3 109:11
148:25 149:5
**spoken** 148:21
**spot** 145:18
**ss** 195:1
**staff** 39:16 43:6 114:22
120:18
**staffing** 29:21
**staffs** 43:13
**stamped** 21:24 30:22
56:21 59:10 65:20
69:16 76:6 99:23
103:1 125:25 184:18
187:14 188:18
**stand** 140:2
**standard** 61:16 183:6
**Standards** 163:4,9
**standing** 145:3
**standpoint** 75:5
**stands** 17:4 153:24
**start** 8:6 51:15 123:7
126:16 131:19 177:3
**started** 9:3,24 122:15
124:5 126:20 137:3
154:20 175:12
**starter** 116:21
**starts** 127:8 137:13
138:1 184:18
**start-up** 112:1
**start-ups** 111:14,21,23
**state** 8:1 10:9 151:25
166:18 195:1,4,23
**statement** 25:17 36:4
150:12
**states** 1:1 10:7 46:4 60:6
70:18 131:12 139:21
181:24
**stating** 37:23
**status** 17:13 171:3
**stayed** 56:12
**stealing** 151:1

**step** 18:24
**Stephanie** 84:16
**steps** 20:9
**stereos** 165:1
**Steve** 15:21 23:6 30:14
75:20 85:16 88:15
**stocking** 28:18
**stockpile** 140:21
**stole** 63:4
**stop** 127:9 188:3
**stopped** 27:14
**store** 138:13 139:1
**stores** 49:20
**STRAM** 95:25
**strategic** 73:19 89:12
90:23 95:3,6 96:5
**strategies** 29:22 49:11
108:18
**strategy** 108:19,21
156:19
**street** 1:15 2:3,7 8:5
151:24 195:9
**strengths** 29:22
**strike** 31:3 55:1,3 62:8
69:10 71:7 104:1
108:10 110:15 114:16
119:3,16,18 122:4
124:4 128:2 131:4
132:2 133:5,24 147:22
154:24 159:14 161:22
167:17 168:11 170:20
**string** 170:6
**stringent** 120:5
**striping** 121:4
**strong** 42:13
**stronger** 41:11
**structure** 74:20 75:10
76:9,25 78:12 87:22
89:1 92:9,14,17 93:7
93:15,22 94:13 96:16
96:17 97:18 98:1,3,5
98:13 106:3 118:23
124:18 180:16
**Structure-wise** 106:2
**stuck** 30:6
**study** 179:7
**stuff** 106:9 110:9 113:7
113:12,16,22 116:14
151:1
**stuff's** 118:6,8
**Sub** 91:11
**subcontract** 89:10
**subcontracting** 91:16
**subcontractor** 91:14
**subcontractors** 91:9,13
91:17

**subject** 16:5
**subjective** 171:12
**subjectivity** 170:19,23
**submit** 144:15
**subsequently** 72:24
**subsidiary** 66:17
**substantial** 188:22
    189:1
**substantially** 185:15
**subtle** 117:16
**sued** 62:21
**suing** 62:21
**Suite** 2:7
**suits** 32:23
**summary** 3:4 118:19,25
    154:22
**sums** 115:9
**supervise** 108:17
**supervisor** 90:14,19
    98:13
**supervisory** 39:16 74:20
    75:5 87:22 92:8
    180:16
**supplies** 41:23 139:9
**support** 13:18 16:21
    17:3,16 18:1 20:4,15
    88:8,12,14 90:4
    128:23 129:22 144:13
    144:17 158:23,25
    179:2
**supposed** 51:3 154:7
**suppression** 47:9 48:1
**sure** 5:21 14:14,16
    16:10 23:8,11 24:21
    27:6 28:5 32:24 34:2
    35:15 36:15 37:7 43:4
    47:16 51:5,15 52:20
    55:17,22 57:5 58:24
    60:15 61:9,21 62:19
    64:1,10 67:17 70:8
    78:7 81:8 87:14 90:2
    91:7,23 94:5,7 103:11
    105:19 106:9,19,24
    107:12,20 113:6,11
    120:9,10 121:7 122:11
    127:3,6,25 134:3,20
    134:22 143:20 145:17
    146:10,21 148:13
    160:14 164:15 167:18
    172:22 178:22 185:1
    187:22 189:8 193:1
**surrounding** 32:6
**surroundings** 151:25
**surveyed** 179:15
**suspect** 167:1,11
**swapped** 98:5

