IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRIAN TEED,

                ORDER

      Plaintiff,

                08-cv-303-bbc

  v.

J.T. PACKARD & ASSOCIATES, INC.
and S.R. BRAY CORP.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARCUS CLAY,

                ORDER

      Plaintiff,

                09-cv-313-bbc

  v.

J.T. PACKARD & ASSOCIATES, INC.
and S.R. BRAY CORP.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

It has come to my attention that the briefing schedule for plaintiffs' motion to substitute a party under Fed. R. Civ. P. 25 does not include an opportunity for filing a reply

1

brief. Because the brief in opposition raises a number of arguments that plaintiffs did not anticipate in their brief-in-chief, I will give plaintiffs a short time to respond to those arguments.

ORDER

IT IS ORDERED that plaintiffs Brian Teed and Marcus Clay may have until September 22, 2010 to file a reply brief in support of their motion to substitute a party.

Entered this 15th day of September, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2