AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | |
|---|---|
| Brian Teed, on behalf of himself and all others similarly situated<br>*Plaintiff*<br>v.<br>JT Packard & Associates, Inc., S.R. Bray Corp., and Thomas & Betts Power Solutions, LLC<br>*Defendant* | Civil Action No. 3:08-cv-303 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thomas & Betts Power Solutions, LLC
c/o C T CORPORATION SYSTEM
8040 EXCELSIOR DR STE 200
MADISON , WI 53717

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Larry A. Johnson
Cross Law Firm, S.C.
505 Arcadian Ave.
Waukesha, WI 53186

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 11/23/2010                    / Vivian Balderas, Deputy Clerk
                                              *Signature of Clerk or Deputy Clerk*