UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRIAN TEED, et al., | Case No. 3:08-cv-303 bbc |
| Plaintiff, | |
| vs. | |
| JT PACKARD & ASSOCIATES, | **NOTICE OF APPEARANCE OF ANDREW J. VOSS** |
| and | |
| S.R. BRAY CORP., | |
| Defendants. | |

The undersigned attorney hereby enters an appearance of behalf of Thomas & Betts Power Solutions, LLC., in the above captioned case.

Dated this 2nd day of December, 2010.

*s/ Andrew J. Voss*
Andrew J. Voss  (SBN: 0241556)
avoss@littler.com
Noah G. Lipschultz  (SBN: 0387308)
nlipschultz@littler.com
**LITTLER MENDELSON, P.C.**
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
Telephone: 612.630.1000
Facsimile:  612.630.9626

**ATTORNEYS FOR DEFENDANT THOMAS & BETTS POWER SOLUTIONS, L.L.C.**

FIRMWIDE:98949485.1 052857.1006