## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN TEED, on behalf of himself
   and all others similarly situated,

                                                    08-cv-303-bbc

               Plaintiff,

   v.

THOMAS & BETTS POWER SOLUTIONS, LLC
   a domestic corporation, *et al.*

               Defendant,

MARCUS CLAY, on behalf of himself
   and all others similarly situated,

                                                    09-cv-313-bbc

               Plaintiff,

   v.

THOMAS & BETTS POWER SOLUTIONS, LLC
   a domestic corporation, *et al.*

               Defendant,

## ORDER

The Court has received and reviewed the parties' Joint Stipulation regarding consolidating the above-captioned actions, pursuant to Fed. R. Civ. P. 42(a), for good cause appearing,

**IT IS HEREBY ORDERED** that:

The parties' Joint Stipulation consolidating the above-captioned actions is accepted in all regards and is hereby GRANTED. The cases captioned above are hereby consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a). Every pleading filed in the consolidated action shall bear the

following caption: *Brian Teed and Marcus Clay, on behalf of themselves and all others similarly situated, v. Thomas & Betts Power Solutions, LLC.* and filed in case number 08-cv-303-bcc.

Entered this __7th__ day of February, 2011.

BY THE COURT

*Barbara B Crabb*

BARBARA B. CRABB

District Judge