IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRIAN TEED,

                                                                   ORDER

            Plaintiff,

                                                                     08-cv-303-bbc

      v.

J.T. PACKARD & ASSOCIATES, INC.
and S.R. BRAY CORP.,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARCUS CLAY,

                                                                   ORDER

            Plaintiff,

                                                                     09-cv-313-bbc

      v.

J.T. PACKARD & ASSOCIATES, INC.
and S.R. BRAY CORP.,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      At a status hearing held by telephone on March 30, 2012, counsel for the parties advised the court that they had reached a settlement as to all but four of the plaintiffs.

1

Twenty-five of the 29 plaintiffs are accepting offers of judgment; the remaining four plaintiffs have not responded to plaintiffs' counsel's efforts to consult with them about the proposed settlement of the case.

Plaintiffs' counsel proposes to move for leave to withdraw as counsel for the four non-responsive plaintiffs no later than April 6, 2012. By the same date, defendant's counsel will file a motion to dismiss the case against the same plaintiffs.

Once the motions have been filed, the court will give the four plaintiffs an opportunity to object to the motions, with the understanding that if they do not object to the motion to withdraw, they will be responsible for hiring counsel to represent them or to represent themselves in any further proceedings in connection with this case. Of course, if they do not object to the motion for dismissal, the case will be dismissed as to them.

The trial date is canceled and all deadlines other than those in this order are struck.

Entered this 2d day of April, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge