IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRIAN TEED,

                ORDER

    Plaintiff,

                08-cv-303-bbc

  v.

J.T. PACKARD & ASSOCIATES, INC.
and S.R. BRAY CORP.,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARCUS CLAY,

                ORDER

    Plaintiff,

                09-cv-313-bbc

  v.

J.T. PACKARD & ASSOCIATES, INC.
and S.R. BRAY CORP.,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  Counsel for plaintiffs have moved to withdraw from their representation of plaintiffs

Robert Dabal, Lewis Tate, Eula Sheehan (as real party in interest for the Estate of Thomas

1

Daly) and Ethel McNamara (as real party in interest for the Estate of Michael McNamara). The motion will be granted as to each of these plaintiffs unless they can show the court why it should be denied. Plaintiffs' counsel have advised the court that they have made many attempts to talk with these plaintiffs about the status of the matter and the need to complete certain paperwork allowing plaintiffs' counsel to represent them as individual plaintiff, but that plaintiffs have not responded.

Plaintiffs may have until April 26, 2012, to object to counsel's motion. If any plaintiff does not make a showing that plaintiffs' counsel's motion should be denied, the case will be dismissed as to that plaintiff for failure to prosecute the action.

ORDER

IT IS ORDERED that plaintiffs Robert Dabal, Lewis Tate, Eula Sheehan (as real party in interest for the Estate of Thomas Daly) and Ethel McNamara (as real party in interest for the Estate of Michael McNamara) may have until April 26, 2012, in which to advise the court in writing of their objection to the motion filed by counsel to withdraw as these plaintiffs' legal representatives. Any such objection should be mailed to the Clerk of Court, Western District of Wisconsin, P.O. Box 432, Madison, WI 53701. If no objection is

received by April 26, 2012, the motion will be granted in full.

Entered this 11th day of April, 2012.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge