IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRIAN TEED,
MARCUS CLAY, ANDY AI,
MICHAEL ANDERSON,
JAMES BENSON, KEVIN BURK,
HENRY CHAU, NORMAN
EASTWOOD, JR., THERESA
FRITSCHER RUCHO (as real party
in interest for the Estate of
Andrew Fritscher), TIM HERSHEY,
WALT GIBSON, OMA GRAVES,
MICHAEL KEHRMEYER,
CHRISTOPHER KRAFT, WESLEY
MARCUM, DARRICK NELSON,
JESSE OLIVAS, WILLIAM
PERRY, JR., JAMES PROVENZALE,
JIMMY RIVERA, RICHARD SILVERS,
OUMAR SOW, JEFF St. ONGE,
CURTIS TROUP, SCOTT WOLF,

                        Plaintiffs,

        v.

THOMAS & BETTS POWER
SOLUTIONS, LLC.,

                       Defendant.

ORDER

08-cv-303-bbc
09-cv-313-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiffs' counsel has filed a notice of acceptance of defendant's offer of judgment.

1

I would order the entry of judgment for plaintiffs on the basis of this filing, were it not for questions raised by the notice. First, plaintiffs have included a statement in the notice related to Scott Wolf. The statement reads in full as follows: "In accordance with Defendants' [sic] Offer of Judgment, opt-in plaintiff Scott Wolf is entitled to the following:" Nothing follows. Second, dkts. ## 140, 141, 142 and 143 show that plaintiffs Ai, Gibson, Sow and Onge accepted the offer of judgment, but they are not included in the list of persons for whom judgment is to be entered.

I cannot direct the entry of judgment without knowing what Wolf is entitled to or why plaintiffs Ai, Gibson, Sow and Onge are not included in the judgment proposed by plaintiffs' counsel.

Therefore, I will delay directing the entry of judgment until May 17, 2012. If by that time, counsel has responded satisfactorily to my questions, I will enter an order directing entry of judgment. If he has not, it will be necessary to hold a hearing.

Entered this 10th day of May, 2012.

                              BY THE COURT:
                              /s/
                              BARBARA B. CRABB
                              District Judge