IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRIAN TEED,
MARCUS CLAY, ANDY AI,
MICHAEL ANDERSON,
JAMES BENSON, KEVIN BURK,
HENRY CHAU, NORMAN
EASTWOOD, JR., THERESA
FRITSCHER RUCHO (as real party
in interest for the Estate of
Andrew Fritscher), TIM HERSHEY,
WALT GIBSON, OMA GRAVES,
MICHAEL KEHRMEYER,
CHRISTOPHER KRAFT, WESLEY
MARCUM, DARRICK NELSON,
JESSE OLIVAS, WILLIAM
PERRY, JR., JAMES PROVENZALE,
JIMMY RIVERA, RICHARD SILVERS,
OUMAR SOW, JEFF St. ONGE,
CURTIS TROUP, SCOTT WOLF,

ORDER

                           Plaintiffs,

08-cv-303-bbc
09-cv-313-bbc

        v.

THOMAS & BETTS POWER
SOLUTIONS, LLC,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Plaintiffs Brian Teed, Marcus Clay, Andy Ai, Michael Anderson, James Benson, Kevin

Burk, Henry Chau, Norman Eastwood, Jr., Theresa Fritscher Rucho (As Real Party In

Interest for the Estate of Andrew Fritscher), Tim Hershey, Walt Gibson, Oma Graves, Michael Kehrmeyer, Christopher Kraft, Wesley Marcum, Darrick Nelson, Jesse Olivas, William Perry, Jr., James Provenzale, Jimmy Rivera, Richard Silvers, Oumar Sow, Jeff St. Onge, Curtis Troup and Scott Wolf have filed a revised notice of their acceptance of defendant Thomas & Betts Power Solutions, LLC.'s offer of judgment.  The revised notice responds to the questions raised in the court's May 10, 2012 order.  I find that plaintiffs are entitled to judgment in their favor, as follows:

| Plaintiff | Amount |
|---|---|
| Anderson | $6,043.05 |
| Benson | $1,380.94 |
| Burk | $3,870.77 |
| Chau | $14,646.71 |
| Clay | $11,704.49 |
| Eastwood | $5,521.54 |
| Rucho | $11,216.22 |
| Graves | $1,660.00 |
| Hershey | $2,554.63 |
| Kehrmeyer | $8,099.13 |
| Kraft | $2,600.71 |
| Marcum | $21,490.31 |
| Nelson | $3,317.87 |
| Olivas | $13,119.42 |
| Perry | $7,035.44 |
| Provenzale | $1,000.00 |

| | |
|---|---|
| Rivera | $2,651.31 |
| Silvers | $1,000.00 |
| Teed | $13,231.86 |
| Troup | $13,105.60 |
| Ai | $7,500.00 |
| Gibson | $4,000.00 |
| Sow | $1,000.00 |
| Wolf | $1,000.00 |
| Onge | $3,750.00 |
| **TOTAL** | **$162,500.00** |

IT IS ORDERED that the clerk of court is to enter judgment for plaintiffs in the amounts shown and close these two cases.

Entered this 18th day of May, 2012.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge