IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN TEED,
MARCUS CLAY, ANDY AI,
MICHAEL ANDERSON,
JAMES BENSON, KEVIN BURK,
HENRY CHAU, NORMAN
EASTWOOD, JR., THERESA
FRITSCHER RUCHO (as real party
in interest for the Estate of
Andrew Fritscher), TIM HERSHEY,
WALT GIBSON, OMA GRAVES,
MICHAEL KEHRMEYER,
CHRISTOPHER KRAFT, WESLEY
MARCUM, DARRICK NELSON,
JESSE OLIVAS, WILLIAM
PERRY, JR., JAMES PROVENZALE,
JIMMY RIVERA, RICHARD SILVERS,
OUMAR SOW, JEFF St. ONGE,
CURTIS TROUP, SCOTT WOLF,

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-303-bbc
09-cv-313-bbc

 Plaintiffs,

v.

THOMAS & BETTS POWER
SOLUTIONS, LLC,

 Defendant.

---

 This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiffs against defendant Thomas & Betts Power Solution, LLC, in the amounts set forth in attachment A to this judgment, totalling $162,500.00.

By: _____   5-22-12
  Peter Oppeneer, Clerk of Court      Date