IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN TEED, MARCUS CLAY,
ANDY AI, MICHAEL ANDERSON,
JAMES BENSON, KEVIN BURK,
HENRY CHAU, NORMAN
EASTWOOD, JR., THERESA FRITSCHER
RUCHO (as real party in interest for the
Estate of Andrew Fritscher), TIM
HERSHEY, WALT GIBSON, OMA
GRAVES, MICHAEL KEHRMEYER,
CHRISTOPHER KRAFT,
WESLEY MARCUM, DARRICK
NELSON, JESSE OLIVAS, WILLIAM
PERRY, JR., JAMES PROVENZALE,
JIMMY RIVERA, RICHARD SILVERS,
OUMAR SOW, JEFF ST. ONGE, CURTIS
TROUP, SCOTT WOLF,

    Plaintiffs,

v.

THOMAS & BETTS POWER
SOLUTIONS, LLC,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-303-bbc
         09-cv-313-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding plaintiffs Brian Teed, Marcus Clay, Andy Ai, Michael Anderson, James Benson, Kevin Burk, Henry Chau, Norman Eastwood, Jr., Theresa Fritscher Rucho (As Real Party In Interest for the Estate of Andrew Fritscher), Tim Hershey, Walt Gibson, Oma Graves, Michael Kehrmeyer, Christopher Kraft, Wesley Marcum, Darrick Nelson, Jesse Olivas, William Perry, Jr., James Provenzale, Jimmy Rivera, Richard Silvers, Oumar Sow, Jeff St. Onge, Curtis Troup and Scott Wolf $324,587.80 in attorney's fees and $13,900.42 in costs.

_____
Peter Oppeneer, Clerk of Court

_____
8-20-12
Date