# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

March 26, 2013

Before:

RICHARD A. POSNER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

| Nos.: 12-2440 & 12-3029 | BRIAN TEED, et al., Plaintiffs - Appellees<br><br>v.<br><br>THOMAS & BETTS POWER SOLUTIONS, L.L.C., Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court Nos: 3:08-cv-00303-bbc 7 3:09-cv-00313-bbc<br>Western District of Wisconsin<br>District Judge Barbara B. Crabb ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: 132)