**swept** 23:9
**switch** 108:6
**switched** 107:3 110:16
**sworn** 5:3
**system** 107:13,15,17
    109:3 110:25 124:5,9
    143:7 148:23 166:14
**systems** 50:7 106:19
    107:3,14 108:10,13
    110:11,17 111:5
    119:12 164:21 165:3,7
    166:10
**SyteLine** 107:18,19,25
    110:21,23 111:4,6
**S-E-A-R-S** 8:3
**S-Y-T-E-L-I-N-E**
    107:20
**S.C** 1:15 195:9
**S.R** 1:10 11:17 22:18
    23:7 24:4 25:16 52:7
    76:14,20 180:3

---

**T**

**T** 2:17 3:1 4:1 5:5 33:19
    78:20 89:8 93:9 102:6
**table** 7:23,24 48:25 49:8
**tag** 154:6,9,10
**take** 11:12 12:7 13:21
    21:10,21 30:17,21
    37:2 55:24 59:9 73:2
    77:15 88:19 97:1 99:1
    101:17,25 114:25
    123:23 128:25 131:4
    139:24 141:25 142:12
    151:14 152:11 156:10
    158:19 163:18 164:7
    169:2 178:17 180:6
    186:10 187:13 189:7
    189:12 190:11,24
**taken** 1:15 56:2 57:9
    99:18 151:3 152:21
    189:15 195:9
**takes** 130:4 133:3
    134:13 135:25 138:7
    138:12,25 153:10
**talk** 7:8,9 52:24 123:12
    125:20 126:19 128:1
    128:10 140:17 147:21
    193:3
**talked** 5:22 75:8 92:16
**talking** 9:21 25:3,22
    32:8 59:17 75:10
    126:6 127:24 129:15
    130:14 133:14 135:16
    135:19 155:24 156:5,7
    158:24 173:12 175:11

178:25
**talks** 192:12
**Tanya** 90:1
**task** 171:2
**tasks** 126:23 127:12
    148:19 149:15 160:3
    160:10,13
**team** 10:7 11:2 16:8
    17:16 91:5 94:20
**tech** 17:15 106:17
    128:23 129:22 144:5
    158:22,25 179:2
**technical** 13:18 20:4,15
    88:8,11,14
**techs** 132:7
**Teed** 1:5 5:10 29:24
    31:24 32:4,23 33:1
    155:10 188:18 191:15
    191:17 192:8 193:7
**TEED000273** 4:6
**TEED000274** 3:10
    69:16
**TEED000275** 3:9 65:20
**TEED000276** 4:3
**TEED000277** 187:3
**TEED000279** 185:6
**TEED000283** 3:4 30:22
**TEED000287** 158:20
**TEED000307** 59:10
**TEED000308** 3:6 44:13
**TEED000309** 3:3 21:24
**TEED000310** 4:5
    187:14
**TEED000311** 3:18
**TEED000312** 4:4
**TEED000313** 187:3
**TEED000316** 3:17
**TEED000336** 4:7 190:1
**TEED000338** 4:8
    190:14
**TEED403** 190:25
**telephone** 130:13
**tell** 7:15 25:20 37:18
    42:22,23 51:9 55:17
    64:3 76:13 94:5
    105:15 108:17 111:17
    114:16 117:16 125:11
    142:8 158:12 159:12
    170:1 176:14
**telling** 150:24
**tendency** 144:17
**term** 150:17 160:22
    192:17
**terms** 4:3,4 66:15 175:6
    175:10 183:2,4,6,12
    183:13,15 184:3,7,11

184:21,25 185:24
    186:13,25
**terribly** 32:13
**test** 111:16 112:11 113:3
    152:2
**testified** 5:4 45:14
    109:19 118:22
**testimony** 45:18 64:17
    64:22
**testing** 113:24,25 170:14
    170:15
**tests** 111:24
**Thank** 47:4 50:19 55:23
    120:18
**Thanks** 5:15 56:17
**theirs** 33:13,22
**they'd** 17:5
**thing** 16:20 29:5 30:6
    35:11 41:8 48:5 71:1
    139:15 154:10 171:13
**things** 36:14 38:18 43:4
    99:9 116:10 117:16
    118:13,21 136:1
    138:19,20 149:4,17,20
    170:10 171:4 183:9,11
**think** 6:18 10:15 19:12
    20:23 31:17 36:17,17
    40:4 45:14 46:3,5
    65:14 66:8 70:4,25
    80:23 81:13 84:9 85:8
    87:20 95:4,16 106:23
    107:5 115:8 117:6
    125:8 129:13 150:11
    161:21 164:12 176:16
    178:4 186:7 189:6
**thinking** 95:16
**third** 3:7 28:19 33:20
    48:4 56:22 114:8
**third-party** 167:15
**Thomas** 2:9 9:1,17 14:8
    19:13 28:18,23 29:8
    31:22 32:25 33:24,25
    35:4,8 36:21 41:10,21
    42:24 44:17 48:24
    49:1,7,18 52:13 59:23
    63:2 66:11,16,18,22
    66:25 67:8,11 71:11
    74:9 80:24 86:11
    101:12,21 104:5 106:5
    112:7 116:5 117:10
    120:14 175:25 177:15
    181:24 182:16 184:2
    184:22 185:6,21
    190:18 191:6 193:6,14
**thought** 128:8 165:13
    183:16

**thousand** 25:23
**three** 8:22 28:16,17
  32:17 43:8,13,21
  71:22 72:7 73:20,23
  89:4 90:17,20 91:22
  95:2,8,11,22 97:20,21
  102:1,12 138:19 144:4
  144:5,19 176:17,18
  183:9,11,23 185:14
**time** 14:2 18:2,4 27:13
  31:17 34:17,20 40:3
  43:14 44:5 47:16
  49:13 57:18,21 71:3
  76:14 85:12 92:6
  95:13,14 97:9 99:11
  103:13 108:13 115:4
  115:20,21 122:9,10
  125:15 126:11,16,17
  126:17,18 127:9
  128:15 129:18,21,22
  130:12 131:7 133:3,12
  133:20 134:12 135:3,7
  135:15,20,25 136:18
  136:21 137:4,9,19,23
  138:7,11,16,25 141:16
  141:19,20 142:4,15
  144:9,18 145:16,22
  148:25 149:2 153:9,13
  153:15,17,20 154:20
  156:22 158:17,25,25
  159:20 161:24 165:17
  171:7 172:8 179:2,4
  183:1,5,12,17 185:19
  186:13,25 192:9
**timeframe** 13:7 68:24
  73:11 122:12 143:18
  172:5
**times** 27:15 37:9 102:11
  126:7 127:7,14 128:25
  130:4 133:7,22 149:4
  157:22 158:2
**title** 19:18 20:23 37:19
  78:24 81:22 83:3
  164:4
**toasters** 164:25
**today** 5:13 7:16 21:10
  60:11 95:9 143:11
  159:2 181:9,11
**Todd** 94:20
**told** 33:11 133:19,23
  139:23 144:21 170:6
  170:11
**Toll** 1:22
**Tom** 77:12 81:3 84:6
  86:2 92:20 122:24
  125:9 149:13 162:4

**tool** 150:13,13,17 155:7
**tools** 112:5 138:8 150:10
  150:19,21,22 151:2,15
  152:2 160:6 169:19
**top** 24:18 67:4 160:19
  161:7 184:20
**tow** 154:10
**town** 35:10
**track** 124:6,11 160:6
**tracking** 154:20 159:21
**trade** 57:9
**training** 13:19 15:9,11
  15:14,17,18,19,21,25
  16:1,4,13,16,19,22,23
  17:1 20:4,13 73:3
  85:15,21,23 149:9,11
  162:2 167:3 168:24,25
**transcript** 2:22 4:11 5:1
**transport** 101:15
**transportation** 101:4
  104:22 105:9 121:16
  121:17 171:24 173:2
**transporting** 101:11,13
  101:23
**travel** 102:6,7,9,13,15
  102:16 104:23 105:9
  126:18 137:20,21
  138:1 139:7,10
**traveling** 192:6
**tree** 3:11 87:2
**truck** 188:10
**true** 25:17 178:24
**truth** 7:16
**try** 7:9,12 9:24 51:17
  59:18 60:16 121:3
  183:17
**trying** 7:11 28:22,24
  50:7 106:12 109:3
  119:1 125:6 156:11,16
  166:15
**Tuesday** 14:16
**turned** 143:17
**turning** 143:2
**turns** 33:18 110:25
**twice** 132:4,16
**twist** 48:12,14
**two** 8:23 11:14 50:6
  55:12 58:18 72:4
  74:15,16 84:24 87:19
  90:17,20 95:21 102:1
  104:20 106:19 107:3
  107:14 108:9,12 111:2
  111:4 127:14 129:4
  142:10,12,15 146:22
  152:14,16 164:20,22
  167:5 179:11 182:24

  183:25 185:20 186:21
  189:1
**two-and-a-half** 11:10
  13:9 144:20
**two-year** 164:17
**Ty** 16:1 73:2,5 85:22,24
  88:10,11,12
**type** 46:5 104:6 120:19
  156:21
**types** 115:2 146:11

_____

         **U**

**U** 2:17
**Uhalt** 94:17 95:20
**Uh-huh** 6:11 74:4
  102:17 103:20 129:23
  177:6
**ultimately** 17:16 28:2,7
  35:4
**unaware** 117:18
**uncertainty** 36:3
**underneath** 52:2 77:16
  191:3
**understand** 5:25 6:2 7:3
  22:20 46:12 53:10
  62:5 67:10 127:4
  129:11 146:10 160:23
**understanding** 12:21,24
  13:1 28:6 43:3 44:23
  121:24 138:3 140:9
  149:24 186:23
**unfair** 57:16
**unfortunately** 5:17
  56:21
**uniform** 51:10
**uninterruptible** 41:23
  166:10,14
**unit** 114:3 116:8,9 145:4
  169:13 170:25 171:1,5
  171:8,9
**UNITED** 1:1
**units** 48:2
**universal** 67:18
**unreported** 158:22
**upcoming** 44:19
**updated** 105:6
**UPS** 3:15 16:19 96:12
  139:1 146:20 164:21
  165:3,7,24 169:3
  187:20
**UPS's** 167:9
**URL** 67:19,22 187:23
  187:24
**use** 67:11 91:17 102:6
  102:12,13 110:3,12,23
  110:24 111:11,20

  112:1,21,23 113:15
  115:6 124:5,10,14
  145:12 149:6,10
  153:25 192:17
**uses** 67:8 107:15,17
  111:16 112:10,21
  121:20 169:19
**usual** 35:19,23 38:7
**usually** 115:23 144:16
**Utah** 85:18
**utilization** 108:20,22
  109:5 154:16,21,25
  155:8,20,24 156:6,8
  156:12,24
**utilized** 155:8

_____

         **V**

**vacuum** 170:25 171:11
**vacuuming** 171:5
**Vaguely** 29:3
**values** 61:7,19
**variety** 118:23
**various** 16:20 155:4
  193:18
**varying** 32:17
**vehicle** 125:14 172:19
**vehicles** 113:21 171:15
  173:4
**verbal** 151:18
**verbiage** 46:5
**VERITEXT** 1:20
**Verona** 29:13 39:9
  42:16 43:17 65:3 73:2
  98:10 107:8 108:3
  192:10
**version** 186:24
**Vice** 81:6
**vice-president** 13:13
  19:24 53:22
**view** 60:23 106:13 118:9
**visibility** 180:6
**visit** 130:21 136:20
  137:24 139:5 140:25
  142:14 153:21 158:17
  193:18,20
**visited** 12:18
**visits** 137:1
**Viswas** 35:10
**Voice** 1:21
**Voss** 2:7 5:21 8:8,12,17
  15:5 21:3 26:11,17
  34:11 35:21 38:8,16
  46:11 53:8 55:24 56:5
  61:12 62:4,17,24 63:1
  64:16,21 67:14 70:13
  74:22 77:22 79:9 87:5

91:11 97:10 98:17
99:3,5,10,13 100:7,24
103:5 104:13 105:2,23
109:6,16,18 112:23
117:4,14 118:16,22
119:7 120:3 122:3
127:2,15 128:12,18
129:2,8 130:6,14
132:11 133:9,14 134:2
134:16 136:6,11 140:6
142:6 147:24 152:14
152:17,25 158:14
163:20,24 167:21
176:5 179:23 180:10
180:23 181:1,21
184:15,19,22 185:3,6
185:10,12,16 186:16
186:20 187:8 188:7,24
189:9,13 193:8 194:7
**VP** 13:15,17 14:4,18
15:13 17:7,22 19:3
26:8 43:25
**vs** 1:8

---

**W**

**Wait** 72:23 73:9
**wakes** 134:9
**Walker** 77:20 81:24
82:9 94:24
**want** 5:20 8:24 21:14
51:16 79:13 93:20
99:1,8 121:7 148:16
149:22 180:23 183:20
**wanted** 37:22 43:1
155:20 156:11 158:10
**wanting** 162:19,21
**wants** 132:12
**Ward** 77:12 81:3 84:6
92:20 122:23,24 125:9
149:13
**warehouse** 13:19 20:23
86:25 87:9
**Washburn** 82:4,5,18,25
83:16 88:21 91:1 96:6
**Washburn's** 94:23
**wasn't** 11:19 34:7 36:25
44:7 53:13 124:24,25
165:16 174:8,9
**water** 50:17 55:21
**way** 60:6 76:2 78:10
106:13 107:1,9 108:15
109:1,8,14 114:5,7
116:16,19,22 117:7,11
117:11 119:5 120:1
140:7 151:17 152:5
153:25 154:25 155:2

---

161:4
**ways** 118:18
**weakest** 41:6,9,17
**weaknesses** 29:22
**wearing** 51:6,19 60:11
**web** 67:14,16
**website** 65:10,24 66:1,5
66:14 67:1,12 187:15
187:21
**week** 35:1,20 37:20 38:2
38:3 108:4 157:4
158:11 159:23 179:3
**weekly** 24:11 68:21
**weeks** 37:20 38:4 85:11
98:16
**went** 18:22 22:6 27:13
32:9 33:13 37:9 53:3
60:13 71:21 72:3,23
75:2 102:14 125:2
149:15 174:23 175:9
187:25
**weren't** 12:9 70:19 71:2
71:11 94:4 174:1
**Western** 1:2 56:24
**we'll** 9:7,15,15,17,24
31:2 99:15 189:11
**we're** 5:22
**we've** 5:17,18 7:12
**whereof** 195:17
**white** 51:8 185:23
**wholly** 66:17
**WI** 2:3
**wide** 118:22
**wife** 55:11
**window** 152:8
**Windows** 152:6
**Wingert** 94:16
**winners** 176:18
**wipe** 170:24 171:11
**Wisconsin** 1:2,16 8:5
56:25 65:3 73:2
163:11 195:1,5,10,19
195:23
**witness** 5:2 7:5 8:21
15:4,6 21:4,23 26:13
26:19 30:19 34:13
35:22 38:9,17 46:14
53:12 56:6 61:15 62:5
62:18 63:2 64:23
67:18 70:18 74:23
77:23 87:10 88:20
91:14 98:18 100:8
101:1 103:6 104:14
105:3,24 109:7,22
113:1 117:5,15 119:10
120:4,15 122:7 123:16

---

127:3,16,19 128:13,20
129:13 130:7,17
132:14 133:10,17
134:3,17,19,22 136:14
140:7 142:7 148:2
158:6,15 163:22
167:25 176:7 179:24
180:11 183:20 185:1
185:18 186:12,20
187:10 188:9,25 189:5
190:13 191:1 193:5,10
195:17
**Wolfram** 96:8
**won** 35:4
**wonderful** 139:15
**worded** 60:6
**wording** 191:20
**words** 6:1 30:5 66:1
143:10
**wore** 51:20
**work** 11:23 12:22 17:5
36:20 50:4 53:3,3 63:6
63:9 68:4,6,10,12,15
70:16 71:14 72:23
83:19 95:6,7 98:9,10
100:6 106:14,17,22
108:23,24,25 118:3
124:7 126:15 132:21
135:6 145:13 146:3
148:12 154:22 156:9
156:21 160:1,9 167:20
168:13,18 175:15,16
179:5 182:24 183:18
184:8 190:6
**worked** 12:11 16:4,8
18:1 39:8,11 42:15
124:12 126:7 137:5
143:24 146:21 157:23
158:3,11,13 167:14,15
**workhorse** 97:13
**working** 8:6 11:15 18:17
37:16 50:6 74:17
92:22 94:19 97:17
106:4 110:18 116:20
127:17 137:13,14
151:11 156:17 157:14
167:9 174:24 175:2,6
175:9 179:16
**workload** 156:20
**works** 36:11 49:11 70:7
83:13,16 96:14 136:22
179:3
**workweek** 160:21,24
161:3
**worried** 178:7
**worry** 30:9,12 192:16

---

192:21
**worth** 172:12
**wouldn't** 13:20 43:23
135:23 142:25 148:16
149:22 157:24 158:5
192:15,21 193:3
**wrenches** 110:6
**write** 149:6
**writing** 31:10 195:6
**written** 144:10,11
149:23 151:6 178:15
**wrong** 43:3 146:19
**www.jtpackard.com** 3:9
65:11 67:5,8,20
187:24 188:1

---

**X**

**X** 2:13 3:1 4:1 5:5

---

**Y**

**year** 6:18 10:13 14:11
16:7 24:20 25:3 26:10
26:16 37:25 146:22
164:22 168:12 175:11
**years** 11:11 13:9 144:20
144:20 155:12 164:20
167:5,15,16 182:25
185:25
**Year-end** 24:24
**yesterday** 69:5

---

**$**

**$10** 25:24 50:9
**$2** 179:21
**$22** 44:24
**$28** 45:6
**$5** 25:24 26:2 180:8
**$60** 25:21 45:15 50:10

---

**0**

**00001055** 3:15
**000273** 188:18
**08** 105:17,18 187:7
**09** 3:4

---

**1**

**1** 3:3 21:15,16,18,22
22:2 25:6 164:13
**1st** 175:12,13
**1-800-972-9778** 67:25
**1/20/10** 3:6
**1/29/10** 187:2
**10** 3:14 70:10 72:3
102:21,22,25 104:12
118:17 187:6
**100** 91:23 193:1

---

**101** 16:19
**102** 3:14
**103** 69:9
**1056** 114:13
**106** 121:22
**11** 3:15 72:3,4,5,18
  114:10,12,25 163:22
  163:23 169:4 181:3
**11th** 1:15 2:3 195:9
**11:35** 97:10
**114** 3:15
**115** 69:5
**12** 3:16 125:22,25
**12/29/08** 187:5
**120** 69:1
**125** 3:16
**13** 3:17 172:25
**130** 69:1
**1300** 2:7
**14** 3:18 115:2 181:15
**140** 68:23
**1481** 103:16
**15** 4:3 10:8 27:6 69:24
  70:6,11,13,14 118:17
  128:4,9 167:16 183:19
  186:19,24 187:8
**150** 68:23
**1544** 103:1
**16** 4:4 186:8,10,11,17,17
  186:18,25 187:9
  188:13
**17** 4:5 187:11,13 189:3
**172** 3:17
**18** 4:6 188:15,17 189:4
**181** 3:18
**1823** 136:10,11
**183** 4:3
**1835** 136:13
**186** 4:4
**1863** 99:23
**187** 4:5
**188** 4:6
**189** 4:7,8
**19** 4:7 34:23 40:14 41:15
  42:9 66:4,6 70:21
  115:24 189:16,24
**19th** 66:11

**2**

**2** 3:4 30:15,17,21 123:23
  158:20
**2/11/2013** 195:23
**2/22/10** 3:8
**2:00** 99:14
**20** 4:8 27:6 44:18 159:11
  189:16 190:12,14

**200** 68:22
**2003** 9:5,25
**2004** 10:20 165:20
**2005** 121:25 172:10
**2006** 11:12 13:3,6 26:16
  165:20
**2007** 11:12 103:19,22
**2008** 6:18 26:6 188:13
**2009** 21:1 22:18 23:19
  23:22,25 24:15 25:1,9
  25:19 26:3,24 28:2
  45:15 122:1,13,15,18
  122:25 124:6 137:2
  148:24 154:19 155:1
  161:8,12,20 162:5,14
  175:12 179:20,24
  180:9
**2010** 1:16 44:18 45:12
  66:4,6,13 69:22
  175:13,15 188:4
  195:10,19
**21** 3:3 39:10,11 42:16
  43:17
**224-0000** 2:4
**24** 143:8,9,14,16 159:9
  178:13,16
**250** 68:22
**26** 19:14 35:3 45:11
  64:12 181:23 182:1
**26th** 14:10,13 174:11
  176:13 182:8 188:4
**27** 19:14 53:3 64:12
  174:25 175:14 184:18
**27th** 38:6 53:17 54:16
  56:9 58:11 98:15
  174:15
**275** 65:3
**279** 184:18,19
**28** 175:15
**29** 1:16 195:10
**29th** 195:19

**3**

**3** 3:6 44:10 50:20
**3:08-CV-303** 1:8
**3:10-CV-00213** 56:24
**30** 3:4 70:10
**300** 69:25 70:2,10
**306** 30:22
**31st** 25:4
**313-7605** 2:8
**337** 190:1
**347-1166** 1:21
**347-5599** 1:21
**372** 8:5

**4**

**4** 3:7 56:16,18,19
**4:57** 1:17 195:11
**40** 157:6,7
**400** 114:3
**404** 190:15
**414** 1:21,21 2:4
**42** 39:7,8 70:12
**439** 76:20,24
**44** 3:6
**441** 84:14
**444** 88:19
**446** 92:8 93:21
**447** 87:10,23 92:16,17
**448** 92:20
**449** 93:9
**450** 93:12
**451** 94:8
**452** 76:7 96:16
**472-0445** 1:22
**48** 131:1,10 178:16

**5**

**5** 2:15 3:8 59:7,10 70:11
  128:8,9
**50** 60:5
**53233** 2:3
**53593** 65:3
**55110** 2:8
**56** 3:7
**59** 3:8

**6**

**6** 3:9 65:17,20
**612** 2:8
**65** 3:9
**6785** 126:1
**69** 3:10

**7**

**7** 3:10 69:13,16 136:14
  136:17,23 137:6,8
  138:6,15,24 145:19
  147:4 148:21 149:17
**70** 108:20 156:6
**76** 3:11

**8**

**8** 3:11 76:3,6,20
**8th** 2:7
**80** 2:7 108:22 156:7,17
  156:20,25 157:1,3
**800** 1:22
**845** 1:15 2:3 195:9

**9**

**9** 3:12 69:21 99:19,22
  100:13 105:4,13 136:9
**9:00** 1:17 195:11
**99** 3:13